# EXHIBIT B

**TERM SHEET**
**TMG KREATIONS, LLC**
**REVISED AND RESTATED OPERATING AGREEMENT**

*TMG Kreations, LLC, is a Delaware limited liability company, with its principal place of business at ____ ________________________________________ ("TMG"). The Sole Member of TMG is Merri Glecker ("Merri"). This Term Sheet will outline the proposed structure of TMG by the additional of Dean Dussias ("Dean") and the material terms of the agreements governing the relationship among TMG, Merri, and Dean. The Term Sheet is non-binding except as expressly set forth below. It is not a complete description of the terms of any proposed transaction, is for discussion purposes only and does not create, and is not intended to create, a binding or enforceable contract between the parties or any duty on any person to negotiate toward a binding contract. Each party reserves the right to terminate discussion with respect to the acquisition of membership in TMG and the revised Operating Agreement at any time and for any reason. This summary may not be relied upon by any person as the basis for a contract by estoppel or otherwise.*

| Concept/Issue | Proposal |
| --- | --- |
| Business Purpose | TMG was formed in 2010 when Merri and a former business associate acquired the business. TMG will continue to operate for the purposes of the design, production, sales, marketing, and distribution of textile products. Expansion of products and markets is part of the TMG's strategic plan. |
| Overall Structure | • Merri is the sole Member of TMG and is the Managing Member<br>• Merri will remain as the sole Managing Member<br>• TMG, as a limited liability company, is taxed as a partnership<br>• Dean will be entitled to acquire a twenty-percent (20%) Membership Interest in TMG in return for services rendered as well as completion of a 3 year vesting period. He may be given an additional ten percent (10%) Membership Interest in the Company in the event that TMG has greater than $5M in sales by December 31, 2020. In the event that the sales metric is not met, Dean shall not be entitled to the additional ten percent (10%). The vesting period may be accelerated in the event of a sale or change of control.<br>• TMG will apply to become a WBE, to be certified by WBENC. |
| Contributions/Due Diligence | • Dean will contribute services for his Membership Interests in the Company. The Membership Interests will vest over a 3-year period. Until Dean's Membership Interests are fully vested, he shall be entitled to participate in votes. He will still be involved in providing Merri all necessary information that |

| Concept/Issue | Proposal |
| --- | --- |
| | she needs to make decisions for TMG as the sole Managing Member.<br><br>• Merri has already established her contribution for her Membership Units.<br><br>• Merri will continue in her role as CEO of the Company.<br><br>• Dean will be the President of the Company. |
| Board Composition | Merri shall be the Sole Managing Member and shall be responsible for the management, control and decision-making of the Company. Once Dean is fully vested, then the Board of Managers shall expand to two Members - Merri and Dean. The Managing Members shall vote based on their pro-rata share of Membership Interests. |
| Employment Arrangements | • Dean will enter into an employment agreement as part of his admission into the Company and in exchange for his Membership Interest. The terms of the employment will be discussed as well as the roles/responsibilities he plays with the Company.<br><br>• Dean's employment agreement will include a "work for hire" agreement with TMG and TMG shall be entitled to any Confidential, Proprietary, and Intellectual Property that is developed by Dean while he is an employee or Member of the Company (including, but not limited to the following, best practices, policies, procedures, marketing plans, vendor supply plans, etc.)<br><br>• Dean's Title will be President. His job responsibilities shall include consulting with Merri on an on-going basis about the operation of the business that he currently handles and any additional responsibilities he will be asked to perform in the future.<br><br>• Dean's Employment Agreement shall set out the term of the agreement, salary and benefits, restrictive covenants (confidentiality, non-compete, non-solicitation, non-disparagement).<br><br>• Merri' Title will be CEO |
| Other Agreements | • Agreements may be negotiated and entered into for purposes of this revised Operating Agreement for the Company with either |

| Concept/Issue | Proposal |
|---|---|
| | of the Members, or third parties, as necessary to operate the Business, as determined by mutual agreement of the Members. |
| Intellectual Property | • The rights and interest of TMG in the Intellectual Property Rights owned by TMG or Merri shall remain as assets of the Company.<br>• The rights and interest in the licenses and supply agreements used in the operation of the Company will remain as the exclusive rights of the Company<br>• TMG shall be entitled to retain all right, title and interest in and to any and all ideas, concepts, know-how, development tools, methodologies, processes, procedures, technologies, algorithms or any other proprietary information, and all derivatives thereof, while members of the Company, unless specifically agreed otherwise. |
| Transactions requiring Member Consents | The following actions would require a majority vote of the Members: provided, however, that no action shall be taken that would violate any WBE program requirement:<br>• Financing/refinancing/borrowing in excess of threshold amounts to be agreed to for a single transaction or a series of related transaction in any six-month period, other than trade payables in the ordinary course of business;<br>• Purchasing, selling, encumbering, mortgaging, or leasing any real estate property or any interest therein;<br>• Change in control transactions (e.g., sale of assets, sale of membership units, merger, etc.);<br>• Entering into joint ventures, partnerships, or similar strategic relationships;<br>• Filing any voluntary bankruptcy petition on behalf of TMG or confessing a judgment against TMG;<br>• Increase/decreased in size of Board of Managers (currently on one member on Board of Managers); |

| Concept/Issue | Proposal |
| --- | --- |
| | • Amendments to organizational documents;<br>• Transactions with affiliates, insiders or family members; and<br>• Any other material transaction identified in the Amended and Restated Operating Agreement as requiring Board of Manager approval and majority votes of the Members. |
| Operating Agreement Terms | • *Capital Call:* Merri shall be entitled to make a capital call of the Members if the Company needs additional capital for operating, expenses, or expansion. If Members do not contribute pro-rata, then their ownership interest will be adjusted accordingly.<br>• *Profit Distributions:* Once Dean's Interest fully vests, then the profit and loss distribution shall be pro-rata after the Managing Member makes any provisions for taxes, reserves for operating or expansion needs, etc. Until fully vested, Dean shall only receive his salary but Merri may, at her discretion, award a bonus based on a 20% profit distribution. Until Dean's Interest fully vests, Merri shall be entitled to 100% of any losses.<br>• *Voting Rights:* The Members shall vote in accordance to their Membership Units. Dean will have no voting rights until his Membership Units fully vest.<br>• *Control:* The Company shall be Manager Managed. Merri shall be the sole Managing Member. When Dean's Interest is fully vested, then the Board of Managers shall consist of Merri and Dean (votes shall be by percentage of ownership).<br>• *Withdrawal/Termination/Disability:* In the event a Member wishes, to withdraw, he/she may only withdraw with consent of other Member. In the event of Termination (Voluntary or Involuntary) or Death/Disability, the Member Interests shall be reacquired by the Company or the other Member. If the event of termination – there may be a discount penalty if termination for cause.<br>• *Expenses.* Members shall be entitled to reimbursement of expenses and requests for reimbursement (along with documentation) shall be provided to Merri for approval.<br>• *Major expenditures for the Company:* Members must obtain consent of Merri before incurring major expenditures for the Company.<br>• *Transfer Restrictions*: No transfers (other than estate-planning transfers and transfers to affiliates) would be permitted without the approval of the other Member.<br>• *Right of First Refusal*: If any Member wishes to sell its membership interest in TMG, the other Member would have a right of first refusal at the same price as the selling Member has been offered by a third-party purchaser. |

| Concept/Issue | Proposal |
|---|---|
| | • *Admission of New Members*: If Managing Member wishes to raise additional capital by adding additional members, subject to rights of the other Members.<br>• *Drag-along rights:* If either Member determines to sell its membership units to a third-party, the selling Member could "drag-along" the other Member.<br>• *Tag-along rights:* If either Member proposes to sell its membership units to a third-party, the other Member could "tag-along."<br>• *Repurchase upon Death/Disability/Termination*. Valuation and purchase shall be set out in the Operating Agreement.<br>• *Restrictions on Parties*: Potential restrictions on the ability of either Member to compete with the Business<br>• *Membership Meetings*: Members shall attend the weekly/monthly/quarterly meetings, as scheduled, via any mutually agreed upon electronic means of communication.<br>• *Duty of Good Faith*. The Members have a duty of good faith to each other and to the Company as Members and Managing Members.<br>• *Business Opportunity/Duty of Loyalty*. If either party discovers a business opportunity for the provision of services substantially similar to the scope of services of the Company, that party shall identify and refer such business opportunity to the other party. Such business opportunity must be presented to the other party if it falls within the parameters of the Company before being allowed to pursue it on its own. Merri is entitled to maintain other business interests (MIA KAYA) and Dean shall have no claim to any ownership in Merri's other business interests as a member of TMG. |
| Collaborative Marketing and Sales | • The Members will use good faith, commercially reasonable efforts (a) to jointly develop, print and distribute marketing materials and (b) coordinate (i) appearances at appropriate trade shows and conventions and (ii) regular sales meetings with prospective customers of either party.<br>• The Managing Member, with assistance from the Dean, shall prepare an annual budget and operating/strategic plan. |
| Conditions and Approval | • The restructure and admission of Dean as a Member in the Company shall be conditioned on both parties being satisfied with the negotiation of the Amended and Restated Operating Agreement and the terms and conditions contained therein. |

| Concept/Issue | Proposal |
|---|---|
| | • Dean's acquisition of Membership Units and his roles/responsibilities with TMG are based on his independent judgment and not on any representations or statements by Merri. |
| Dissolution | The Company may be dissolved on the consent of the Managing Member and the Members. |
| Non-Solicitation/Non-Compete | The Operating Agreement as well as the Dean's Employment Agreement shall include restrictive covenants for non-solicitation, confidential/proprietary information, and non-compete. |
| Costs | • The parties will pay their own costs and expenses relating to the preparation of the proposed Amended and Restated Operating Agreement and any other documents relating to the provision of services thereunder, including, without limitation, legal and accounting fees and taxes associated with the transactions, whether or not the strategic alliance agreement is executed.<br><br>• Dean should consider hiring separate counsel. Griesing represents Merri and TMG. The Operating Agreement and the ancillary agreements shall be fair and equitable but will be drafted for the purposes of protecting Merri – especially after the protracted litigation she went through with Cedric.<br><br>• Once the Amended and Restated Operating Agreement is executed, all overhead costs, including legal and accounting fees and taxes, as well as marketing costs and expenses shall be paid by TMG. |
| Governing Law | • The Amended and Restated Operating Agreement and all definitive transaction documents, the rights and obligations of the parties, and any claims or disputes relating thereto will be governed by and construed in accordance with the laws of the State of Delaware, without regard to or application of its conflict of laws principles.<br><br>• All disputes arising from or relating to the above will be subject to the exclusive jurisdiction of and be litigated in the Chancery Courts of Delaware. |
| Exclusivity | • Either party may terminate the discussions regarding the potential admission of Dean as a new Member of TMG and the ancillary and associated agreements by notice in writing at any time prior to the execution of definitive agreements between them. |

| Concept/Issue | Proposal |
|---|---|
| | • In the event that Dean decides to terminate discussions with TMG for acquisition of Membership Interests or decides to terminate his employment with TMG, Dean will be bound by the NDA and be bound by general terms of confidentiality and proprietary information he learned while affiliated with TMG.<br>• Any information that Dean has acquired up until this point shall be considered to be confidential and proprietary and shall be bound to keep it confidential. |
| Binding Effect | The provisions in the above sections entitled Costs, Governing Law, and WBE Exclusivity shall be binding on both parties in consideration of their discussions regarding the Company, the Amended and Restated Operating Agreement and any related agreements described therein. |
| Indemnification | The Strategic Alliance agreement will provide for appropriate indemnification provisions for items such as intellectual property infringement and material breach of any representation, warranty or obligation of either party. |

Each party has caused the foregoing to be signed by its duly authorized representative below, effective as of ____________, 2020.

**TMG Kreations, LLC**

**By:________________________________**
**Name:** ________________________________

**Title: President**

**Dean Dussias**

________________________________________