# EXHIBIT C

**TERM SHEET**
**TMG KREATIONS, LLC**
**REVISED AND RESTATED OPERATING AGREEMENT**

*TMG Kreations, LLC, is a Delaware limited liability company, with its principal place of business at 350 Wainwright Drive, Northbrook, IL 60062 ("TMG" or "Company"). Currently, the Sole Member of TMG is Merri Gleckler ("Merri"). This Term Sheet will outline the proposed structure of TMG by the addition of Dean Dussias ("Dean") and the material terms of the agreements governing the relationship among TMG, Merri, and Dean.*

*The Term Sheet is non-binding except as expressly set forth below. It is not a complete description of the terms of any proposed transaction, is for discussion purposes only and does not create, and is not intended to create, a binding or enforceable contract between the parties or any duty on any person to negotiate toward a binding contract. Each party reserves the right to terminate discussion with respect to the acquisition of membership in TMG and the revised Operating Agreement at any time and for any reason. This summary may not be relied upon by any person as the basis for a contract by estoppel or otherwise.*

| Concept/Issue | Proposal |
|---|---|
| Business Purpose | TMG, doing business as Kashwere, is a consumer products company that owns a lifestyle brand; markets and sells robes, throws, blankets, children's blankets and apparel (both adult and child), with distribution to commercial accounts (mainly hospitality, corporate marketing and distributors) and directly to the consumer. TMG is currently expanding its brand presence, improving its direct-to-consumer activity, and adding to its product line. |
| Overall Structure | • Merri is the sole Member of TMG and is the Managing Member<br><br>• Merri will not remain as the sole Managing Member; Dean, upon completion of this transaction as a minority owner will become a Member and be a Manager of the Company.<br><br>• TMG, as a limited liability company, will be taxed as a partnership (pending confirmation from Conway Tax)<br><br>• Dean will acquire a 30% membership interest in TMG; rights to the economic benefits of his membership interest shall be treated in all respects the same as Merri's membership units to be modified only by Value and Distribution Specifics as described in the Additional Terms and Exhibits below.<br><br>• TMG will apply to become a WBE, to be certified by WBENC.<br><br>• Merri will continue in her role as CEO of the Company; Dean will continue in his role as President of the Company. |

| Concept/Issue | Proposal |
| --- | --- |
| Contributions/Due Diligence | Dean will contribute and have as his initial tax basis $20,000. Merri's only representation and warranty to Dean shall be she has no knowledge of any lawsuit or liability that has not previously been disclosed to Dean and that since August of 2019 she has not engaged in any self-dealing or other activity that has diverted an opportunity from the Company that would have benefitted the Company. |
| Board Composition | Once this transaction is concluded, then the Board of Managers shall expand to two Members - Merri and Dean. The Managing Members shall vote based on their pro-rata share of Membership Interests, with the only super-majority exceptions described below. |
| Employment Arrangements | • Dean will enter into an employment agreement as part of his admission into the Company and will describe the terms of his activity on behalf of the Company.<br>• Merri' Title will be CEO and her employment with the company shall be substantially similar to Dean's, with exceptions, as described in her agreement.<br>• Merri and Dean's employment agreements will define fully their compensation outside of their profit and membership interests, including any and all perquisites. The economic terms are set out in the Additional Terms and Exhibits. |
| Other Agreements | • Agreements may be negotiated and entered into for purposes of this revised Operating Agreement for the Company with either of the Members, or third parties, as necessary to operate the Business, as determined by mutual agreement of the Members.<br>• Other Agreements will require approval by Merri and Dean only in the event a contemplated Agreement would impact the value and voting rights of Merri's Membership Interests unequally from Dean's (accounting for the different pro rata holdings). |

| Concept/Issue | Proposal |
|---|---|
| Intellectual Property | • The rights and interest of TMG in the Intellectual Property Rights owned by TMG or Merri shall remain as assets of the Company.<br><br>• The rights and interest in the licenses and supply agreements used in the operation of the Company will remain as the exclusive rights of the Company<br><br>• TMG shall be entitled to retain all right, title and interest in and to any and all ideas, concepts, know-how, development tools, methodologies, processes, procedures, technologies, algorithms or any other proprietary information, and all derivatives thereof, while members of the Company, unless specifically agreed otherwise. |
| Transactions requiring Member Consents | The following actions would require a majority vote of the Members: provided, however, that no action shall be taken that would violate any WBE program requirement:<br><br>• Financing/refinancing/borrowing in excess of threshold amounts to be agreed to for a single transaction or a series of related transaction in any six-month period, other than trade payables in the ordinary course of business;<br><br>• Purchasing, selling, encumbering, mortgaging, or leasing any real estate property or any interest therein;<br><br>• Change in control transactions (e.g., sale of assets, sale of membership units, merger, etc.);<br><br>• Entering into joint ventures, partnerships, or similar strategic relationships;<br><br>• Filing any voluntary bankruptcy petition on behalf of TMG or confessing a judgment against TMG;<br><br>• Increase/decreased in size of Board of Managers (above two Managers post-this-transaction on Board of Managers);<br><br>• Amendments to organizational documents, subject to super-majority;<br><br>• Transactions with affiliates, insiders or family members; and<br><br>• Any other material transaction identified in the Amended and Restated Operating Agreement as requiring Board of Manager approval and majority votes of the Members. |

| Concept/Issue | Proposal |
|---|---|
| Operating Agreement Terms | • *Capital Call:* Merri shall be entitled to make a capital call of the Members if the Company needs additional capital for operating, expenses, or expansion. If Members do not contribute pro-rata, then their ownership interest will be adjusted accordingly at all times using a reasonable, arms-length valuation for the Company.<br>• *Profit Distributions:* Pro rata according to the Members percentage interests and as limited and described in the Additional Terms and Exhibits section below.<br>• *Voting Rights:* The Members shall vote in accordance to their Membership Units. Only defined exceptions listed below will require a super-majority of Membership Units.<br>• *Control:* Merri as majority Member has voting and operational control of the Company to decide budgets, operating activities and disposition/sale of the Company only limited by (a) fiduciary obligations to Dean of good faith and loyalty and (b) same pro rata outcome for the economic benefit of their ownership interests.<br>• *Withdrawal/Termination/Disability:* In the event a Member wishes, to withdraw, he/she may only withdraw with consent of other Member. In the event of Termination (Voluntary or Involuntary) or Death/Disability, the Member Interests shall be reacquired by the Company or the other Member. In the event of termination – there may be a discount penalty if termination for cause – all other purchases of Member Interests shall be at fair market value.<br>• *Expenses.* Members shall be entitled to reimbursement of expenses and requests for reimbursement (along with documentation) shall be provided to Merri for approval.<br>• *Major expenditures for the Company:* Members must obtain consent of Merri before incurring major expenditures for the Company; agreement on budget shall constitute such approval.<br>• *Transfer Restrictions*: No transfers (other than estate-planning transfers and transfers to affiliates) would be permitted without the approval of the other Member.<br>• *Right of First Refusal*: If any Member wishes to sell its membership interest in TMG, the other Member would have a right of first refusal at the same price as the selling Member has been offered by a third-party purchaser. The purchasing Member shall have ninety-days from the time of receiving the third-party, committed terms to complete their purchase. A selling Member has the obligation to inform the other Member of the start of any bona fide purchase discussions within three business days of their start.<br>• *Admission of New Members*: If Managing Member wishes to raise additional capital by adding additional members, the Managing Member may do so, subject to rights of the other |

| Concept/Issue | Proposal |
|---|---|
| | Members. In no case may the Managing Member raise capital and have her membership interests treated differently or have new (replaced) membership interests to the detriment of the minority Member (Dean).<br>• *Drag-along rights:* If either Member determines to sell its membership units in their entirety to a third-party, the selling Member could "drag-along" the other Member.<br>• *Tag-along rights:* If either Member proposes to sell its membership units to a third-party, the other Member could "tag-along."<br>• *Repurchase upon Death/Disability/Termination*. Valuation and purchase shall be set out in the Operating Agreement.<br>• *Restrictions on Parties*: *R*estrictions on the ability of either Member to compete with the Business included in Employment Agreements<br>• *Membership Meetings*: Members shall attend the semi-annual meetings, as scheduled, via any mutually agreed upon electronic means of communication.<br>• *Duty of Good Faith, Loyalty and Fair Dealing*. The Members have a duty of good faith to each other and to the Company as Members and Managing Members. *Fiduciary obligations of good faith, loyalty and fair dealing.*<br>• *Business Opportunity/Duty of Loyalty*. If either party discovers a business opportunity for the provision of products or services substantially similar to the potential scope of services of the Company, that party shall identify and refer such business opportunity to the Company. Merri is entitled to maintain other business interests (MIA KAYA) and Dean shall have no claim to any ownership in Merri's other business interests as a member of TMG; Merri's business interests subject to her Employment Agreement. Dean is entitled to maintain other business interests unrelated to the Company and subject to his Employment Agreement |
| Collaborative Marketing and Sales | • Please remove. |
| Conditions and Approval | • The restructure and admission of Dean as a Member in the Company shall be conditioned on both parties being satisfied with a revised Amended and Restated Operating Agreement and the terms and conditions contained therein.<br><br>• Dean's acquisition of Membership Units and his roles/responsibilities with TMG are based on his independent judgment and not on any representations or statements by Merri. |

| Concept/Issue | Proposal |
| --- | --- |
| | |
| Dissolution | The Company may be dissolved on the consent of the Managing Member and the Members. Such dissolution shall not bias the value of Merri's membership interests to the detriment of Dean's. |
| Non-Solicitation/Non-Compete | The Operating Agreement as well as the Employment Agreements shall include restrictive covenants for non-solicitation, confidential/proprietary information, and non-compete. |
| Costs | • The parties will pay their own costs and expenses relating to the preparation of the proposed Amended and Restated Operating Agreement and any other documents relating to the provision of services thereunder, including, without limitation, legal and accounting fees and taxes associated with the transactions.<br>• Dean should consider hiring separate counsel. Griesing represents Merri and TMG. The Operating Agreement and the ancillary agreements shall be fair and equitable but will be drafted for the purposes of protecting Merri. |
| Governing Law | • The Amended and Restated Operating Agreement and all definitive transaction documents, the rights and obligations of the parties, and any claims or disputes relating thereto will be governed by and construed in accordance with the laws of the State of Delaware, without regard to or application of its conflict of laws principles.<br>• All disputes arising from or relating to the above will be subject to the exclusive jurisdiction of and be litigated in the Chancery Courts of Delaware. Employment Agreement subject to Illinois law and jurisdiction of Illinois. |
| Exclusivity | • Either party may terminate the discussions regarding the potential admission of Dean as a new Member of TMG and the ancillary and associated agreements by notice in writing at any time prior to the execution of definitive agreements between them. |
| Binding Effect | The provisions in the above sections entitled Costs, Governing Law, and WBE Exclusivity shall be binding on both parties in consideration of their discussions regarding the Company, the Amended and Restated Operating Agreement and any related agreements described therein. |
| Indemnification | Operating Agreement to have market standard indemnification section. |

Each party has caused the foregoing to be signed by its duly authorized representative below, effective as of ____________, 2020.

**TMG Kreations, LLC**

**By:________________________________**
**Name: ________________________________**
**Title: President**

**Dean Dussias**

________________________________________

## Additional Terms and Exhibits

The following are additional terms to provide further specificity to the Term Sheet and to include a draft Employment Agreement to be used for Merri and Deans' service provision to TMG.

**Overall Structure – Value and Distribution Specifics:**

In any year, Dean's profit allocation may be reduced from 30% to 20% if and only if TMG's annual revenue is less than USD $5,000,000. Similarly, if there is a sale and/or acquisition of Kashwere and the valuation of TMG's membership units is less than USD $5,000,000 then Dean's membership interest shall only be 20% and not 30%.

Any true-up for distribution's previously made, will occur no later than March 15th of the following year.

Dean's profit allocation percentage shall be estimated used on a six-month basis (20% or 30%), then every distribution as decided by Merri must be pro rata (70/30% or 80/20% as the case may be) between the Members.

For all other purposes, Dean's ownership interest will be treated at 30%, including but not limited to capital calls and voting.

**Merri and Dean Manager (CEO and President) Compensation:**

- Merri's draw shall be $25,000/month; Dean's $20,000 month. Since March 16, 2020, as of this writing Merri has only drawn $18,000/month and Dean $8,000/month (as W-2 earnings). Prior to any profit calculation, Merri shall receive an additional $7,000/month and Dean an additional $12,000/month.

- Merri shall continue with her car allowance as is and in all future years will receive a substantially similar car allowance; Dean shall have an allowance not to exceed $1,200/month and in all future years a substantially similar allowance. If either Member shall desire to use a portion of the allowance for different expenses, they may do so and inform the other Member.

- Merri and Dean shall have an incidental allowance of up to $750/month.

- Merri in her reasonable judgment may decide to reduce her and Dean's distributions to not less than $10,000/month on an as needed basis when in the best interests of the Company; reductions lower than $10,000/month for each Member must have Dean's agreement unless the reasonably expected cash flow of the company requires such reduction to maintain uninterrupted operations of the Company. Such reductions must be to the same compensation level; true-up cash payments to be made prior to subsequent profit calculations as described in the first bullet point of this section.

- There shall be no other compensation or allowances of any kind other than the one's specified above and it is the intention of both Members that their economic benefit from the Company is only from the compensation and allowances described here and their ownership interests treated on a pro rata basis (80/20% or 70/30% as described above). These terms can only be changed by agreement of Merri and Dean.