**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEAN H. DUSSIAS<br><br>Plaintiff,<br><br>v.<br><br>MERRI GLECKLER and TMG KREATIONS, LLC, a Delaware limited liability company, d/b/a KASHWERE<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:21-cv-05709<br><br>Honorable April M. Perry<br><br>Honorable Magistrate Beth W. Jantz |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, Merri Gleckler and TMG Kreations, LLC, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, hereby move for summary judgment on all counts of the Complaint filed by Plaintiff, Dean H. Dussias. In support thereof, Defendants submit their Memorandum of Law, which is fully incorporated by reference herein.

**WHEREFORE**, Defendants, Merri Gleckler and TMG Kreations, LLC, respectfully request that this Court grant the instant Motion and enter judgment in favor of Defendants and against Plaintiff on all counts of the Complaint, and grant Defendants such other and further relief that the Court deems just and equitable.

Dated: January 31, 2025

Respectfully Submitted,

**MERRI GLECKLER and TMG KREATIONS, LLC**

*/s/ James G. Argionis*

James G. Argionis
Corey T. Hickman
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, IL 60606
Telephone: 312-474-7900
jargionis@cozen.com
chickman@cozen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk via the Court's CM/ECF system, which will notify all counsel of record.

*_/s/ James G. Argionis_*