**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEAN H. DUSSIAS<br><br>Plaintiff,<br><br>v.<br><br>MERRI GLECKLER and TMG KREATIONS, LLC, a Delaware limited liability company, d/b/a KASHWERE<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:21-cv-05709<br><br>Honorable April M. Perry<br><br>Honorable Magistrate Beth W. Jantz |

**INDEX OF EXHIBITS TO LOCAL RULE 56.1(a)(2) STATEMENT OF FACTS**

| **Exhibit** | **Description** | **Page Number of PDF** |
|---|---|---|
| A | TMG Kreations, LLC Operating Agreement | 1 |
| B | Membership Interest Purchase Agreement | 13 |
| C | November 26, 2013 email from Dussias to Gleckler | 39 |
| D | Deposition of Dean H. Dussias | 41 |
| E | Deposition of Merri Gleckler | 188 |
| F | May 4, 2020 email chain from Gleckler to Dussias forwarding email from Cheryl Borland | 297 |
| G | February 23, 2020 email from Dussias to Gleckler attaching "Summary of principles/terms between | 300 |

| | | |
|---|---|---|
| | Merri Gleckler (MG) and Dean Dussias (DHD)" | |
| H | Gleckler Term Sheet (attached to May 4, 2020 email from Gleckler to Dussias) | 303 |
| I | Dussias' Answers to TMG Kreations, LLC's Interrogatories | 313 |
| J | May 7, 2020 email from Dussias to Gleckler | 322 |
| K | June 7, 2020 email from Dussias to Gleckler | 325 |
| L | Dussias Term Sheet (attached to June 7, 2020 email from Dussias to Gleckler) | 327 |
| M | Printout of actions taken in TMG's payroll system | 352 |
| N | Dussias' Answers to Gleckler's Interrogatories | 354 |
| O | January 1, 2021 email from Dussias to Gleckler attaching signature page of purported amended operating agreement | 365 |
| P | February 6, 2021 email from Gleckler to Dussias | 368 |
| Q | First Draft (attached to February 6, 2021 email from Gleckler to Dussias) | 370 |
| R | February 16, 2021 email from Dussias to Ray Conway and cc'ing Gleckler | 419 |
| S | Second Draft (attached to February 16, 2021 email from Dussias to Ray Conway and | 422 |

| | | |
|---|---|---|
| | cc’ing Gleckler) | |
| T | February 22, 2021 email from Dussias to Gleckler | 447 |
| U | Third Draft (attached to February 22, 2021 email from Dussias to Gleckler) | 449 |
| V | Text messages between Dussias and Gleckler beginning on March 24, 2021 | 473 |
| W | April 12, 2021 email chain beginning with redacted, privileged email from Dussias to his counsel, Laura A. Balson and cc’ing Darrin S. Baim and Kelly E. Hall | 476 |
| X | Fourth Draft (attached to October 18, 2021 email from Gleckler to herself) | 485 |
| Y | Fifth Draft | 542 |
| Z | April 22, 2021 letter from Gleckler’s counsel, Cherly Borland, to Dussias’ counsel, Laura A. Balson | 591 |
| AA | TMG’s federal tax Schedule K-1 Allocation Summaries for 2019, 2020, 201 | 594 |
| BB | April 8, 2020 Payback Protection Program Borrower Application Form prepared by Dussias | 598 |
| CC | Payroll summaries regarding compensation paid to Dussias | 603 |

Dated: January 31, 2025

Respectfully submitted,

COZEN O'CONNOR

By: */s/ James G. Argionis*
Attorneys for Defendant

James G. Argionis (#6228773)
Corey T. Hickman (#6317871)
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-474-7900 Phone
312-382-8910 Fax
jargionis@cozen.com
chickman@cozen.com