**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

DEAN H. DUSSIAS,

*Plaintiff*,

v.

MERRI GLECKLER and TMG KREATIONS, LLC, a Delaware limited liability company, d/b/a KASHWERE,

*Defendants*.

Case No. 1:21-cv-05709

Judge April M. Perry

Magistrate Judge Beth W. Jantz

**APPENDIX OF EXHIBITS TO PLAINTIFF'S RULE 56.1(b)(3) STATEMENT OF ADDITIONAL MATERIAL FACTS**

| **Plaintiff Ex. No.** | **Description** | **Page of Unredacted PDF** |
|---|---|---|
| 1. | Declaration of Dean Dussias, Executed on March 2, 2025 | 1 |
| 2. | Deposition of Merri Gleckler, Exhibit 26 | 16 |
| 3. | DHD000482 | 19 |
| 4. | DHD000760 | 21 |
| 5. | TMG_0474462-474482 | 23 |
| 6. | TMG_00590493 | 45 |
| 7. | TMG_00590541-590546 | 47 |
| 8. | Deposition of Merri Gleckler, Exhibit 42 | 54 |
| 9. | Deposition of Merri Gleckler, Exhibit 32 | 76 |
| 10. | Deposition of Merri Gleckler, Exhibit 39 | 78 |
| 11. | TMG_00529106 | 81 |

| | | |
|---|---|---|
| 12. | TMG_00498516-498519 | 83 |
| 13. | TMG_00361974-361979 | 88 |
| 14. | TMG_00498464-498469 | 95 |
| 15. | TMG_00498513 | 102 |
| 16. | TMG_00498291-498293 | 104 |
| 17. | TMG_00498332-498337 | 108 |
| 18. | Deposition of Merri Gleckler, Exhibit 51 | 115 |
| 19. | Deposition of Merri Gleckler, Exhibit 29 | 119 |
| 20. | Deposition of Merri Gleckler, Exhibit 30 | 123 |
| 21. | Deposition of Merri Gleckler, Exhibit 31 | 125 |
| 22. | TMG_00565288 | 127 |
| 23. | TMG_00564788 | 129 |
| 24. | TMG_00560419-560420 | 131 |
| 25. | TMG_00560252 | 134 |
| 26. | TMG_00510019-510023 | 136 |
| 27. | TMG_00548358 | 142 |
| 28. | TMG_00547599-547600 | 144 |
| 29. | TMG_00547330-547331 | 147 |
| 30. | TMG_00547226-547227 | 150 |
| 31. | TMG_00529066-529068 | 153 |
| 32. | TMG_00480429-480432 | 157 |
| 33. | TMG_00466257 | 162 |
| 34. | Deposition of Merri Gleckler Exhibit 38 | 164 |
| 35. | Deposition of Merri Gleckler, Exhibit 48 | 171 |

| | | |
|---|---|---|
| 36. | TMG_00547740-547741 | 174 |
| 37. | TMG_00442597-442599 | 177 |
| 38. | TMG_00595038-595039 | 181 |
| 39. | TMG_00595303-595305 | 184 |
| 40. | Deposition of Merri Gleckler, Exhibit 41 | 188 |
| 41. | Deposition of Merri Gleckler, Exhibit 40 | 191 |
| 42. | TMG_00475856-475857 | 195 |
| 43. | TMG_00399819-399821 | 198 |
| 44. | Deposition of Merri Gleckler, Exhibit 44 | 202 |
| 45. | Deposition of Merri Gleckler, Exhibit 34 | 208 |
| 46. | Deposition of Merri Gleckler, Exhibit 43 | 212 |
| 47. | Deposition of Merri Gleckler, Exhibit 45 | 214 |
| 48. | Deposition of Merri Gleckler, Exhibit 47 | 218 |
| 49. | TMG_00540543 | 223 |
| 50. | TMG_00202753-202754, 202781, 202803 | 225 |
| 51. | Deposition of Merri Gleckler, Exhibit 53 | 230 |
| 52. | TMG_00202776 | 245 |
| 53. | Deposition of Merri Gleckler, Exhibit 50 | 247 |
| 54. | Deposition of Merri Gleckler, Exhibit 5 | 250 |
| 55. | JPM000951-979 | 254 |
| 56. | Deposition of Merri Gleckler Exhibit 56 | 284 |
| 57. | DHD003749 | 361 |
| 58. | Declaration of Matthew M. Showel, Executed on March 3, 2025 | 365 |