# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| DEAN H. DUSSIAS,<br><br>*Plaintiff*,<br><br>v.<br><br>MERRI GLECKLER and TMG KREATIONS, LLC, a Delaware limited liability company, d/b/a KASHWERE,<br><br>*Defendants*. | Case No. 1:21-cv-05709<br><br>Judge April M. Perry<br><br>Magistrate Judge Beth W. Jantz |

**DECLARATION OF DEAN H. DUSSIAS**

Dean H. Dussias hereby declares and testifies as follows:

1. I am over the age of eighteen, have personal knowledge of facts stated herein, and could competently testify to these facts if called at trial.

2. Defendant Merri Gleckler and an individual named Cedric Reingold organized Defendant, TMG Kreations, LLC d/b/a Kashwere ("TMG"), for the purpose of taking an ownership position in an existing business called Kashwere.

3. Beginning in approximately September 2019, I had signature authority and log-in access to TMG's Chase bank accounts and statements and its payroll system operated by its third-party payroll administrator, HowardSimon, Inc. ("HSimon"). I had the highest level log-in access, the ability to move funds, and for HSimon the same level of access with the ability to enter and edit all information, create new employees/payees, and cease employee or payee participation at TMG. In addition, I had highest level access to TMG's accounting software, Everest and then NetSuite, and was the person that made the majority of accounting entries, provided accounting

information to third parties, including external accountants, consultants, and tax authorities. I first encountered Kashwere and met Gleckler in 2009, prior to TMG being formed and subsequently from approximately 2013 through 2016 consulted with TMG, principally working with Gleckler and her former partner Reingold. Lastly, in the summer of 2018, Gleckler contacted me and asked me to lead the creation of an offer, presentation to, and negotiation with a potential acquirer, Michael Krieger, who did not invest in or buy TMG. From approximately August 2019 through April 21, 2021, with Gleckler, I led and/or managed nearly every facet of TMG's business, including marketing, logistics, warehousing, purchasing, overall strategy and change management, direct-to-consumer web presence and systems, accounting, finance, legal, information technology, taxes, and payroll. I supported Gleckler in her main focus - sales to distributors, retailers/resellers, hotels, resorts, and spas; management of the sales team; product management; and inventory purchasing.

**a. <u>Dussias and Gleckler Agree that Dussias Will Become a Member of TMG.</u>**

4. In the Summer of 2019, while she was suing Reingold, Gleckler and I initiated discussions about my joining TMG in partnership with her. I informed her that I would only join TMG as a member. At the time, TMG's primary business was selling throws, robes, and clothing to commercial customers, primarily distributors, retailers/resellers, hotels, resorts, and spas. TMG also had a smaller web presence selling direct-to-consumer, which we hoped to grow substantially with my involvement.

5. On July 4, 2019, Gleckler sent me [redacted] Gleckler deposition exhibit 26 (TMG_00167071-072) is a true and accurate copy of [redacted] Gleckler said that [redacted]

[redacted] at which point I would officially be identified as an owner.

6. I began working with TMG at the end of July 2019. I accepted a lower rate of compensation than I would have otherwise accepted in reliance on Gleckler's promise that I would officially become a member as soon as practicable. Earlier that year, I had been paid more than [redacted] per hour, plus bonus and revenue sharing for a consulting engagement. I knew that TMG could not afford my typical compensation. The pay was also considerably [redacted], which I was willing to accept because I was receiving a membership share.

7. On September 20, 2019, Gleckler [redacted] DHD000482 is a true and correct copy of [redacted]

8. TMG made the final payment to Reingold on or about March 13, 2020.

9. In May 2020, Gleckler forwarded me a term sheet created by an attorney. That term sheet is Defendants' Exhibit H ("Dx H").[1] In response to that document, I pointed out to Gleckler that it included certain terms that Gleckler and I had never discussed, including a vesting period and employment agreement. The term sheet indicated that the attorney was not informed about our negotiations. Gleckler agreed with me that vesting and an employment agreement were not part of our agreement and that my membership was immediate. During my deposition in this case, I attempted to convey that Gleckler and I had not discussed an employment agreement prior to receiving this term sheet. I did not intend to convey that we never discussed an employment agreement at any point.

[1] Exhibits to Defendants Statement of Material Facts will be cited as "Dx _."

10. The $20,000 capital contribution that I proposed in the June 7, 2020, term sheet that I provided to Gleckler was based on [redacted]

b. **The Parties Finalize and Implement the Essential Terms of Dussias' Membership and Agree that Negotiations Are Concluded.**

11. Building on our ten-year relationship and numerous prior conversations, between June 6 and 15, 2020, Gleckler and I finalized the terms of my membership and specifically agreed that the negotiations were concluded. These discussions occurred over the course of several phone calls (both to Gleckler's cell and office numbers), adding up to multiple hours.

12. The terms were finalized as follows: Gleckler and I would own 70% and 30% of TMG, respectively, as we had discussed since the previous July; we would take a draw against profits beginning July 1, 2020, in proportion to our membership interest and not receive any salary, bonus, or other compensation beyond the draw; we would share profits and losses on a *pro rata* basis; Gleckler's draw would [redacted]; my compensation would change from [redacted]; Gleckler and Dussias would distribute profits at the end of each year such that, after accounting for the draw, Gleckler would receive 70% and Dussias 30%; and I would receive owners' perquisites, including [redacted], reimbursement for [redacted], payment of a [redacted], inclusion in the [redacted], and a split of the [redacted]. Finally, I would make a $20,000 capital contribution.

13. On June 7, 2020, after one of these calls, I texted Gleckler: [redacted] – [redacted] – [redacted] – [redacted] DHD000760 is a true and correct copy of [redacted]

14. During these discussions, Gleckler suggested that my pay should increase. Gleckler initially requested that her draw [redacted] which was ultimately what was agreed to and implemented.

15. Gleckler also requested during these negotiations that I share in profits beginning on July 1, 2020, rather than August 2019 as we had originally contemplated. This was a give-up of more than [redacted] by me, based on [redacted]. I agreed to this term only on the condition that Gleckler and I would agree that the negotiations were concluded, the deal was done, and I would start receiving my draw, profit participation, and other perquisites of membership, and be entered into TMG's accounting and payroll as a member, beginning on July 1, 2020. Gleckler agreed to these terms. Had we not reached agreement at this time, I would not have continued with TMG unless I knew that the profits we were creating in 2020 and long-term value from the change I was leading would start July 1, 2020.

16. Gleckler stated that she did not want to incur additional attorney fees getting an agreement drawn up to memorialize these terms. She asked me to prepare an operating agreement because she said that TMG had no operating agreement. Specifically, as to the 2009 operating agreement between her and Reingold ("GRA"), she told me it was "gone" and not applicable to my membership in TMG. She had also stated on prior occasions that she believed the GRA was strictly between Reingold and her and she did not consider it to govern TMG.

17. We did not feel it was urgent to create an operating agreement because both parties wanted to begin the work of redesigning and reimplementing nearly all of TMG's operational infrastructure (e.g., we were just beginning to change all of the systems and consumer-facing presence of TMG, had just concluded numerous contracts, and taken on new team members), I did not expect Gleckler to renege on our membership agreement, and did not see the need for a dispute

resolution mechanism because Gleckler controlled 70% of the company and there was no possibility of a deadlock.

18. During this period, Gleckler also suggested and I accepted that we split [redacted] according to our *pro rata* membership interest. I suggested that the payment should be included with the other changes in the payroll beginning July 1 for continuity. Gleckler insisted that it be included in the June 15 payroll because [redacted] TMG 474462 and the attachment thereto reflect that payment at 474473-74. Gleckler's portion is calculated by [redacted]

19. On or about June 14, 2020, I confirmed the following with Gleckler over the phone: (i) I would make a $20,000 capital contribution prior to July 1, 2020, that we had discussed in the previous days, (ii) [redacted] would be reflected on the next day's payroll, and (iii) that the remaining changes would be implemented on July 1. I told her I would add a note to the transfer of the capital contribution so that we could clearly identify it in the Chase account.

20. Shortly after the June 14 conversation, I caused changes to be made to both my and Gleckler's accounts with TMG's payroll administrator, HSimon, effective July 1. These included: (i) increasing Gleckler's [redacted]; (ii) adding her status as [redacted]; (iii) setting her [redacted] (iv) changing my compensation from [redacted]; (v) setting my status as [redacted]; (vi) setting my [redacted] and (vii) increasing my compensation from [redacted] TMG 590493 reflects the changes to Gleckler's

account information. Additionally, a new employee number had to be created to change my compensation from [redacted] I discussed these changes with Gleckler.

21. These changes were effective as of July 1 and reflected on the July 15, 2020, payroll and in the subsequent bi-weekly payroll reports emailed directly to Gleckler and me. TMG 590541, TMG_00590523 (Dx CC), and TMG_00470606 (at 470617 and 470621) reflect these changes. TMG paid payroll taxes [redacted]

22. I also received perquisites only provided to Gleckler and me as members. These included: [redacted], reimbursement for [redacted], payment of a [redacted], inclusion in the [redacted], a split of the [redacted].

23. Between July 1, 2020, and February 2021, there was no further discussion of terms between Gleckler and me because the terms had been agreed upon. Nor did Gleckler ever ask me to sign the GRA or Exhibit C to the GRA, or suggest that my membership was contingent on signing a written document or any other future event or action. She agreed I was a member. We operated under these terms through April 21, 2021.

24. We did not revisit the issue of an operating agreement until the end of 2020. The issue arose at that point because Gleckler wanted to have an agreement in place in order to have the business certified as a Women's Business Enterprise ("WBE") by the Women's Business Enterprise National Council ("WBENC"). I sent Dx O to Gleckler in connection with that effort following a telephone conversation with her about it, as stated in the email.

**c. <u>Gleckler Consistently and Repeatedly Acknowledges Dussias' Membership.</u>**

25. Gleckler consistently and repeatedly acknowledged my membership of TMG.

26. On or about March 19, 2020, Gleckler approved that language be added to the front page of TMG's website identifying her and me as "Owners." TMG_00076419 is a true and correct image of that language.

27. At the same time, Gleckler and I caused TMG to send a marketing email to TMG's entire customer email list (tens of thousands of people) that identified Gleckler and me as "Owners" in the signature block. TMG_00529106 is a true and correct copy of that email. The email went through several edits, without Gleckler making any change to my status as an "owner." TMG numbered documents 498516, 361974, 498464, 498513, 498291, and 498332 are copies of those edits. While Gleckler initially drafted the email as coming only from her, she acknowledged that it made sense that the email identify both of us as the owners.

28. On September 22, 2019, Gleckler asked Dussias via text, "Can I tell Wang you r my partner"? Wang operates [redacted]. Gleckler further stated in that thread that she would not tell Wang that I was her partner until after she [redacted] During the fall of 2019, Dussias, Gleckler, and the [redacted] had a call to introduce me as Gleckler's new partner and co-owner.

29. On September 23, 2019, Gleckler wrote to Hiroshi Miyakawa of Flat-Be Co. Ltd.: "Cedric [Reingold] is no longer with Kashwere and I have a new partner, Dean Dussias." [redacted]

30. On July 23, 2020, I sent a capitalization table ("cap table") reviewed extensively and approved by Gleckler to a prospective investor, David Lazar, reflecting my 30% ownership interest. The cap table was an Excel spreadsheet attached to an email. A true and correct copy of the email is TMG_00473681. Gleckler deposition exhibit 41 is a pdf version of the cap table.

Gleckler and I went through multiple rounds of edits of the Excel table over nearly three weeks, all of which stated that I was a 30% owner. Accurate copies of previous versions of the table are attached to TMG_00476958 (Gleckler deposition exhibit 40) and TMG_00475856.

31. Gleckler's primary concern with the cap table was that it provide her the option to either (1) sell a portion of her own interest directly to Lazar (reducing her interest and generating liquidity for herself) or (2) cause TMG to sell an interest to Lazar (generating cash for TMG and effectively diluting both of us). The Excel spreadsheet could model both options. Lazar did not invest, but was subsequently hired as a consultant, primarily for his digital marketing and retail expertise.

32. On March 29, 2021, I wrote to Gleckler: "While we don't share equally (70/30)… I am your partner." That email is TMG_00399819. I stated further: "the start date of my 30% interest, would not be March 16th… but instead be July 1, 2020, which was a give up on my part of approximately $300,000 in profits." I stated that Gleckler's conduct was hurting my "Kashwere ownership." Gleckler never responded that I was not an owner or that my statements were inaccurate.

33. On April 2, 2021, I wrote to Gleckler: "I own 30% of Kashwere (TMG Kreations, LLC)" and "if we vote, as owners it's 10-0 or 7-3." A true and correct copy of that email is included in the thread TMG_00162671. Gleckler did not write back to deny that I was an owner.

34. In November 2020, after discussing it with Gleckler, I filed an annual report with the State of Illinois. In the document, I identified myself as a "member" and "manager."

35. At no time, prior to April 22, 2021, did Gleckler, directly or indirectly, ever question my membership of TMG. On the contrary, in her communication with me, she consistently and repeatedly confirmed and explicitly stated my status as a partner and Member of

TMG. In the many times that Gleckler referred to me as an owner, member, or partner of TMG, she never indicated that she was using those terms colloquially, conditionally, or subject to any qualification of any kind.

**d. <u>Gleckler Admits Her Agreement With Dussias.</u>**

36. On December 17, 2019, Gleckler [redacted]

37. In the same thread, Dussias wrote [redacted] is included in Gleckler deposition exhibit 34. Gleckler never disagreed with those statements.

38. On February 2, 2021, Gleckler sent TMG's accountant, Ray Conway, an email stating that "Dean and I have an *agreement* in place but not yet a *formalized ownership contract.*" That email is Gleckler deposition exhibit 43.

**e. <u>The Exchange of Operating Agreements in February 2021 Confirms the June 2020 Agreement.</u>**

39. On February 6, 2021, Gleckler sent me Dx Q. While that draft included my 30% ownership interest, it was otherwise inconsistent with the agreement with Gleckler that had governed our conduct in the previous several months. This included the vesting schedule that Gleckler and I had mutually agreed in May 2020 was not applicable to my ownership.

40. Upon my review of that draft, I pointed out to Gleckler in a telephone conversation that my ownership was effective as of July 1, 2020, and we had never agreed to any sort of delayed vesting and had explicitly rejected the concept when it appeared in the May 2020 term sheet prepared by Geckler's attorney. Gleckler acknowledged this and agreed. The attorneys were simply not doing what Gleckler and I had agreed to.

41. On February 15, 2021, I emailed Gleckler and TMG's accountant, Ray Conway, a revised operating agreement.

42. Gleckler never took issue with the fact that I was receiving a draw and never changed my compensation structure until May or June 2021, weeks after I had stopped working with TMG. To the contrary, she knew I was going to start receiving a draw July 1, 2020, because we agreed on it ahead of time and I told her I was going to make the change.

43. On February 19, 2021, Conway responded with notes on the February 15 draft. Those notes are Gleckler deposition exhibit 47. Conway's notes referenced my "buy-in on 7/1/2020." *Id.* at 410246. Gleckler never disputed that I had bought in on July 1, 2020.

44. Gleckler responded to Conway's notes as follows: "Dean is a Member not a Manager. All else I need clarification."

45. Gleckler, Conway, and I spoke to discuss his notes; my ownership was never questioned by Gleckler or Conway.

46. I sent a draft agreement incorporating Conway's comments on February 22, 2021. That draft is Defendants' exhibit U.

**f. <u>Gleckler Explicitly Told Dussias the GRA Was Terminated and Treated It as Such.</u>**

47. Gleckler never asked me to sign the GRA or Exhibit C to the GRA. When considering different operating agreement drafts, we never compared or redlined them with the GRA. After signing the MIPA, Gleckler never suggested the GRA was operative until this litigation.

48. Gleckler never discussed amending the GRA or Exhibits A and B thereto to [redacted]

49. At some point in 2013, [redacted]

**g. Gleckler First Denies Dussias' Membership in Late April 2021.**

50. In late April 2021, Gleckler first denied I was a member of TMG.

51. Gleckler and I had never discussed my being a 1099 independent contractor and never considered me to be one when she changed my status to 1099 in or about May 2021.

**h. Dussias Contributed Substantially to the Success of TMG.**

52. Between August 2019 and April 2021, Gleckler and I worked together collaboratively to strategize, plan, and implement changes that would improve TMG and set the foundation for future growth. TMG was at this time a small business (less than ten employees) with rudimentary operational infrastructure that could not be scaled if the company grew significantly, as was our intention. Gleckler, with her previous partner Reingold, had so neglected the website/direct-to-consumer channel that the Magento platform software was no longer being supported and TMG was in violation of terms of service with its shopping cart provider (PayPal), all of which created greater urgency in the summer of 2020 for TMG to change systems and get on a stable platform (Shopify) to support future growth.

53. This included replacing every part of the architecture by which a consumer makes a purchase and receives a product from Kashwere: replacing the website the consumer uses; replacing the software that communicates the purchase from the website to TMG's accounting software; replacing TMG's accounting software Everest with NetSuite; replacing the software that communicates the consumer's website purchase to a warehouse that manages inventory and ships the actual product; replacing the antiquated system by which TMG stored, recorded, and shipped inventory; implementing the transition to all of these new systems; hiring a professional bookkeeper (that TMG still uses); engaging a professional email marketing platform; and hiring professional marketing personnel.

54. The new order fulfillment architecture went live on March 3, 2021. It worked well while I was still involved with TMG. Once the new systems were up and running, Gleckler attempted to fire me as though I was an employee on April 22, 2021.

55. Gleckler and I spoke on the phone roughly twice a day every day on average between August 2019 and April 2021. Between May 4, 2019, and April 15, 2021, Gleckler and I exchanged 568 pages of text messages, produced as DHD000429-996.

**i. Dussias Has Not Been Compensated for His Interest in TMG.**

56. I have not received a draw or other payment from TMG since April 2021. I have not received a 30% share of profits earned by TMG in 2021 or any other year.

**j. The Capital Contribution Was Reflected in Systems that Gleckler Regularly Reviewed.**

57. In addition to the fact that Gleckler and I spoke repeatedly about my capital contribution before I made it, and the fact that I told her I was going to make it weeks before making it, the capital contribution was disclosed in TMG's Chase account, Chase statements, and accounting software—all of which Gleckler had access to and accessed regularly.

58. On or about June 30, 2020, I sent by ACH payment the $20,000 capital contribution to TMG's primary Chase Account ending in 3714. The deposit was received in TMG's Chase account on June 30, 2020. The deposit was reflected in [redacted] A true and correct copy of [redacted] is JPM 951. I witnessed Gleckler login to TMG's Chase accounts on several occasions and discussed her activity in the account with her multiple times per week.

59. The capital contribution was also reflected in TMG's accounting system called Everest. I witnessed Gleckler examine TMG's sales, inventory, and accounting information on Everest and know from conversations with her that she accessed it daily (including by her frequent

references to its contents). Gleckler had her own customized interface ("dashboard") in Everest that she kept open on her computer at nearly all times. Gleckler and I used Everest on a daily basis; used the Chase online account on a near-daily basis; and used the HSimon system multiple times per month in addition to receiving the payroll reporting twice monthly. Gleckler regularly reviewed the HSimon payroll system because, among other reasons, it told her the commission amounts paid to salespeople. She also regularly reviewed the Chase account, among other reasons, to see receipts from customers and payments to contractors. When we spoke about TMG, multiple times per day, we would both reference those systems as a matter of course and frequently bring up the information on our phones or via virtual meeting platforms such as Zoom.

60. In early 2020, I sent TMG's accountant, Ray Conway, a trial balance prepared from the Everest accounting records reflecting my $20,000 capital contribution for the purpose of preparing taxes. That trial balance is DHD 3749. Neither Conway nor Gleckler made any mention of change to my ownership reflected in TMG's accounting system.

61. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 2, 2025

Dean H. Dussias

Dean H. Dussias

# EXHIBIT 2

**Fully Redacted Pursuant to Protective Order**

# EXHIBIT 3

**Fully Redacted Pursuant to Protective Order**

# EXHIBIT
# 4

## Fully Redacted Pursuant to Protective Order

# EXHIBIT
# 5

## Fully Redacted Pursuant to Protective Order

# EXHIBIT
# 6

**Fully Redacted Pursuant to Protective Order**

# EXHIBIT
# 7

## Fully Redacted Pursuant to Protective Order

# EXHIBIT
# 8

**To:** dean@kashwere.com[dean@kashwere.com]; merri@kashwere.com[merri@kashwere.com]
**From:** TSMail@hsapayroll.com[TSMail@hsapayroll.com]
**Sent:** Thur 7/30/2020 1:00:26 AM (UTC)
**Subject:** TMG Kreations LLC-Standard Reports [Auto]
Standard Reports.pdf

Hello,

This is an automated email; please do not respond directly to this email. If you require additional information regarding your payroll or this email please contact HS&A Payroll services at support@hsapayroll.com or at 847-945-0340.

Thank you and have a good day,

HS&A Payroll Team

---

**Howard Simon & Associates**
304 Saunders Road
Riverwoods, IL 60015
847-945-0340
http://www.hsapayroll.com

EXHIBIT
42
Gleckler 8/7/24

**HowardSimon Payroll**
304 Saunders Road
Riverwoods, IL 60015

**Confidential**
Date Sensitive Information

Deliver To: **Kashwere (50995)**
Attn: Merri Glecker (224) 235-4345 x
350 Wainwright Dr
Northbrook, IL 60062

Service: **UDS**

Notes:

# Check Date Verification and Notices *(50995)*

Check Date: **07/31/2020**

Next Check Date: **08/14/2020** Next Pay Period: **08/01/2020 - 08/15/2020**

Scheduled To Process: **8/11/2020 12:00:00AM**

Please fax any changes to 847-945-3460

Important Tax Information

IRS Rev. Proc. 2012 - 32 now requires reporting agents to send the following notice to clients on a quarterly basis. All HS&A tax clients are enrolled in the EFTPS program. There is no change to your engagement with HS&A or the services we provide.

> *"Please be aware that you are responsible for the timely filing of employment tax returns and the timely payment of employment taxes for your employees, even if you have authorized a third party to file the returns and make the payments. Therefore, the Internal Revenue Service recommends that you enroll in the U.S. Treasury Department's Electronic Federal Tax Payment System (EFTPS) to monitor your account and ensure that timely tax payments are being made for you. You may enroll in the EFTPS online at www.eftps.gov, or call (800) 555- 4477 for an enrollment form.*
>
> *State tax authorities generally offer similar means to verify tax payments. Contact the appropriate state offices directly for details."*

<http://www.irs.gov/pub/irs-drop/rp-12-32.pdf>

This notice also applies to all Sate and Local taxes. Additional information can be found at your State's web site or below:

| | | |
|---|---|---|
| Illinois Revenue Services: | 800-732-8866 | http://www.illinois.gov |
| Maine Revenue Services: | 207-626-8475 | http://www.maine.gov |
| Maine Department of Labor: | 207-621-5120 | https://tax.reemployme.maine.gov |

# Payroll Summary Report

**Kashwere**
Company (50995)

Check Date: 07/31/2020
Pay Period: 07/16/2020 to 07/31/2020
Process: 2020073101

Page 1

## Payroll Totals

| Payroll Checks | Check Type | Count | Net Check | Dir Dep Amount | Net Amount | |
|---|---|---|---|---|---|---|
| | Reg | 12 | | 34,181.39 | 34,181.39 | |
| | **Totals** | **12** | | **34,181.39** | **34,181.39** → | **34,181.39** |

| Third Party Checks | Check Type | Count | Net Check | Dir Dep Amount | Net Amount | |
|---|---|---|---|---|---|---|
| | Agency | 1 | | 401.50 | 401.50 | |
| | **Totals** | **1** | | **401.50** | **401.50** → | **401.50** |
| | **Total Net Payroll Liability** | | | **34,582.89** | **34,582.89** → | **34,582.89** |

## Tax Liabilities

| FITW and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Federal Income Tax | 27-1505818 | | Semi-Weekly | 12,758.27 | 12,758.27 | 1,092.76 | | |
| Medicare | 27-1505818 | | Semi-Weekly | 12,758.27 | 12,758.27 | 184.98 | | |
| Medicare - Employer | 27-1505818 | | Semi-Weekly | 12,758.27 | 12,758.27 | | 184.99 | |
| OASDI | 27-1505818 | | Semi-Weekly | 12,758.27 | 12,758.27 | 791.02 | | |
| OASDI - Employer | 27-1505818 | | Semi-Weekly | 12,758.27 | 12,758.27 | | 791.01 | |
| **Totals** | | | | | | **2,068.76** | **976.00** → | **3,044.76** |

| FL and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Florida SITW | 27-1505818 | | Never | 1,250.00 | 1,250.00 | | | |
| **Totals** | | | | | | | → | **0.00** |

| FLSUI and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Florida SUI | 3642554 | 0.027000 | Quarterly | 1,250.00 | 0.00 | | | |
| **Totals** | | | | | | | → | **0.00** |

| FUTA and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Fed Unemployment | 27-1505818 | | Quarterly | 12,758.27 | 750.00 | | 4.50 | |
| **Totals** | | | | | | | **4.50** → | **4.50** |

| IL and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Illinois SITW | 2715058180002 | | Semi-Weekly | 9,924.84 | 9,924.84 | 467.29 | | |
| **Totals** | | | | | | **467.29** | → | **467.29** |

| ILSUI and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Illinois Fund Building Tax | 45945741 | 0.004250 | Quarterly | 9,924.84 | 750.00 | | 3.19 | |
| Illinois SUI | 45945741 | 0.002000 | Quarterly | 9,924.84 | 750.00 | | 1.50 | |
| **Totals** | | | | | | | **4.69** → | **4.69** |

| MN and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Minnesota SITW | 5848748 | | Semi-Weekly | 1,250.00 | 1,250.00 | 31.00 | | |
| **Totals** | | | | | | **31.00** | → | **31.00** |

| MNSUI and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| Minnesota Federal Loan A | 05167047 | Blocked | Quarterly | 1,250.00 | 827.69 | | | |
| Workforce Enhancement F | 05167047 | 0.001000 | Quarterly | 1,250.00 | 827.69 | | 0.83 | |
| Minnesota SUI | 05167047 | 0.011000 | Quarterly | 1,250.00 | 827.69 | | 9.10 | |
| **Totals** | | | | | | | **9.93** → | **9.93** |

| NJ and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | |
|---|---|---|---|---|---|---|---|---|
| New Jersey SITW | 271505818000 | | Weekly | 1,250.00 | 1,250.00 | 20.83 | | |
| **Totals** | | | | | | **20.83** | → | **20.83** |

| **Payroll Summary Report** | **Kashwere** Company (50995) | Check Date: 07/31/2020 Pay Period: 07/16/2020 to 07/31/2020 Process: 2020073101 | Page 2 |
|---|---|---|---|

**Tax Liabilities Continued**

| NJSUI and Related Taxes | Tax Id | Rate | Frequency | Wages | Cap Wages | EE Amount | ER Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| NJ FLI - EE | 271505818000 | | Quarterly | 1,250.00 | 1,250.00 | 2.00 | | | |
| NJ Healthcare | 271505818000 | | Quarterly | 1,250.00 | 0.00 | | | | |
| NJ Healthcare - EE | 271505818000 | | Quarterly | 1,250.00 | 0.00 | | | | |
| NJ Healthcare SP | 271505818000 | | Quarterly | 1,250.00 | 0.00 | | | | |
| New Jersey SDI | 271505818000 | 0.005000 | Quarterly | 1,250.00 | 0.00 | | | | |
| NJ SDI - EE | 271505818000 | | Quarterly | 1,250.00 | 1,250.00 | 3.25 | | | |
| New Jersey SUI | 271505818000 | 0.026820 | Quarterly | 1,250.00 | 0.00 | | | | |
| NJ SUI - EE | 271505818000 | | Quarterly | 1,250.00 | 0.00 | | | | |
| NJ Workforce | 271505818000 | 0.001175 | Quarterly | 1,250.00 | 0.00 | | | | |
| NJ Workforce - EE | 271505818000 | | Quarterly | 1,250.00 | 0.00 | | | | |
| **Totals** | | | | | | **5.25** | | ➔ | **5.25** |

***No Tax Deferrals***

***No Tax Credits***

***No Tax Adjustments***

| | | | | |
|---|---|---|---|---|
| **Total Tax Liability** | **2,593.13** | **995.12** | ➔ | **3,588.25** |
| **Total Payroll Liability** | | **38,171.14** | ➔ | **38,171.14** |

***No Third Party Sick Pay***

**Billing**

| Invoices | Invoice Number | Date | Gross | Discount | Tax | Adjustment | Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| | 12330034 | 07/29/2020 | 117.08 | | | | 117.08 | | |
| **Totals** | | | **117.08** | | | | **117.08** | ➔ | **117.08** |

**Transfers**

| Transfers | Type | Check Date | Source Account | Amount | | |
|---|---|---|---|---|---|---|
| | Agency | 07/29/2020 | 768833741 | 401.50 | | |
| | Billing | 07/29/2020 | 768833741 | 117.08 | | |
| | DirDep | 07/29/2020 | 768833741 | 34,181.39 | | |
| | Tax | 07/29/2020 | 768833741 | 3,588.25 | | |
| | **Total Transfers** | | | **38,288.22** | ➔ | **38,288.22** |

**Tax Deposits**

| Required Deposits | Tax | Deposit Information | Due On | Amount |
|---|---|---|---|---|
| | Federal Income Tax | ☑ Deposit Made By HS&A | 08/05/2020 | 3,044.76 |
| | Illinois SITW | ☑ Deposit Made By HS&A | 08/05/2020 | 467.29 |
| | Minnesota SITW | ☑ Deposit Made By HS&A | 08/05/2020 | 31.00 |
| | New Jersey SITW | ☑ Deposit Made By HS&A | 08/05/2020 | 20.83 |
| | **Total Tax Deposits** | | | **3,563.88** |

**Cash Analysis**

| Account | Account Activity | Amount | Total Cash Required |
|---|---|---|---|
| **768833741** | Cash required to cover Payroll Transfer | 34,181.39 | |
| | Cash required to cover Agency Transfer | 401.50 | |
| | Cash required to cover Tax Transfer | 3,588.25 | |
| | Cash required to cover Billing Transfer | 117.08 | |

| **Payroll Summary Report** | **Kashwere**<br>Company (50995) | Check Date: 07/31/2020<br>Pay Period: 07/16/2020 to 07/31/2020<br>Process: 2020073101 | Page<br>3 |
|---|---|---|---|

**Cash Analysis continued**

| Account | Account Activity | Amount | Total Cash Required |
|---|---|---|---|
| | | | **38,288.22** |

# Check Register

**Kashwere**
Company (50995)

Check Date: 07/31/2020
Pay Period: 07/16/2020 to 07/31/2020
Process: 2020073101

Page 1

| Bank Account | Transit Number | Bank Name | Description |
|---|---|---|---|
| **127282** | **071923909** | **Fifth Third Bank, Cincinnati, OH** | **Checks - American Chartered** |

**Payroll Checks**

| Check/Voucher | Check Type | Check Date | Payable to Id | Name | Net Amount | Dir Dep | Net Check |
|---|---|---|---|---|---|---|---|
| 2721 | Reg | 07/31/2020 | 100026 | Bartlett, John | 641.77 | 641.77 | 0.00 |
| 2722 | Reg | 07/31/2020 | 100028 | Li, Yan | 1,200.00 | 1,200.00 | 0.00 |
| 2723 | Reg | 07/31/2020 | 100001 | Diez, Jorge | 2,036.80 | 2,036.80 | 0.00 |
| 2724 | Reg | 07/31/2020 | 100025 | Hernandez, Cristina | 1,074.61 | 1,074.61 | 0.00 |
| 2725 | Reg | 07/31/2020 | 100005 | LLC, MerriG | 12,500.00 | 12,500.00 | 0.00 |
| 2726 | Reg | 07/31/2020 | 100015 | Mueller, Jacqueline | 2,282.91 | 2,282.91 | 0.00 |
| 2727 | Reg | 07/31/2020 | 100016 | Diez, Nicholas | 1,069.64 | 1,069.64 | 0.00 |
| 2728 | Reg | 07/31/2020 | 100027 | Dussias, Dean | 7,500.00 | 7,500.00 | 0.00 |
| 2729 | Reg | 07/31/2020 | 100002 | Gibbs, Tracy | 1,545.46 | 1,545.46 | 0.00 |
| 2730 | Reg | 07/31/2020 | 100004 | Jadis, Lisa | 264.32 | 264.32 | 0.00 |
| 2731 | Reg | 07/31/2020 | 100008 | Stewart LLC, Rachel | 3,000.00 | 3,000.00 | 0.00 |
| 2732 | Reg | 07/31/2020 | 100012 | Stolley, Karen | 1,065.88 | 1,065.88 | 0.00 |
| **Totals for Payroll Checks** | | | **12 Items** | | **34,181.39** | **34,181.39** | |

**Third Party and Misc Checks**

| Check/Voucher | Check Type | Check Date | Payable to Id | Name | Net Amount | Dir Dep | Net Check |
|---|---|---|---|---|---|---|---|
| 2733 | Agency | 07/31/2020 | HSAVis | 000411 07C6944Z | 401.50 | 401.50 | 0.00 |
| 2734 | Tax | 07/31/2020 | FITW | Fifth Third Bank | 3,044.76 | 3,044.76 | 0.00 |
| 2735 | Tax | 07/31/2020 | IL | Illinois Department of Revenue | 467.29 | 467.29 | 0.00 |
| 2736 | Tax | 07/31/2020 | MN | MN Dept. of Revenue | 31.00 | 31.00 | 0.00 |
| 2737 | Tax | 07/31/2020 | NJ | State of NJ Gross Income Tax | 20.83 | 20.83 | 0.00 |
| **Totals for Third Party and Misc Checks** | | | **5 Items** | | **3,965.38** | **3,965.38** | |

## Totals for Account 127282

| Check Type | Count | Net Amount | Dir Dep | Net Check |
|---|---|---|---|---|
| Agency | 1 | 401.50 | 401.50 | 0.00 |
| Reg | 12 | 34,181.39 | 34,181.39 | 0.00 |
| Tax | 4 | 3,563.88 | 3,563.88 | 0.00 |
| **Totals** | **17** | **3,965.38** ❶ | **3,965.38** ❶ | **0.00** |

❶ Only the Net Check amounts for payroll checks are included in these totals. The Dir Dep amount is already included as part of the Transfers amount.

# Check Register

**Kashwere**
Company (50995)

Check Date: 07/31/2020
Pay Period: 07/16/2020 to 07/31/2020
Process: 2020073101



| Bank Account | Transit Number | Bank Name | Description |
|---|---|---|---|
| **768833741** | **071000013** | **JP Morgan Chase Bank NA,** | **Primary Account** |

Third Party and Misc Checks

| Check/Voucher | Check Type | Check Date | Payable to Id | Name | Net Amount | Dir Dep | Net Check |
|---|---|---|---|---|---|---|---|
| 2738 | Transfer | 07/29/2020 | DirDep | HowardSimon Payroll | 34,181.39 | 34,181.39 | 0.00 |
| 2739 | Transfer | 07/29/2020 | Tax | HowardSimon Payroll | 3,588.25 | 3,588.25 | 0.00 |
| 2740 | Transfer | 07/29/2020 | Agency | HowardSimon Payroll | 401.50 | 401.50 | 0.00 |
| 2741 | Transfer | 07/29/2020 | Billing | HowardSimon Payroll | 117.08 | 117.08 | 0.00 |
| **Totals for Third Party and Misc Checks** | | | **4 Items** | | **38,288.22** | **38,288.22** | |

## Totals for Account 768833741

| Check Type | Count | Net Amount | Dir Dep | Net Check |
|---|---|---|---|---|
| Transfer | 4 | 38,288.22 | 38,288.22 | 0.00 |

## Totals Across All Accounts

| Check Type | Count | Net Amount | Dir Dep | Net Check |
|---|---|---|---|---|
| Agency | 1 | 401.50 | 401.50 | 0.00 |
| Reg | 12 | 34,181.39 | 34,181.39 | 0.00 |
| Tax | 4 | 3,563.88 | 3,563.88 | 0.00 |
| Transfer | 4 | 38,288.22 | 38,288.22 | 0.00 |
| **Totals** | **21** | **42,253.60** ❶ | **42,253.60** ❶ | **0.00** |

❶ Only the Net Check amounts for payroll checks are included in these totals. The Dir Dep amount is already included as part of the Transfers amount.

## Account Totals

| Account | Count | Net Amount | Dir Dep | Net Check |
|---|---|---|---|---|
| 127282 | 17 | 3,965.38 | 3,965.38 | 0.00 |
| 768833741 | 4 | 38,288.22 | 38,288.22 | 0.00 |
| **Totals** | **21** | **42,253.60** | **42,253.60** | **0.00** |

## Lagrimas, Beatrice (100003)

**Changes to Deductions setup on employee:**

**EndDate** of Deduction code GA changed from **12/31/2100** to **05/31/2020** by rmelgar on 07/13/20 at 08:47:39 AM

**CalcCode** of Deduction code GA changed from **%** to **{empty}** by rmelgar on 07/13/20 at 08:48:58 AM

**Rate** of Deduction code GA changed from **25.000000** to **-857.780000** by rmelgar on 07/13/20 at 08:48:58 AM

**EndDate** of Deduction code GA changed from **05/31/2020** to **12/31/2100** by rmelgar on 07/13/20 at 08:48:58 AM

**Frequency** of Deduction code GA changed from **1Pay** to **ONE** by rmelgar on 07/13/20 at 08:48:58 AM

**LastDate** of Deduction code GA changed from **06/15/2020** to **{empty}** by rmelgar on 07/13/20 at 08:48:58 AM

## Li, Yan (100028)

**Changes to General Employee Information:**

Employee **100028** (Li, Yan) (Inserted) by HRISPortal on 07/27/20 at 09:49:26 AM

**HireDate** of Employee 100028 (Li, Yan) changed from **{empty}** to **07/27/2020** by rruff on 07/29/20 at 04:37:49 PM

**Changes to Rates setup on employee:**

Rate code **Base** (0.00) (Inserted) by HRISPortal on 07/27/20 at 09:49:26 AM

**Salary** of Rate code Base (0.00) changed from **600.00** to **0.00** by HRISPortal on 07/27/20 at 02:47:38 PM

**Changes to Direct Deposits setup on employee:**

Bank account **839712788** (100.00 %) (Inserted) by HRISPortal on 07/29/20 at 03:57:10 PM

## Mueller, Jacqueline (100015)

**Changes to Taxes setup on employee:**

**exemptions** of Tax code FITW changed from **0.00** to **2.00** by HRISPortal on 07/27/20 at 02:54:57 PM

**exemptions** of Tax code IL changed from **0.00** to **2.00** by HRISPortal on 07/27/20 at 02:55:11 PM

# Deduction Listing

**Kashwere**
Company (50995)

Check Date: 07/31/2020
Process: 2020073101

Page
1

**401KR - 401KR**

| Employee | Emp Id | SSN | Location | Amount |
|---|---|---|---|---|
| Diez, Jorge L | 100001 | xxx-xx-1796 | 100 | 81.25 |
| Gibbs, Tracy L | 100002 | xxx-xx-7377 | 100 | 102.50 |
| **Totals for 401KR - 401KR** | **2 Employees** | | | **183.75** |

**HEALTH - HEALTH**

| Employee | Emp Id | SSN | Location | Amount |
|---|---|---|---|---|
| Bartlett, John | 100026 | xxx-xx-7509 | | 150.00 |
| Jadis, Lisa | 100004 | xxx-xx-8685 | 100 | 916.57 |
| **Totals for HEALTH - HEALTH** | **2 Employees** | | | **1,066.57** |

**Report Totals** **4 Employees** **1,250.32**

**Code Totals**

| Code | Description | Type | Employees | Amount |
|---|---|---|---|---|
| 401KR | Roth 401(K) | Roth 401k | 2 | 183.75 |
| HEALTH | Health (125) | 125 | 2 | 1,066.57 |
| **Totals** | | | | **1,250.32** |

** Rates are not applicable in this detail group*

**Payroll Register**

**Kashwere**
Company (50995)

Check Date: 07/31/2020
Process: 2020073101
Period: 07/16/2020 to 07/31/2020

Page 1

## Department:

| Employee | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bartlett,** **John** | Reg | Regular Earnings | | | 900.00 | FITW | Federal Income T | S-2 | 750.00 | 23.33 | HEALTH | Health (125) | 150.00 | Chk Date | **07/31/2020** |
| Emp Id 100026 | | | | | | IL | Illinois SITW | S-2 | 750.00 | 27.53 | | | | Batch | **SM2** |
| Salary 900.00 | | | | | | MED | Medicare | | 750.00 | 10.87 | | | | Net | **641.77** |
| | | | | | | SS | OASDI | | 750.00 | 46.50 | | | | Dir Dep | **641.77** |
| | | | | | | | | | | | | | | Chk Amt | **0.00** |
| | **Total Earnings** | | **0.00** | | **900.00** | **Total Taxes** | | | | **108.23** | **Total Deductions** | | **150.00** | Chk/Vcr # | **2721** |
| **Li,** **Yan** | 1099 | 1099 Earnings | | | 1200.00 | | | | | | | | | Chk Date | **07/31/2020** |
| Emp Id 100028 | | | | | | | | | | | | | | Batch | **SM2** |
| Rate 0.0000 | | | | | | | | | | | | | | Net | **1200.00** |
| | | | | | | | | | | | | | | Dir Dep | **1200.00** |
| | | | | | | | | | | | | | | Chk Amt | **0.00** |
| | **Total Earnings** | | **0.00** | | **1200.00** | **Total Taxes** | | | | **0.00** | **Total Deductions** | | **0.00** | Chk/Vcr # | **2722** |

## Department: Total

| | | Code | Earning | Hours | Rate | Amount | Code | Tax | Taxable | Amount | Code | Deduction | Amount | Checks | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employees** | **2** | | | | | | | | | | | | | | |
| Female | 0 | 1099 | 1099 Earnings | | | 1200.00 | FITW | Federal Income T | 750.00 | 23.33 | HEALTH | Health (125) | 150.00 | Vouchers | 2 |
| Male | 1 | Reg | Regular Earnings | | | 900.00 | IL | Illinois SITW | 750.00 | 27.53 | | | | Net | **1841.77** |
| **Chks & Vchrs** | **2** | | | | | | MED | Medicare | 750.00 | 10.87 | | | | Dir Dep | **1841.77** |
| Female | 0 | | | | | | SS | OASDI | 750.00 | 46.50 | | | | Chk Amt | **0.00** |
| Male | 1 | | | | | | | | | | | | | | |
| | | **Total Earnings** | | **0.00** | | **2100.00** | **Total Taxes** | | | **108.23** | **Total Deductions** | | **150.00** | | |

## Department: 100

| Employee | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Diez,** **Jorge L** | ERSHPS | Profit Sharing | | | 81.25 | FITW | Federal Income T | M-0 | 2708.34 | 249.04 | 401KR | Roth 401(K) | 81.25 | Chk Date | **07/31/2020** |
| Emp Id 100001 | Reg | Regular Earnings | | | 2708.34 | IL | Illinois SITW | M-0 | 2708.34 | 134.06 | | | | Batch | **SM2** |
| Salary 2708.34 | | | | | | MED | Medicare | | 2708.34 | 39.27 | | | | Net | **2036.80** |
| | | | | | | SS | OASDI | | 2708.34 | 167.92 | | | | Dir Dep | **2036.80** |
| | | | | | | | | | | | | | | Chk Amt | **0.00** |
| | **Total Earnings** | | **0.00** | | **2708.34** | **Total Taxes** | | | | **590.29** | **Total Deductions** | | **81.25** | Chk/Vcr # | **2723** |
| **Diez,** **Nicholas L** | Reg | Regular Earnings | 79.00 | 17.5000 | 1382.50 | FITW | Federal Income T | S-0 | 1382.50 | 138.67 | | | | Chk Date | **07/31/2020** |
| Emp Id 100016 | | | | | | IL | Illinois SITW | S-0 | 1382.50 | 68.43 | | | | Batch | **SM2** |
| Rate 17.5000 | | | | | | MED | Medicare | | 1382.50 | 20.05 | | | | Net | **1069.64** |
| | | | | | | SS | OASDI | | 1382.50 | 85.71 | | | | Dir Dep | **1069.64** |
| | | | | | | | | | | | | | | Chk Amt | **0.00** |
| | **Total Earnings** | | **79.00** | | **1382.50** | **Total Taxes** | | | | **312.86** | **Total Deductions** | | **0.00** | Chk/Vcr # | **2727** |

**Payroll Register**

# Kashwere

Company (50995)

Check Date: 07/31/2020
Process: 2020073101
Period: 07/16/2020 to 07/31/2020



| Employee | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Dussias,** | | | | | | | | | | | | | | | |
| **Dean H** | Draw | Draw | | | 7500.00 | | | | | | | | | Chk Date | **07/31/2020** |
| Emp Id100027 | | | | | | | | | | | | | | Batch | **SM2** |
| | | | | | | | | | | | | | | Net | **7500.00** |
| | | | | | | | | | | | | | | Dir Dep | **7500.00** |
| | | | | | | | | | | | | | | Chk Amt | **0.00** |
| | **Total Earnings** | | **0.00** | | **7500.00** | **Total Taxes** | | | | **0.00** | **Total Deductions** | | **0.00** | Chk/Vcr # | **2728** |
| **Gibbs,** | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | **Reg** |
| **Tracy L** | ERSHPS | Profit Sharing | | | 61.50 | FITW | Federal Income T | M-1 | 2050.00 | 148.54 | 401KR | Roth 401(K) | 102.50 | Chk Date | **07/31/2020** |
| Emp Id100002 | Reg | Regular Earnings | | | 2050.00 | IL | Illinois SITW | M-1 | 2050.00 | 96.68 | | | | Batch | **SM2** |
| Salary 2050.00 | | | | | | MED | Medicare | | 2050.00 | 29.72 | | | | Net | **1545.46** |
| | | | | | | SS | OASDI | | 2050.00 | 127.10 | | | | Dir Dep | **1545.46** |
| | | | | | | | | | | | | | | Chk Amt | **0.00** |
| | **Total Earnings** | | **0.00** | | **2050.00** | **Total Taxes** | | | | **402.04** | **Total Deductions** | | **102.50** | Chk/Vcr # | **2729** |
| **Hernandez,** | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | **Reg** |
| **Cristina** | Reg | Regular Earnings | | | 1250.00 | FITW | Federal Income T | S-0 | 1250.00 | 79.77 | | | | Chk Date | **07/31/2020** |
| Emp Id100025 | | | | | | FL | Florida SITW | | 1250.00 | | | | | Batch | **SM2** |
| Salary 1250.00 | | | | | | MED | Medicare | | 1250.00 | 18.12 | | | | Net | **1074.61** |
| | | | | | | SS | OASDI | | 1250.00 | 77.50 | | | | Dir Dep | **1074.61** |
| | | | | | | | | | | | | | | Chk Amt | **0.00** |
| | **Total Earnings** | | **0.00** | | **1250.00** | **Total Taxes** | | | | **175.39** | **Total Deductions** | | **0.00** | Chk/Vcr # | **2724** |
| **Jadis,** | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | **Reg** |
| **Lisa** | ERSHPS | Profit Sharing | | | 37.50 | FITW | Federal Income T | S-0 | 333.43 | 17.51 | HEALTH | Health (125) | 916.57 | Chk Date | **07/31/2020** |
| Emp Id100004 | Reg | Regular Earnings | | | 1250.00 | MED | Medicare | | 333.43 | 4.84 | | | | Batch | **SM2** |
| Salary 1250.00 | | | | | | NJ | New Jersey SITV | S-0 | 1250.00 | 20.83 | | | | Net | **264.32** |
| | | | | | | NJFLI-E | NJ FLI - EE | | 1250.00 | 2.00 | | | | Dir Dep | **264.32** |
| | | | | | | NJHI-E | NJ Healthcare - F | | | | | | | Chk Amt | **0.00** |
| | | | | | | NJSDI-E | NJ SDI - EE | | 1250.00 | 3.25 | | | | Chk/Vcr # | **2730** |
| | | | | | | NJSUI-E | NJ SUI - EE | | | | | | | | |
| | | | | | | NJWD-E | NJ Workforce - F | | | | | | | | |
| | | | | | | SS | OASDI | | 333.43 | 20.68 | | | | | |
| | **Total Earnings** | | **0.00** | | **1250.00** | **Total Taxes** | | | | **69.11** | **Total Deductions** | | **916.57** | | |
| **LLC,** | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | **Reg** |
| **MerriG** | Draw | Draw | | | 12500.00 | | | | | | | | | Chk Date | **07/31/2020** |
| Emp Id100005 | | | | | | | | | | | | | | Batch | **SM2** |
| Rate 0.0000 | | | | | | | | | | | | | | Net | **12500.00** |
| | | | | | | | | | | | | | | Dir Dep | **12500.00** |
| | | | | | | | | | | | | | | Chk Amt | **0.00** |
| | **Total Earnings** | | **0.00** | | **12500.00** | **Total Taxes** | | | | **0.00** | **Total Deductions** | | **0.00** | Chk/Vcr # | **2725** |

**Payroll Register**

**Kashwere**
Company (50995)

Check Date: 07/31/2020
Process: 2020073101
Period: 07/16/2020 to 07/31/2020

Page 3

| Employee | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Mueller, Jacqueline** | Reg | Regular Earnings | | | 607.00 | FITW | Federal Income T | S-2 | 3034.00 | 378.40 | | | | Chk Date | **07/31/2020** |
| Emp Id 100015 | Reg | Regular Earnings | | | 2427.00 | IL | Illinois SITW | S-2 | 3034.00 | 140.59 | | | | Batch | **SM2** |
| Salary 2427.00 | | | | | | MED | Medicare | | 3034.00 | 43.99 | | | | Net | **2282.91** |
| | | | | | | SS | OASDI | | 3034.00 | 188.11 | | | | Dir Dep | **2282.91** |
| | | | | | | | | | | | | | | Chk Amt | **0.00** |
| | **Total Earnings** | | **0.00** | | **3034.00** | **Total Taxes** | | | | **751.09** | **Total Deductions** | | **0.00** | Chk/Vcr # | **2726** |

| Employee | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Stewart LLC, Rachel** | 1099 | 1099 Earnings | | | 3000.00 | | | | | | | | | Chk Date | **07/31/2020** |
| Emp Id 100008 | | | | | | | | | | | | | | Batch | **SM2** |
| Rate 20.0000 | | | | | | | | | | | | | | Net | **3000.00** |
| | | | | | | | | | | | | | | Dir Dep | **3000.00** |
| | | | | | | | | | | | | | | Chk Amt | **0.00** |
| | **Total Earnings** | | **0.00** | | **3000.00** | **Total Taxes** | | | | **0.00** | **Total Deductions** | | **0.00** | Chk/Vcr # | **2731** |

| Employee | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Stolley, Karen C** | ERSHPS | Profit Sharing | | | 37.50 | FITW | Federal Income T | M-1 | 1250.00 | 57.50 | | | | Chk Date | **07/31/2020** |
| Emp Id 100012 | Reg | Regular Earnings | 86.67 | | 1250.00 | MED | Medicare | | 1250.00 | 18.12 | | | | Batch | **SM2** |
| Salary 1250.00 | | | | | | MN | Minnesota SITW | M-1 | 1250.00 | 31.00 | | | | Net | **1065.88** |
| | | | | | | SS | OASDI | | 1250.00 | 77.50 | | | | Dir Dep | **1065.88** |
| | | | | | | | | | | | | | | Chk Amt | **0.00** |
| | **Total Earnings** | | **86.67** | | **1250.00** | **Total Taxes** | | | | **184.12** | **Total Deductions** | | **0.00** | Chk/Vcr # | **2732** |

## Department: 100 Total

| Employees | 10 | Code | Earning | Hours | Rate | Amount | Code | Tax | Taxable | Amount | Code | Deduction | Amount | Checks | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Female | 3 | 1099 | 1099 Earnings | | | 3000.00 | FITW | Federal Income T | 12008.27 | 1069.43 | 401KR | Roth 401(K) | 183.75 | Vouchers | **10** |
| Male | 0 | Draw | Draw | | | 20000.00 | FL | Florida SITW | 1250.00 | | HEALTH | Health (125) | 916.57 | Net | **32339.62** |
| **Chks & Vchrs** | **10** | ERSHPS | Profit Sharing | | | 217.75 | IL | Illinois SITW | 9174.84 | 439.76 | | | | Dir Dep | **32339.62** |
| Female | 3 | Reg | Regular Earnings | 165.67 | | 12924.84 | MED | Medicare | 12008.27 | 174.11 | | | | Chk Amt | **0.00** |
| Male | 0 | | | | | | MN | Minnesota SITW | 1250.00 | 31.00 | | | | | |
| | | | | | | | NJ | New Jersey SITV | 1250.00 | 20.83 | | | | | |
| | | | | | | | NJFLI-E | NJ FLI - EE | 1250.00 | 2.00 | | | | | |
| | | | | | | | NJHI-E | NJ Healthcare - E | | | | | | | |
| | | | | | | | NJSDI-E | NJ SDI - EE | 1250.00 | 3.25 | | | | | |
| | | | | | | | NJSUI-E | NJ SUI - EE | | | | | | | |
| | | | | | | | NJWD-E | NJ Workforce - E | | | | | | | |
| | | | | | | | SS | OASDI | 12008.27 | 744.52 | | | | | |
| | | **Total Earnings** | | **165.67** | | **35924.84** | **Total Taxes** | | | **2484.90** | **Total Deductions** | | **1100.32** | | |

**Payroll Register**

**Kashwere**
Company (50995)

Check Date: 07/31/2020
Process: 2020073101
Period: 07/16/2020 to 07/31/2020

Page 4

## Report Total

| | | Code | Earning | Hours | Rate | Amount | Code | Tax | Taxable | Amount | Code | Deduction | Amount | Checks | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employees** | **12** | 1099 | 1099 Earnings | | | 4200.00 | FITW | Federal Income T | 12758.27 | 1092.76 | 401KR | Roth 401(K) | 183.75 | Vouchers | **12** |
| Female | 3 | Draw | Draw | | | 20000.00 | FL | Florida SITW | 1250.00 | | HEALTH | Health (125) | 1066.57 | Net | **34181.39** |
| Male | 1 | ERSHPS | Profit Sharing | | | 217.75 | IL | Illinois SITW | 9924.84 | 467.29 | | | | Dir Dep | **34181.39** |
| **Chks & Vchrs** | **12** | Reg | Regular Earnings | 165.67 | | 13824.84 | MED | Medicare | 12758.27 | 184.98 | | | | Chk Amt | **0.00** |
| Female | 3 | | | | | | MN | Minnesota SITW | 1250.00 | 31.00 | | | | | |
| Male | 1 | | | | | | NJ | New Jersey SITV | 1250.00 | 20.83 | | | | | |
| | | | | | | | NJFLI-E | NJ FLI - EE | 1250.00 | 2.00 | | | | | |
| | | | | | | | NJHI-E | NJ Healthcare - E | | | | | | | |
| | | | | | | | NJSDI-E | NJ SDI - EE | 1250.00 | 3.25 | | | | | |
| | | | | | | | NJSUI-E | NJ SUI - EE | | | | | | | |
| | | | | | | | NJWD-E | NJ Workforce - E | | | | | | | |
| | | | | | | | SS | OASDI | 12758.27 | 791.02 | | | | | |
| | | **Total Earnings** | | **165.67** | | **38024.84** | **Total Taxes** | | | **2593.13** | **Total Deductions** | | **1250.32** | | |

HS&A PAYROLL SERVICES, INC.
Filing status and exemptions display current data, not data at the time of the payroll.
Registers © 1995-2020 MIRY

Run Date: 07/29/20
Run Time: 04:38 PM

Department 100

Employee

# Year to Date Report

**Kashwere**
Company (50995)

**2020**

Page 1

**Department:**

| | | Code | Earning | YTD Hours | YTD Amount | Code | Tax | YTD Taxable | YTD Amount | Code | Deduction | YTD Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bartlett, John** | | | | | | | | | | | | | | |
| Emp Id | 100026 | Reg | Regular | | 4,500.00 | FITW | Federal Incom | 3,900.00 | 131.65 | HEALTH | HEALTH | 600.00 | Net | 3,324.92 |
| Salary | 900.00 | | | | | MED | Medicare | 3,900.00 | 56.55 | | | | DD | 3,324.92 |
| Freq | S | | | | | SS | OASDI | 3,900.00 | 241.80 | | | | Chk | 0.00 |
| | | | | | | IL | Illinois SITW | 3,900.00 | 145.08 | | | | | |
| | | **Total Earnings** | | **0.00** | **4,500.00** | **Total Taxes** | | | **575.08** | **Total Deductions** | | **600.00** | | |
| **Li, Yan** | | | | | | | | | | | | | | |
| Emp Id | 100028 | 1099 | 1099 | | 1,200.00 | | | | | | | | Net | 1,200.00 |
| Rate | 0.0000 | | | | | | | | | | | | DD | 1,200.00 |
| Freq | S | | | | | | | | | | | | Chk | 0.00 |
| | | **Total Earnings** | | **0.00** | **1,200.00** | **Total Taxes** | | | **0.00** | **Total Deductions** | | **0.00** | | |

## Totals for Department:

| | | Code | Earning | YTD Hours | YTD Amount | Code | Tax | YTD Taxable | YTD Amount | Code | Deduction | YTD Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employees | 2 | Reg | Regular | | 4,500.00 | FITW | Federal Incom | 3,900.00 | 131.65 | HEALTH | HEALTH | 600.00 | Net | 4524.92 |
| Male | 1 | 1099 | 1099 | | 1,200.00 | MED | Medicare | 3,900.00 | 56.55 | | | | DD | 4524.92 |
| Female | 0 | | | | | SS | OASDI | 3,900.00 | 241.80 | | | | Chk | 0.00 |
| | | | | | | IL | Illinois SITW | 3,900.00 | 145.08 | | | | | |
| | | **Total Earnings** | | **0.00** | **5,700.00** | **Total Taxes** | | | **575.08** | **Total Deductions** | | **600.00** | | |

**Department: 100**

| | | Code | Earning | YTD Hours | YTD Amount | Code | Tax | YTD Taxable | YTD Amount | Code | Deduction | YTD Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Diez, Jorge L** | | Reg | Regular | | 37,916.76 | FITW | Federal Incom | 37,916.76 | 3,486.56 | 401KR | 401KR | 1,137.50 | Net | 28,515.23 |
| Emp Id | 100001 | ERSHPS | ERSHPS | | 1,137.50 | MED | Medicare | 37,916.76 | 549.79 | | | | DD | 28,515.23 |
| Salary | 2,708.34 | | | | | SS | OASDI | 37,916.76 | 2,350.84 | | | | Chk | 0.00 |
| Freq | S | | | | | IL | Illinois SITW | 37,916.76 | 1,876.84 | | | | | |
| | | **Total Earnings** | | **0.00** | **37,916.76** | **Total Taxes** | | | **8,264.03** | **Total Deductions** | | **1,137.50** | | |
| **Diez, Jorge L** | | 1099 | 1099 | | 1,625.00 | | | | | | | | Net | 1,625.00 |
| Emp Id | 100017 | | | | | | | | | | | | DD | 1,625.00 |
| Salary | 2,708.34 | | | | | | | | | | | | Chk | 0.00 |
| Freq | S | | | | | | | | | | | | | |
| | | **Total Earnings** | | **0.00** | **1,625.00** | **Total Taxes** | | | **0.00** | **Total Deductions** | | **0.00** | | |

# Year to Date Report

**Kashwere**
Company (50995)

**2020**



| Employee | | Code | Earning | YTD Hours | YTD Amount | Code | Tax | YTD Taxable | YTD Amount | Code | Deduction | YTD Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Diez,** | | | | | | | | | | | | | | |
| **Nicholas L** | | Reg | Regular | 1,117.00 | 19,547.50 | FITW | Federal Incom | 19,547.50 | 1,964.48 | | | | Net | 15,790.04 |
| Emp Id | 100016 | Expense | Expense | | 670.00 | MED | Medicare | 19,547.50 | 283.44 | | | | DD | 15,790.04 |
| Rate | 17.5000 | | | | | SS | OASDI | 19,547.50 | 1,211.94 | | | | Chk | 0.00 |
| Freq | S | | | | | IL | Illinois SITW | 19,547.50 | 967.60 | | | | | |
| | | **Total Earnings** | | **1,117.00** | **20,217.50** | **Total Taxes** | | | **4,427.46** | **Total Deductions** | | **0.00** | | |
| **Dussias,** | | | | | | | | | | | | | | |
| **Dean H** | | Reg | Regular | | 55,678.50 | FITW | Federal Incom | 55,678.50 | 5,796.41 | | | | Net | 43,039.27 |
| Emp Id | 100014 | | | | | MED | Medicare | 55,678.50 | 807.34 | | | | DD | 43,039.27 |
| Rate | 0.0000 | | | | | SS | OASDI | 55,678.50 | 3,452.07 | | | | Chk | 0.00 |
| Freq | S | | | | | IL | Illinois SITW | 55,678.50 | 2,583.41 | | | | | |
| | | **Total Earnings** | | **0.00** | **55,678.50** | **Total Taxes** | | | **12,639.23** | **Total Deductions** | | **0.00** | | |
| **Dussias,** | | | | | | | | | | | | | | |
| **Dean H** | | Draw | Draw | | 15,000.00 | | | | | | | | Net | 15,000.00 |
| Emp Id | 100027 | | | | | | | | | | | | DD | 15,000.00 |
| Salary | 0.00 | | | | | | | | | | | | Chk | 0.00 |
| Freq | S | | | | | | | | | | | | | |
| | | **Total Earnings** | | **0.00** | **15,000.00** | **Total Taxes** | | | **0.00** | **Total Deductions** | | **0.00** | | |
| **Gibbs,** | | | | | | | | | | | | | | |
| **Tracy L** | | Reg | Regular | | 28,700.00 | FITW | Federal Incom | 28,700.00 | 2,079.56 | 401KR | 401KR | 1,435.00 | Net | 21,636.37 |
| Emp Id | 100002 | ERSHPS | ERSHPS | | 861.00 | MED | Medicare | 28,700.00 | 416.15 | | | | DD | 21,636.37 |
| Salary | 2,050.00 | | | | | SS | OASDI | 28,700.00 | 1,779.40 | | | | Chk | 0.00 |
| Freq | S | | | | | IL | Illinois SITW | 28,700.00 | 1,353.52 | | | | | |
| | | **Total Earnings** | | **0.00** | **28,700.00** | **Total Taxes** | | | **5,628.63** | **Total Deductions** | | **1,435.00** | | |
| **Hernandez,** | | | | | | | | | | | | | | |
| **Cristina** | | Reg | Regular | | 15,000.00 | FITW | Federal Incom | 15,058.90 | 1,167.07 | | | | Net | 12,739.83 |
| Emp Id | 100025 | Com | Com | | 58.90 | MED | Medicare | 15,058.90 | 218.35 | | | | DD | 11,665.23 |
| Salary | 1,250.00 | | | | | SS | OASDI | 15,058.90 | 933.65 | | | | Chk | 1,074.60 |
| Freq | S | | | | | FL | Florida SITW | 15,058.90 | 0.00 | | | | | |
| | | **Total Earnings** | | **0.00** | **15,058.90** | **Total Taxes** | | | **2,319.07** | **Total Deductions** | | **0.00** | | |

# Year to Date Report

**Kashwere**
Company (50995)

**2020**



| Jadis, | | Code | Earning | YTD Hours | YTD Amount | Code | Tax | YTD Taxable | YTD Amount | Code | Deduction | YTD Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Lisa** | | Reg | Regular | | 17,500.00 | FITW | Federal Incom | 41,471.41 | 8,350.36 | HEALTH | HEALTH | 12,831.98 | Net | 33,134.00 |
| Emp Id | 100004 | Com | Com | | 36,803.39 | MED | Medicare | 41,471.41 | 601.34 | | | | DD | 33,134.00 |
| Salary | 1,250.00 | ERSHPS | ERSHPS | | 1,629.10 | SS | OASDI | 41,471.41 | 2,571.23 | | | | Chk | 0.00 |
| Freq | S | Expense | Expense | | 6,222.84 | NJ | New Jersey SI | 54,303.39 | 2,659.22 | | | | | |
| | | | | | | NJFLI-E | NJ FLI - EE | 54,303.39 | 86.89 | | | | | |
| | | | | | | NJHI-E | NJ Healthcare | 35,300.00 | 0.00 | | | | | |
| | | | | | | NJSDI-E | NJ SDI - EE | 54,303.39 | 141.19 | | | | | |
| | | | | | | NJSUI-E | NJ SUI - EE | 35,300.00 | 135.02 | | | | | |
| | | | | | | NJWD-E | NJ Workforce | 35,300.00 | 15.00 | | | | | |
| | | **Total Earnings** | | **0.00** | **60,526.23** | **Total Taxes** | | | **14,560.25** | **Total Deductions** | | **12,831.98** | | |

| Lagrimas, | | Code | Earning | YTD Hours | YTD Amount | Code | Tax | YTD Taxable | YTD Amount | Code | Deduction | YTD Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beatrice** | | 1099 | 1099 | | 10,500.00 | | | | | GA | GA | 2,157.65 | Net | 16,438.59 |
| Emp Id | 100003 | Com | Com | | 8,267.25 | | | | | HEALTH | HEALTH | 171.01 | DD | 16,438.59 |
| Rate | 0.0000 | | | | | | | | | | | | Chk | 0.00 |
| Freq | S | | | | | | | | | | | | | |
| | | **Total Earnings** | | **0.00** | **18,767.25** | **Total Taxes** | | | **0.00** | **Total Deductions** | | **2,328.66** | | |

| LLC, | | Code | Earning | YTD Hours | YTD Amount | Code | Tax | YTD Taxable | YTD Amount | Code | Deduction | YTD Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MerriG** | | Draw | Draw | | 150,916.49 | | | | | | | | Net | 150,916.49 |
| Emp Id | 100005 | | | | | | | | | | | | DD | 150,916.49 |
| Rate | 0.0000 | | | | | | | | | | | | Chk | 0.00 |
| Freq | S | | | | | | | | | | | | | |
| | | **Total Earnings** | | **0.00** | **150,916.49** | **Total Taxes** | | | **0.00** | **Total Deductions** | | **0.00** | | |

| Mueller, | | Code | Earning | YTD Hours | YTD Amount | Code | Tax | YTD Taxable | YTD Amount | Code | Deduction | YTD Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Jacqueline** | | Reg | Regular | | 33,276.44 | FITW | Federal Incom | 33,276.44 | 4,305.63 | | | | Net | 24,787.56 |
| Emp Id | 100015 | | | | | MED | Medicare | 33,276.44 | 482.51 | | | | DD | 24,787.56 |
| Salary | 2,427.00 | | | | | SS | OASDI | 33,276.44 | 2,063.14 | | | | Chk | 0.00 |
| Freq | S | | | | | IL | Illinois SITW | 33,276.44 | 1,637.60 | | | | | |
| | | **Total Earnings** | | **0.00** | **33,276.44** | **Total Taxes** | | | **8,488.88** | **Total Deductions** | | **0.00** | | |

| Stewart LLC, | | Code | Earning | YTD Hours | YTD Amount | Code | Tax | YTD Taxable | YTD Amount | Code | Deduction | YTD Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rachel** | | 1099 | 1099 | | 34,920.00 | | | | | | | | Net | 43,765.62 |
| Emp Id | 100008 | Com | Com | | 8,845.62 | | | | | | | | DD | 43,765.62 |
| Rate | 20.0000 | | | | | | | | | | | | Chk | 0.00 |
| Freq | S | | | | | | | | | | | | | |
| | | **Total Earnings** | | **0.00** | **43,765.62** | **Total Taxes** | | | **0.00** | **Total Deductions** | | **0.00** | | |

# Year to Date Report

**Kashwere**
Company (50995)

**2020**

Page 4

| | | Code | Earning | YTD Hours | YTD Amount | Code | Tax | YTD Taxable | YTD Amount | Code | Deduction | YTD Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Stolley,** | | | | | | | | | | | | | | |
| **Karen C** | | Reg | Regular | 1,213.38 | 17,500.00 | FITW | Federal Incom | 35,422.31 | 3,420.29 | | | | Net | 27,748.22 |
| Emp Id | 100012 | Com | Com | | 17,922.31 | MED | Medicare | 35,422.31 | 513.62 | | | | DD | 27,748.22 |
| Salary | 1,250.00 | ERSHPS | ERSHPS | | 1,062.66 | SS | OASDI | 35,422.31 | 2,196.18 | | | | Chk | 0.00 |
| Freq | S | | | | | MN | Minnesota SIT | 35,422.31 | 1,544.00 | | | | | |
| | | **Total Earnings** | | **1,213.38** | **35,422.31** | **Total Taxes** | | | **7,674.09** | **Total Deductions** | | **0.00** | | |

## Totals for Department: 100

| | | Code | Earning | YTD Hours | YTD Amount | Code | Tax | YTD Taxable | YTD Amount | Code | Deduction | YTD Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employees | 13 | Reg | Regular | 2,330.38 | 225,119.20 | FITW | Federal Incom | 267,071.82 | 30,570.36 | 401KR | 401KR | 2,572.50 | Net | 435136.22 |
| Male | 0 | ERSHPS | ERSHPS | | 4,690.26 | MED | Medicare | 267,071.82 | 3,872.54 | HEALTH | HEALTH | 13,002.99 | DD | 434061.62 |
| Female | 3 | 1099 | 1099 | | 47,045.00 | SS | OASDI | 267,071.82 | 16,558.45 | GA | GA | 2,157.65 | Chk | 1074.60 |
| | | Expense | Expense | | 6,892.84 | IL | Illinois SITW | 175,119.20 | 8,418.97 | | | | | |
| | | Draw | Draw | | 165,916.49 | FL | Florida SITW | 15,058.90 | 0.00 | | | | | |
| | | Com | Com | | 71,897.47 | NJ | New Jersey SI | 54,303.39 | 2,659.22 | | | | | |
| | | | | | | NJFLI-E | NJ FLI - EE | 54,303.39 | 86.89 | | | | | |
| | | | | | | NJHI-E | NJ Healthcare | 35,300.00 | 0.00 | | | | | |
| | | | | | | NJSDI-E | NJ SDI - EE | 54,303.39 | 141.19 | | | | | |
| | | | | | | NJSUI-E | NJ SUI - EE | 35,300.00 | 135.02 | | | | | |
| | | | | | | NJWD-E | NJ Workforce | 35,300.00 | 15.00 | | | | | |
| | | | | | | MN | Minnesota SIT | 35,422.31 | 1,544.00 | | | | | |
| | | **Total Earnings** | | **2,330.38** | **516,871.00** | **Total Taxes** | | | **64,001.64** | **Total Deductions** | | **17,733.14** | | |

## Report Totals

| | | Code | Earning | YTD Hours | YTD Amount | Code | Tax | YTD Taxable | YTD Amount | Code | Deduction | YTD Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employees | 15 | Reg | Regular | 2,330.38 | 229,619.20 | FITW | Federal Incom | 270,971.82 | 30,702.01 | HEALTH | HEALTH | 13,602.99 | Net | 439661.14 |
| Male | 1 | 1099 | 1099 | | 48,245.00 | MED | Medicare | 270,971.82 | 3,929.09 | 401KR | 401KR | 2,572.50 | DD | 438586.54 |
| Female | 3 | ERSHPS | ERSHPS | | 4,690.26 | SS | OASDI | 270,971.82 | 16,800.25 | GA | GA | 2,157.65 | Chk | 1074.60 |
| | | Expense | Expense | | 6,892.84 | IL | Illinois SITW | 179,019.20 | 8,564.05 | | | | | |
| | | Draw | Draw | | 165,916.49 | FL | Florida SITW | 15,058.90 | 0.00 | | | | | |
| | | Com | Com | | 71,897.47 | NJ | New Jersey SI | 54,303.39 | 2,659.22 | | | | | |
| | | | | | | NJFLI-E | NJ FLI - EE | 54,303.39 | 86.89 | | | | | |
| | | | | | | NJHI-E | NJ Healthcare | 35,300.00 | 0.00 | | | | | |
| | | | | | | NJSDI-E | NJ SDI - EE | 54,303.39 | 141.19 | | | | | |
| | | | | | | NJSUI-E | NJ SUI - EE | 35,300.00 | 135.02 | | | | | |
| | | | | | | NJWD-E | NJ Workforce | 35,300.00 | 15.00 | | | | | |
| | | | | | | MN | Minnesota SIT | 35,422.31 | 1,544.00 | | | | | |
| | | **Total Earnings** | | **2,330.38** | **522,571.00** | **Total Taxes** | | | **64,576.72** | **Total Deductions** | | **18,333.14** | | |

# Uncleared Items (HSA Version)

As of Date: 07/29/2020 Page 1

| Entry Date | Ledger Date | Check Number | Transaction Type | Company Id | Description/Comments | Debit | Credit | Marked To Clear |
|---|---|---|---|---|---|---|---|---|

Ledger Date is greater than 20000 days o

☑ Projected Clearing Date

HS&A PAYROLL SERVICES, INC.
For payroll questions, please call: 1-847-945-0340

Run Date: 07/29/20
Run Time: 4:38 PM
Account

## Uncleared Items (HSA Version)

As of Date: 07/29/2020 Page 2

| | |
|---|---|
| **Report Totals** | **Total Debits** |
| | **Total Credits** |
| | **Total Uncleared Items** |
| | **Total Items Over Threshold** |

This report is included in your reporting package because you have checks being issued from HS&A accounts.
**Please Note:** Unclaimed property is subject to your State's escheat laws. If you would like HS&A to stop payment on any item listed and return the funds to you, please notify us.

**HowardSimon Payroll**
304 Saunders Road
Riverwoods, IL 60015

**INVOICE 12330034**

| | |
|---|---|
| CHECK DATE | July 31, 2020 |
| DATE | July 29, 2020 |
| TERMS | PAID: Automated Billing |
| **TOTAL DUE** | **117.08** |

**BILL TO**

TMG Kreations LLC
350 Wainwright Dr
Northbrook, IL 60062

**SOLD TO**

Kashwere (50995)
350 Wainwright Dr
Northbrook, IL 60062

| QTY | PRODUCT | BASE FEE | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1.00 | Delivery | 14.20 | 0.00 | 14.20 |
| 12.00 | HSA Pay | 44.54 | 2.55 | 75.14 |
| 1.00 | New Hire Reporting | 0.00 | 2.74 | 2.74 |
| 0.00 | RE-Issue Check | 0.00 | 5.84 | 0.00 |
| 0.00 | Quarterly Regulatory Compliance | 25.00 | 0.00 | 25.00 |

| | |
|---|---|
| **INVOICE SUB-TOTAL** | 117.08 |
| **TOTAL AMOUNT DUE** | **117.08** |

# EXHIBIT 9

**To:** Cathy Breit[cathy.breit@shaker.com]
**From:** Merri Gleckler[merri@kashwere.com]
**Sent:** Fri 11/1/2019 11:10:24 PM (UTC)
**Subject:** RE: 2019 St. Jude Ad / Kashwere

EXHIBIT
32
Gleckler 8/7/24

Ha ha ....

Yes correct. Thank you.

**From:** Cathy Breit <cathy.breit@shaker.com>
**Sent:** Friday, November 01, 2019 4:02 PM
**To:** Merri Glecker <merri@kashwere.com>
**Subject:** RE: 2019 St. Jude Ad / Kashwere

Pronounce his last name like Dew-C-is?

**From:** Merri Glecker [mailto:merri@kashwere.com]
**Sent:** Friday, November 1, 2019 5:44 PM
**To:** Cathy Breit <cathy.breit@shaker.com>
**Subject:** RE: 2019 St. Jude Ad / Kashwere

Hi Cathy,

Yes Dean is a partial owner.

Have a great weekend.

**From:** Cathy Breit <cathy.breit@shaker.com>
**Sent:** Friday, November 01, 2019 1:14 PM
**To:** Merri Glecker <merri@kashwere.com>
**Subject:** RE: 2019 St. Jude Ad / Kashwere

Merri, is Dean an owner? We are going to thank you from the podium – should we thank the owners plural and mention Dean as well?

**From:** Merri Glecker [mailto:merri@kashwere.com]
**Sent:** Wednesday, October 2, 2019 3:31 PM
**To:** Cathy Breit <cathy.breit@shaker.com>
**Subject:** RE: 2019 St. Jude Ad / Kashwere

Here are the attendees this year:

Merri Gleckler YAY!: merri@kashwere.com 480.773.2373
Dean Dussias ( My new partner...YAY!) dean@kashwere.com 847.612.1010
Jack Mueller ( Our Art Director) jack@kashwere.com 847.542.3695
Lisa Jadis ( Senior Account Executive) lisa@kashwere.com 908.604.6677

If you need anything else please let me know.
Thank you for your patience . There is a lot going on.....however all great! 😊
Look forward to meeting you in person.

Regards,
Merri

# EXHIBIT 10

**To:** John Bartlett[jbartlett@kashwere.com]; Collin Phillips[seomercenary@gmail.com]
**Cc:** Tracy Gibbs[tracy@kashwere.com]
**From:** Jack Mueller[jack@kashwere.com]
**Sent:** Thur 3/19/2020 8:32:34 PM (UTC)
**Subject:** revised image
KashwereCommunity.png

EXHIBIT
39
Gleckler 8/7/24

Dear Friends,

Kashwére was founded on the idea that nothing is more important than the comfort of home, where families grow and take care of each other. Lately, though, we've become even more grateful for the love, support, and courage of the people around us. From our families sheltering with us, to the larger human family, we're in this together.

**As our way of giving all of you a Kashwére hug, we're providing a 20% discount off our entire site through May 1st. Use code KHUG20.**

And to show our special gratitude to the doctors and nurses risking their lives to care for all of us, we're donating an additional 10% off every purchase through May 1st to Direct Relief. Direct Relief is an organization dedicated to getting healthcare workers the supplies they need to stay safe and do their jobs. They've received Charity Navigator's highest rating, and you can learn more at: https://www.directrelief.org

On behalf of the entire Kashwére Team, we wish you good health and the comfort of being with those you love during this uncertain time.

Be well,

Merri and Dean
Owners

"I've learned that people will forget what you said,
people will forget what you did,
but people will never forget how you made them feel."

—Maya Angelou



# EXHIBIT 11

**To:** Dean Dussias[dean@kashwere.com]
**From:** Merri Gleckler[merri@kashwere.com]
**Sent:** Sat 3/28/2020 3:45:58 PM (UTC)
**Subject:** Fwd: Kashwére for you, family and friends

We need to remove him

Sent from my iPhone

Begin forwarded message:

> **From:** Kashwere <info@kashwere.com>
> **Date:** March 28, 2020 at 4:00:42 AM MST
> **To:** Russell Shafer <russ@kashwere.com>
> **Subject: Kashwére for you, family and friends**
> **Reply-To:** "Kashwere" <reply_pheuyf_fejjqnj_o@cp20.com>

Dear Friends,

Kashwére was founded on the idea that nothing is more important than the comfort of home, where families grow and take care of each other. Lately, though, we've become even more grateful for the love, support, and courage of the people around us. From our families sheltering with us, to the larger human family, we're in this together.

*As our way of giving all of you a Kashwére hug, we're providing 20% discount off our entire site through May 1st.*

*Use code: KHUG20.*

And to show our special gratitude to the doctors and nurses risking their lives to care for all of us, we're donating an additional 10% of every purchase through May 1st to Direct Relief. Direct Relief is an organization dedicated to getting healthcare workers the supplies they need to stay safe and do their jobs. They've received Charity Navigator's highest rating, and you can learn more at: https://www.directrelief.org

On behalf of the entire Kashwére Team, we wish you good health and the comfort of being with those you love during this uncertain time.

Be well,
Merri and Dean
Owners

*"I've learned that people will forget what you said,*
*people will forget what you did,*
*but people will never forget how you made them feel."*
—Maya Angelou

You are subscribed to this mailing list as russ@kashwere.com. Please click here to modify your message preferences or to unsubscribe from any future mailings. We will respect all unsubscribe requests.

# EXHIBIT 12

**To:** Merri Gleckler[merri@kashwere.com]; Jeffrey Chapman[jeff@chapmanbrand.com]
**From:** Dean Dussias[dean@kashwere.com]
**Sent:** Thur 3/19/2020 5:43:36 PM (UTC)
**Subject:** Kashwere Cares marketing
Kashwere Cares from phone call.docx

Document attached.

Dean Dussias
President
Kashwere
dean@kashwere.com
01 (847) 612-1010

**FRONT PAGE OF WEBSITE**

Dear Friends,

Kashwere was founded on the idea that nothing is more important than the comfort of home, where family's grow and take care of each other. Lately, though, we've become even more grateful for the love, support, and courage of the people around us. From our families sheltering with us, to the larger human family, we're in this together.

**As our way of giving all of you a Kashwere hug, we're providing a 20% discount, and free shipping, off our entire site through May 1st. Use the code KHUG20.**

**And to show our special gratitude to the doctors and nurses risking their lives to care for all of us, we're donating an additional 10% of every purchase through May 1st to Direct Relief.**

Direct Relief is an organization dedicated to getting healthcare workers the supplies they need to stay safe and do their jobs. They've received Charity Navigator's highest rating, and you can learn more at:

https://www.directrelief.org

On behalf of the entire Kashwere Team, we wish you good health and the comfort of being with those you love during this uncertain time.

Be Well,

Merri and Dean

Owners

*"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel." -Maya Angelou*

**FOR ACCOUNTS**

Dear X,

These are challenging times, creating a significant financial burden for us all. So Kashwere has developed a special program to show how deeply we value the partnership we've built over the years.

"The Kashwere Hug":

- You can give your customers a chance to bring a bit of your experience into their own homes...
- Sending a message of caring and comfort from you to them...
- By offering them the chance to purchase Kashwere robes, throws, or any other product at a significant discount.
- And, in addition to generating goodwill, we'll share the revenue with you.

How It Works:

- We provide you with ready-to-send creative content for the offer.
- Your customers get a 25% discount when they purchase Kashwere.
- We handle all order fulfillment.
- In addition, we'll provide you with a 50% share of standard wholesale margin generated by the program – for example: $39 for you from the sale of a throw - $175 retail, less 25% for the guest = $131.25, less $82 product cost = $49.25 margin – 50% to you = $24.63.

It's *our* way of saying thank you for your support. And it's a way for *you* to let your guests know that they are appreciated. That you haven't forgotten about them, and you're thinking about their comfort at home, even if they cannot come to visit.

I'll follow up soon to answer any questions you may have, or feel free to reach out to me directly.

In the meantime, all of us at Kashwere wish you and your family good health and the comfort of being together during this uncertain time.

Regards,

Lisa

*"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel."*

*-Maya Angelou*

**PROPERTIES TO SEND TO THEIR GUESTS: believe this should come packaged with the photo and close to ready to send – must make it easy for the property marketing person to get excited, to execute and to have some input.**

Dear Loyal Guests,

Recognizing in this uncertain time you are unable to visit us, so this time were coming to you to let you know how much we care. With our valued partner Kashwere, a brand loved for its beauty and comfort, we invite you to visit their website as our guest to purchase any item and receive a preferred discount of 25% - simply use the code XXXKHUG – to enjoy Kashwere at home until your next visit to us.

Wishing you good health and the comfort of being with those you love.

*Warm Regards,*

*X Property*

# EXHIBIT 13

**To:** Merri Glecker[merri@kashwere.com]
**From:** Merri Glecker[merri@kashwere.com]
**Sent:** Wed 10/6/2021 2:22:21 PM (UTC)
**Subject:** Fwd: Offer Thoughts
Kashwere Cares with edits JC.docx

---------- Forwarded message ---------
From: **Jeffrey Chapman** <jeff@chapmanbrand.com>
Date: Thu, Mar 19, 2020 at 8:28 AM
Subject: Offer Thoughts
To: Merri Glecker <merri@kashwere.com>, Dean Dussias <dean@kashwere.com>

Merri, Dean,
For our meeting in a few minutes, I built off of what you did for the website and hospitality partners and created pages 2 and 3 of the attached.

What you had was already quite strong, so I didn't see much value in just subjectively tweaking a word or piece of punctuation here or there. Instead, as food for thought, I explored alternative approaches (borrowing some of your best language).

-Jeff

**FRONT PAGE OF WEBSITE**

Dear Loyal Customers,

All of us at Kashwere wish you good health and the comfort of being with those you love during this uncertain time.

As our way of giving all of you a Kashwere hug we are providing a 25% discount and free shipping off our entire site thru May 1st.

Be Well and Stay Safe,

Merri Gleckler and Dean Dussias

Owners

*"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel." -Maya Angelou*

---

**FRONT PAGE OF WEBSITE (ALT.)**

Dear Friends,

Kashwere was founded on the idea that nothing is more important than the comfort of home, where family's grow and take care of each other. Lately, though, we've become even more grateful for the love, support, and courage of the people around us. From our families sheltering with us, to the larger human family, we're in this together.

**As our way of giving all of you a Kashwere hug, we're providing a 15% discount, and free shipping, off our entire site through May 1st.**

**And to show our special gratitude to the doctors and nurses risking their lives to care for all of us, we're donating an additional 10% of every purchase through May 1st to Direct Relief.**

Direct Relief is an organization dedicated to getting healthcare workers the supplies they need to stay safe and do their jobs. They've received Charity Navigator's highest rating, and you can learn more at:

https://www.directrelief.org

On behalf of the entire Kashwere Team, we wish you good health and the comfort of being with those you love during this uncertain time.

Be Well,

Merri Gleckler and Dean Dussias

Owners

*"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel." -Maya Angelou*

**FOR ACCOUNTS (ALT.)**

Dear X,

These are challenging times, creating a significant financial burden for us all. So Kashwere has developed a special program to show how deeply we value the partnership we've built over the years.

"The Kashwere Hug":

- You can give your customers a chance to bring a bit of your (property/ spa brand) experience into their own homes...
- Sending a message of caring and comfort from you to them...
- By offering them the chance to buy (property/ spa)-branded, Kashwere-made robes or throw blankets at a significant discount.
- And, in addition to generating goodwill, we'll share the revenue with you.

How It Works:

- We provide you with ready-to-send creative content for the offer.
- Your customers get a 25% discount when they purchase Kashwere.
- We handle all order fulfillment.
- In addition, we'll provide you with a xx% share of all revenue generated by the program.

It's *our* way of saying thank you for your support. And it's a way for *you* to let your guests know that they are appreciated. That you haven't forgotten about them, and you're thinking about their comfort at home, even if they cannot come to visit.

I'll follow up soon to answer any questions you may have, or feel free to reach out to me directly.

In the meantime, all of us at Kashwere wish you and your family good health and the comfort of being together during this uncertain time.

Regards,

Lisa

*"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel."*

*-Maya Angelou*

**FOR ACCOUNTS:**

Dear X,

In recognizing the financial burden of the current situation, as our loyal partner Kashwere would love to offer you the opportunity to give your loyal guests a "Kashwere hug" and benefit from

a revenue share with a message of caring and comfort.

It's our way of saying thank you for your partnership and together letting your guest know they too are appreciated, that you haven't forgotten about them and are thinking about their comfort at home, even if they cannot come visit you.

We are ready to provide you the creative content and a 30% discount offer to your customers when they purchase Kashwere. In addition, we would like to provide you a xx% share of the revenue as well.

Should you want to participate please contact me to learn more.

Wishing you and your family good health and the comfort of being together during this uncertain time.

Lisa

---

*"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel." -Maya Angelou*

**PROPERTIES TO SEND TO THEIR GUESTS: believe this should come packaged with the photo and close to ready to send – must make it easy for the property marketing person to get excited, to execute and to have some input.**

Dear Loyal Guests,

Recognizing in this uncertain time you are unable to visit us, so this time were coming to you to let you know how much we care. With our valued partner Kashwere, a brand loved for its beauty and comfort, we invite you to visit their website as our guest to purchase any item and receive a preferred discount of 30% - simply use the code xxxyyy – to enjoy Kashwere at home until your next visit to us.

Wishing you good health and the comfort of being with those you love.

*Warm Regards,*

*X Property*

# EXHIBIT 14

**To:** Dean Dussias[dean@kashwere.com]
**Cc:** Merri Gieckler[merri@kashwere.com]
**From:** Jeffrey Chapman[jeff@chapmanbrand.com]
**Sent:** Thur 3/19/2020 8:02:14 PM (UTC)
**Subject:** Re: Kashwere Cares marketing
Kashwere Cares from phone call JC.docx

Merri, Dean,
And back to you...

As we discussed, I have:

-Created a hospitality version that introduces Christina
-Created a version that can go to other, non-hospitality accounts
-Also taken the initiative to revise the email that would go from a hospitality account to their own customers

I'm not sure what your timing is, so feel free to make whatever further revisions you feel appropriate. I'm in other meetings the rest of today, but have a small window before we meet again tomorrow morning, and can certainly do more over the weekend if need be.

Thanks for the session today. Feels like we made some good progress.

-Jeff

On Thu, Mar 19, 2020 at 1:43 PM Dean Dussias <dean@kashwere.com> wrote:

> Document attached.
>
> Dean Dussias
>
> President
>
> Kashwere
>
> dean@kashwere.com
>
> 01 (847) 612-1010

**FRONT PAGE OF WEBSITE**

Dear Friends,

Kashwere was founded on the idea that nothing is more important than the comfort of home, where families grow and take care of each other. Lately, though, we've become even more grateful for the love, support, and courage of the people around us. From our families sheltering with us, to the larger human family, we're in this together.

**As our way of giving all of you a Kashwere hug, we're providing a 20% discount, and free shipping, off our entire site through May 1st. Use the code KHUG20.**

**And to show our special gratitude to the doctors and nurses risking their lives to care for all of us, we're donating an additional 10% of every purchase through May 1st to Direct Relief.**

Direct Relief is an organization dedicated to getting healthcare workers the supplies they need to stay safe and do their jobs. They've received Charity Navigator's highest rating, and you can learn more at:

https://www.directrelief.org

On behalf of the entire Kashwere Team, we wish you good health and the comfort of being with those you love during this uncertain time.

Be Well,

Merri and Dean

Owners

*"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel." -Maya Angelou*

**FOR HOSPITALITY ACCOUNTS**

Dear X,

These are challenging times, creating a significant financial burden for us all. So Kashwere has developed a special program to show how deeply we value the partnership we've built over the years.

"The Kashwere Hug":

- You can give your customers a chance to bring a bit of your experience into their own homes...
- Sending a message of caring and comfort from you to them...
- By offering them the chance to purchase Kashwere robes, throws, or any other product, at a significant discount.
- And, in addition to generating goodwill, we'll share the revenue with you.

How It Works:

- We provide you with ready-to-send creative content for the offer.
- Your customers get a 25% discount when they purchase Kashwere.
- We handle all order fulfillment.
- In addition, we'll provide you with a 50% share of standard wholesale margin generated by the program – for example: $25 for you from the sale of a throw - $175 retail, less 25% for the guest = $131.25, less $82 product cost = $49.25 margin – 50% to you = $24.63.

It's *our* way of saying thank you for your support. And it's a way for *you* to let your guests know that they are appreciated. That you haven't forgotten about them, and you're thinking about their comfort at home, even if they cannot come to visit.

I'll follow up soon to answer any questions you may have, or feel free to reach out to me directly.

In the meantime, all of us at Kashwere wish you and your family good health and the comfort of being together during this uncertain time.

Regards,

Lisa

*"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel."*

*-Maya Angelou*

---

**FOR ACCOUNTS/ NEW SALES REP**

Dear X,

I just joined Kashwere earlier this month. I was attracted by the quality of the products, but even more so by the heart and soul of the company. Kashwere's commitment to its people and its customers has never been more important than now. These challenging times are creating a significant financial burden for us all. So Kashwere has developed a special program to show how deeply we value the partnerships we've built over the years.

"The Kashwere Hug":

- You can give your customers a chance to bring a bit of your experience into their own homes...
- Sending a message of caring and comfort from you to them...
- By offering them the chance to purchase Kashwere robes, throws, or any other product, at a significant discount.
- And, in addition to generating goodwill, we'll share the revenue with you.

How It Works:

- We provide you with ready-to-send creative content for the offer.
- Your customers get a 25% discount when they purchase Kashwere.
- We handle all order fulfillment.
- In addition, we'll provide you with a 50% share of standard wholesale margin generated by the program – for example: $25 for you from the sale of a throw - $175 retail, less 25% for the guest = $131.25, less $82 product cost = $49.25 margin – 50% to you = $24.63.

It's *our* way of saying thank you for your support. And it's a way for *you* to let your guests know that they are appreciated. That you haven't forgotten about them, and you're thinking about their comfort at home, even if they cannot come to visit.

I'll follow up soon to answer any questions you may have, or feel free to reach out to me directly.

In the meantime, all of us at Kashwere wish you and your family good health and the comfort of being together during this uncertain time.

Regards,

Christina

*"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel."*

*-Maya Angelou*

**FOR OTHER ACCOUNTS**

Dear X,

These are challenging times, creating a significant financial burden for us all. So Kashwere has developed a special program to show how deeply we value the partnership we've built over the years.

"The Kashwere Hug":

- You can send a message of caring and comfort to your customers...
- By offering them the chance to purchase Kashwere robes, throws, or any other product, at a significant discount.
- And, in addition to generating goodwill, we'll share the revenue with you.

How It Works:

- We provide you with ready-to-send creative content for the offer.
- Your customers get a 25% discount when they purchase Kashwere.
- We handle all order fulfillment.
- In addition, we'll provide you with a 50% share of standard wholesale margin generated by the program – for example: $25 for you from the sale of a throw - $175 retail, less 25% for your customer = $131.25, less $82 product cost = $49.25 margin – 50% to you = $24.63.

It's *our* way of saying thank you for your support. And it's a way for *you* to let your customers know that they are appreciated. That you haven't forgotten about them, and you're thinking about their comfort at home.

I'll follow up soon to answer any questions you may have, or feel free to reach out to me directly.

In the meantime, all of us at Kashwere wish you and your family good health and the comfort of being together during this uncertain time.

Regards,

Lisa

*"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel."*

*-Maya Angelou*

**PROPERTIES TO SEND TO THEIR GUESTS: believe this should come packaged with the photo and close to ready to send – must make it easy for the property marketing person to get excited, to execute and to have some input.**

Dear Loyal Guests,

We miss you.

In this uncertain time, we realize that you may not be able to visit. But we want you to know that we're thinking of you. So, this time were coming to you.

We've partnered with Kashwere, makers of the beautiful robes and throws featured in our hotels, resorts, and spas, to give you a special opportunity to bring a bit of beauty and comfort into your own home.

We invite you to visit their website as our guest.

**From now through May 1st, you can purchase any item on the site, and receive a preferred discount of 25% off your entire order, along with free shipping.**

Simply use the code XXXKHUG – to enjoy Kashwere at home until your next opportunity to visit with us.

Wishing you good health and the comfort of being with those you love.

Warm Regards,

X Property

# EXHIBIT 15

**To:** Merri Gleckler[merri@kashwere.com]
**From:** Jack Mueller[jack@kashwere.com]
**Sent:** Thur 3/19/2020 6:22:59 PM (UTC)
**Subject:** Re: Kashwere Cares marketing

corrected typos:

Dear Friends,

Kashwére was founded on the idea that nothing is more important than the comfort of home, where families grow and take care of each other. Lately, though, we've become even more grateful for the love, support, and courage of the people around us. From our families sheltering with us, to the larger human family, we're in this together.

As our way of giving all of you a Kashwére hug, we're providing a 20% discount, and free shipping, off our entire site through May 1st. Use the code KHUG20.
And to show our special gratitude to the doctors and nurses risking their lives to care for all of us, we're donating an additional 10% off every purchase through May 1st to Direct Relief.
Direct Relief is an organization dedicated to getting healthcare workers the supplies they need to stay safe and do their jobs. They've received Charity Navigator's highest rating, and you can learn more at: https://www.directrelief.org

On behalf of the entire Kashwére Team, we wish you good health and the comfort of being with those you love during this uncertain time.

Be well,

Merri and Dean
Owners

"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel." —Maya Angelou

On Mar 19, 2020, at 1:04 PM, Merri Glecker <merri@kashwere.com> wrote:

Call in a few to discuss

Merri Gleckler
CEO
480.551.2680 o
480.773.2373 m
merri@kashwere.com
www.kashwere.com
<Kashwere Cares from phone call.docx>

# EXHIBIT 16

**To:** Dean Dussias[dean@kashwere.com]
**Cc:** Merri Gleckler[Merri@kashwere.com]; John Bartlett[jbartlett@kashwere.com]
**From:** Jack Mueller[jack@kashwere.com]
**Sent:** Fri 3/20/2020 11:26:24 PM (UTC)
**Subject:** Re: TEST - A Word from Kashwére

:)

On Mar 20, 2020, at 6:24 PM, Dean Dussias <dean@kashwere.com> wrote:

I just saw your test message, no need for me to resend – looks good!

Dean Dussias
President
Kashwere
dean@kashwere.com
01 (847) 612-1010

---

**From:** Dean Dussias <dean@kashwere.com>
**Date:** Friday, March 20, 2020 at 6:16 PM
**To:** Jack Mueller <jack@kashwere.com>, Merri Gleckler <merri@kashwere.com>, John Bartlett <jbartlett@kashwere.com>
**Subject:** Re: TEST - A Word from Kashwére

Jack,
Thanks for the update – I will send a test email so everyone can see what this looks like – we are on a bit of a hold because of the Illinois announcement and will have to figure out how we ship product ☺.

All much appreciated…stay safe!

Dean Dussias
President
Kashwere
dean@kashwere.com
01 (847) 612-1010

---

**From:** Jack Mueller <jack@kashwere.com>
**Date:** Friday, March 20, 2020 at 5:56 PM
**To:** Dean Dussias <dean@kashwere.com>, Merri Gleckler <merri@kashwere.com>, John Bartlett <jbartlett@kashwere.com>
**Subject:** Fwd: TEST - A Word from Kashwére

Hi Guys,

John and I took out the period after the direct relief website and I changed the subject line so "word" was lowercase (read better to me in this instance).

Dean I was not sure if there was a certain email list structure you use so John and I left it as a draft for you to log in and send when you get a chance.

John and I did this together using Zoom and that gave me a chance to look at templates and processes. I'll spend some time practicing setting up various designs (not for sending). Very productive.

I also sent John the info on the future accounts partnership idea so he could put some thought into how we can achieve an email campaign to "hand over" to anyone who wants to participate. i.e., we'll need to customize each

participants email to for their customers with the spa / hotel (whichever) logo, their own code, their own picture to contribute, etc. But I don't imagine our accounts would like to handover their email list to us to send for them, which means we have to be able to solve how to get them their finished email campaign to send on to their customers. John is going to put some thought into that and we'll regroup on Monday.

Big thank you to John! I appreciate the help you've given me yesterday and today. Our email are about to get A LOT better looking. :)

Hope you all have a great weekend and that you spend less time in the grocery store than I did!

Jack

Begin forwarded message:

**From:** "Kashwere" <info@kashwere.com>
**Subject: TEST - A Word from Kashwére**
**Date:** March 20, 2020 at 5:37:59 PM CDT
**To:** Bianca Westwood <jack@kashwere.com>
**Reply-To:** "Kashwere" <reply_pczujl_czyifga_o@cp20.com>

---

Dean,

Here's the draft. Please go in and send if good to go.

Thanks,

Jack & John

---

Dear Friends,

Kashwére was founded on the idea that nothing is more important than the cor
families grow and take care of each other. Lately, though, we've become even
love, support, and courage of the people around us. From our families shelterir
larger human family, we're in this together.

*As our way of giving all of you a Kashwére hug, we're providing 20% discount c*
*through May 1st.*

*Use code: KHUG20.*

And to show our special gratitude to the doctors and nurses risking their lives t
we're donating an additional 10% of every purchase through May 1st to Direct
an organization dedicated to getting healthcare workers the supplies they need
their jobs. They've received Charity Navigator's highest rating, and you can lea
at: https://www.directrelief.org .

On behalf of the entire Kashwére Team, we wish you good health and the com
those you love during this uncertain time.



Be well,

Merri and Dean

Owners

*"I've learned that people will forget what you said,*

*people will forget what you did,*

*but people will never forget how you made them feel."*

—Maya Angelou

You are subscribed to this mailing list as cedric@kashwere.com. Please click here to modify your message preferences or to unsubscribe from any future mailings. We will respect all unsubscribe requests.

# EXHIBIT 17

**To:** Merri Gleckler[merri@kashwere.com]; Jeffrey Chapman[jeff@chapmanbrand.com]
**From:** Dean Dussias[dean@kashwere.com]
**Sent:** Fri 3/20/2020 4:57:51 PM (UTC)
**Subject:** Kashwere cares, latest, near final
Kashwere Cares from phone call edited.docx

Attached…

Dean Dussias
President
Kashwere
dean@kashwere.com
01 (847) 612-1010

**FRONT PAGE OF WEBSITE**

Dear Friends,

Kashwere was founded on the idea that nothing is more important than the comfort of home, where families grow and take care of each other. Lately, though, we've become even more grateful for the love, support, and courage of the people around us. From our families sheltering with us, to the larger human family, we're in this together.

**As our way of giving all of you a Kashwere hug, we're providing a 20% discount, and free shipping, off our entire site through May 1st. Use the code KHUG20.**

**And to show our special gratitude to the doctors and nurses risking their lives to care for all of us, we're donating an additional 10% of every purchase through May 1st to Direct Relief.**

Direct Relief is an organization dedicated to getting healthcare workers the supplies they need to stay safe and do their jobs. They've received Charity Navigator's highest rating, and you can learn more at:

https://www.directrelief.org

On behalf of the entire Kashwere Team, we wish you good health and the comfort of being with those you love during this uncertain time.

Be Well,

Merri and Dean

Owners

*"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel." -Maya Angelou*

**FOR HOSPITALITY ACCOUNTS**

Dear X,

These are challenging times, creating a significant financial burden for us all. So Kashwere has developed a special program to show how deeply we value our partnership.

"The Kashwere Hug":

- You can give your customers a chance to bring a bit of your experience into their own homes...
- Sending a message of caring and comfort from you to them...
- By offering them the chance to purchase Kashwere robes, throws, or any other product, at a significant discount.
- And, in addition to generating goodwill, we'll share the revenue with you.

How It Works:

- We provide you with ready-to-send creative content for the offer.
- Your customers get a 25% discount when they purchase Kashwere.
- We handle all order fulfillment.
- In addition, we'll provide you with a 50% share of standard wholesale margin generated by the program – for example: $25 for you from the sale of a throw - $175 retail, less 25% for the guest = $131.25, less $82 product cost = $49.25 margin – 50% to you = $24.63.

It's *our* way of saying thank you for your support. And it's a way for *you* to let your guests know that they are appreciated. That you haven't forgotten about them, and you're thinking about their comfort at home, even if they cannot come to visit.

I'll follow up soon to answer any questions you may have, or feel free to reach out to me directly.

In the meantime, all of us at Kashwere wish you and your family good health and the comfort of being together during this uncertain time.

Regards,

Lisa

*"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel."*

*-Maya Angelou*

---

**FOR ACCOUNTS/ NEW SALES REP**

Dear X,

I just joined Kashwere earlier this month. I was attracted by the quality of the products, but even more so by the heart and soul of the company. Kashwere's commitment to its people and its customers has never been more important than now. These challenging times are creating a significant financial burden for us all. So Kashwere has developed a special program to show how deeply we value the partnerships we've built over the years.

"The Kashwere Hug":

- You can give your customers a chance to bring a bit of your experience into their own homes...
- Sending a message of caring and comfort from you to them...
- By offering them the chance to purchase Kashwere robes, throws, or any other product, at a significant discount.
- And, in addition to generating goodwill, we'll share the revenue with you.

How It Works:

- We provide you with ready-to-send creative content for the offer.
- Your customers get a 25% discount when they purchase Kashwere.
- We handle all order fulfillment.
- In addition, we'll provide you with a 50% share of standard wholesale margin generated by the program – for example: $25 for you from the sale of a throw - $175 retail, less 25% for the guest = $131.25, less $82 product cost = $49.25 margin – 50% to you = $24.63.

It's *our* way of saying thank you for your support. And it's a way for *you* to let your guests know that they are appreciated. That you haven't forgotten about them, and you're thinking about their comfort at home, even if they cannot come to visit.

I'll follow up soon to answer any questions you may have, or feel free to reach out to me directly.

In the meantime, all of us at Kashwere wish you and your family good health and the comfort of being together during this uncertain time.

Regards,

Christina

*"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel."*

*-Maya Angelou*

**FOR OTHER ACCOUNTS**

Dear X,

These are challenging times, creating a significant financial burden for us all. So Kashwere has developed a special program to show how deeply we value the partnership we've built over the years.

"The Kashwere Hug":

- You can send a message of caring and comfort to your customers...
- By offering them the chance to purchase Kashwere robes, throws, or any other product, at a significant discount.
- And, in addition to generating goodwill, we'll share the revenue with you.

How It Works:

- We provide you with ready-to-send creative content for the offer.
- Your customers get a 25% discount when they purchase Kashwere.
- We handle all order fulfillment.
- In addition, we'll provide you with a 50% share of standard wholesale margin generated by the program – for example: $25 for you from the sale of a throw - $175 retail, less 25% for your customer = $131.25, less $82 product cost = $49.25 margin – 50% to you = $24.63.

It's *our* way of saying thank you for your support. And it's a way for *you* to let your customers know that they are appreciated. That you haven't forgotten about them, and you're thinking about their comfort at home.

I'll follow up soon to answer any questions you may have, or feel free to reach out to me directly.

In the meantime, all of us at Kashwere wish you and your family good health and the comfort of being together during this uncertain time.

Regards,

Lisa

*"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel."*

*-Maya Angelou*

**PROPERTIES TO SEND TO THEIR GUESTS: believe this should come packaged with the photo and close to ready to send – must make it easy for the property marketing person to get excited, to execute and to have some input.**

Dear Loyal Guests,

We miss you.

In this uncertain time, we realize that you may not be able to visit. But we want you to know that we're thinking of you. So, this time we're coming to you.

We've partnered with Kashwere, makers of the beautiful robes and throws featured in our hotels, resorts, and spas, to give you a special opportunity to bring a bit of beauty and comfort into your own home.

We invite you to visit their website as our guest. www.kashwere.com

**From now through May 1st, you can purchase any item on the site, and receive a preferred discount of 25% off your entire order, along with free shipping.**

Simply use the code XXXKHUG – to enjoy Kashwere at home until your next opportunity to visit with us.

Wishing you good health and the comfort of being with those you love.

Warm Regards,

X Property

# EXHIBIT 18

**To:** Ray Conway[ray@conwaytax.com]
**Cc:** Dean Dussias[dean@kashwere.com]
**From:** Merri Glecker[merri@kashwere.com]
**Sent:** Fri 2/19/2021 2:58:39 AM (UTC)
**Subject:** Re: Kashwere Operating Agreement, draft

Thank you Ray. I would like to discuss.

Dean is a Member not a Manager. All else I need clarification.

Please let me know when you are available. We'll do our best to work around your schedule.

Merri

On Thu, Feb 18, 2021 at 5:32 PM Ray Conway <ray@conwaytax.com> wrote:

> I have us tentative for tomorrow, but not a specific time. Please let me know if you would like to discuss my comments, which I have attached.
> If you would like to do a zoom or phone conference, I am available tomorrow from 8:30 - 9:30 AM and 11:00 AM - 2:00 PM Central time.
>
> Ray Conway, CPA
> Conway Tax CPA's
> 11313 Distinctive Drive
> Orland Park, IL 60467
>
> Office: 815-463-9150, ext. 2
> Cell: 815-685-5804
> Fax: 815-462-4366
>
> On Mon, Feb 15, 2021 at 6:51 PM Dean Dussias <dean@kashwere.com> wrote:
>
> I'm sorry, I did think I had attached the document; apologies…
>
> Please confirm receipt of attachment.
>
> Dean Dussias
>
> President
>
> Kashwere
>
> dean@kashwere.com
>
> 01 (847) 612-1010

EXHIBIT
51
Gleckler 8/7/24

**From:** Ray Conway <ray@conwaytax.com>
**Date:** Monday, February 15, 2021 at 6:39 PM
**To:** Dean Dussias <dean@kashwere.com>
**Cc:** Kashwere <MERRI@kashwere.com>
**Subject:** Re: Kashwere Operating Agreement, draft

Friday will work, but I'm not available from 10 - 11 AM CST. Please let me know what time works for the two of you outside of that time slot.

Please send the attachment referenced in your email.

Ray Conway, CPA

Conway Tax CPA's

11313 Distinctive Drive

Orland Park, IL 60467

Office: 815-463-9150, ext. 2

Cell: 815-685-5804

Fax: 815-462-4366

On Mon, Feb 15, 2021 at 5:07 PM Dean Dussias <dean@kashwere.com> wrote:

Hi Ray,

Merri and I spoke today and would like you to review the attached agreement and suggest changes (preferably in redline) to ensure we have the most favorable tax treatment for the Members (Merri G and me) and for TMG Kreations, LLC ("Kashwere").

As you will see, we will be re-establishing Kashwere in Arizona – if you have any thoughts on timing, etc. please include those as well.

When you are ready to discuss, let's do a joint call and you can walk us through on Zoom, etc.

If we could review with you on Thursday or Friday, would be appreciated.

Thank you,

Dean & Merri

Dean Dussias

President

Kashwere

dean@kashwere.com

01 (847) 612-1010

# EXHIBIT 19

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 16 | Date Range: 9/22/2019 |

### Outline of Conversations

**+18476121010** • 16 messages on 9/22/2019 • Dean Dussias <8476121010> • Merri Glecker <merri@kashwere.com> • _$!<Other>!$_ <4807732373>

EXHIBIT
29
Gleckler 8/7/24

**Messages in chronological order** (times are shown in GMT -06:00)

**+18476121010**

DD **Dean Dussias <8476121010>** 9/22/2019, 6:08 PM
Hey - hope you are having a great Sunday - I have stayed after Frank - still no forward of messages from Cedric's email and one of the CTS guys is logged in to my virtual machine - sent them a message to sign off or let me know I will go in and they will be logged off. first thing tomorrow - believe we have a container arriving...

O **_$!<Other>!$_ <4807732373>** 9/22/2019, 8:09 PM
Let's discuss tomorrow . Something is not right!

Busy day and all good . Worked on inventory and new product ..

DD **Dean Dussias <8476121010>** 9/22/2019, 8:09 PM
Great!

DD **Dean Dussias <8476121010>** 9/22/2019, 9:25 PM
glad your day went well - mine fine - catch up tomorrow - CTS not showing well...

O **_$!<Other>!$_ <4807732373>** 9/22/2019, 9:27 PM
No. Remember they can most likely read our emails !

DD **Dean Dussias <8476121010>** 9/22/2019, 9:29 PM
yes - which, if they are doing that, would be a huge violation of our privacy, really disappointing

DD **Dean Dussias <8476121010>** 9/22/2019, 9:29 PM
am going to sleep 😊

DD **Dean Dussias <8476121010>** 9/22/2019, 9:29 PM
have a good evening...

O **_$!<Other>!$_ <4807732373>** 9/22/2019, 9:29 PM
Can I tell Wang you r my partner.
Good night

DD **Dean Dussias <8476121010>** 9/22/2019, 9:30 PM
yes, I thought you already did

O **_$!<Other>!$_ <4807732373>** 9/22/2019, 9:30 PM
No.

DD **Dean Dussias <8476121010>** 9/22/2019, 9:30 PM
I look forward to meeting him and sure, please let him know

O **_$!<Other>!$_ <4807732373>** 9/22/2019, 9:30 PM
Not before I signed .

DD **Dean Dussias <8476121010>** 9/22/2019, 9:31 PM
going away from computer...

O **_$!<Other>!$_ <4807732373>** 9/22/2019, 9:31 PM
K

_$!<Other>!$_ <4807732373> 9/22/2019, 9:31 PM

💤💤💤💤

# EXHIBIT 20

**To:** Merri Gleckler[merri.gleckler@gmail.com]
**From:** Merri Gleckler[merri@kashwere.com]
**Sent:** Thur 1/16/2020 2:25:36 AM (UTC)
**Subject:** FW: Kashwere Updates

I will call you tomorrow to get your thoughts on something.
I will be sending you another email to compare to this one.
The next email came AFTER this one.....Keep in mind when reading the next email received.

Back from Chicago and Las Vegas.
M

---

**From:** Merri Glecker <merri@kashwere.com>
**Sent:** Monday, September 23, 2019 7:45 PM
**To:** 'Hiroshi Miyakawa' <flatbe710@gmail.com>
**Subject:** Kashwere Updates
**Importance:** High

Dear Hiroshi,

I hope you, Kana and *Justin* are great and I'm writing to inform you of a change at Kashwere.

Cedric is no longer with Kashwere and I have a new partner, Dean Dussias. I would like for you to meet Dean at the earliest time all of our schedules permit – Dean and I are both very busy & involved with transition activities as well as fourth quarter business. This is a very exciting time for Kashwere – full of opportunity with next year bringing increasing changes.

With enough notice we could arrange for Susie to be available and Dean and I could meet you in Los Angeles. We are in the midst of securing travel plans with our existing commitments and schedule so
please let me know when you may be available?

Best Regards,

Merri

Merri Gleckler
CEO
480.551.2680 o
480.773.2373 m
merri@kashwere.com
www.kashwere.com

kashwere

EXHIBIT
30
Gleckler 8/7/24

# EXHIBIT 21

**To:** Michelle Euler[meuler@hsapayroll.com]
**From:** Merri Gleckler[merri@kashwere.com]
**Sent:** Thur 9/26/2019 9:25:02 PM (UTC)
**Subject:** RE: authorized user

Hi Michelle,
Thank you for double checking. Yes Dean Dussias is my new partner. Cedric is no longer with the company as I'm sure he told you.

I will complete paperwork for your records.
If I am the primary that still gives Dean access as needed correct?

Thank you again,
Merri

**From:** Michelle Euler <meuler@hsapayroll.com>
**Sent:** Thursday, September 26, 2019 1:18 PM
**To:** merri@kashwere.com
**Subject:** authorized user

Hi Merri,

I received a voicemail from a gentleman named Dean that said he was the new payroll person for Kashwere. If that is correct could you please complete and return the attached authorization form so I can add him to the system?

***HowardSimon, Inc.***
Michelle Euler
*Payroll Associate*
304 Saunders Road
Riverwoods, IL 60015

Phone: 1-847-945-0340 x278
Fax: 1-847-940-8500
*HowardSimon* Payroll | *HowardSimon* Retirement | Encompass Human Capital
*Disclaimer*

EXHIBIT
31
Gleckler 8/7/24

# EXHIBIT
# 22

**To:** 王宏哲(Hung Che , Wang)[wang7021@yahoo.com.tw]
**Cc:** Dean Dussias[dean@kashwere.com]
**From:** Merri Glecker[merri@kashwere.com]
**Sent:** Mon 9/23/2019 3:53:12 AM (UTC)
**Subject:** Introduction

Hi Wang,

I want to introduce you to Dean Dussias. Dean is my new partner and someone I know you will enjoy working with . I know Dean for over 10 years. Dean is quite familiar with Kashwere as Cedric and I consulted with Dean several times as Dean offers quite a bit of expertise in business operations.

I'm excited to work with Dean and I'm sure once you meet Dean in person you'll see why and feel the same way. Dean is also eager to meet you and Lily so we will be planning a trip to come see you some time soon.

Until then....Wang meet Dean and Dean meet Wang! 😊 Dean is based in Chicago and will be working out of the warehouse.

Looking forward to lots of great things to come!

I will be introducing Dean to FlatBe and others so please keep this to yourself until then.

Have a great day.
Merri

Merri Gleckler
CEO
480.551.2680 o
480.773.2373 m
merri@kashwere.com
www.kashwere.com

# EXHIBIT
# 23

**To:** Junya Yoshimoto[jr@flatbe.co.jp]
**Cc:** Hiroshi Miyakawa[flatbe710@gmail.com]; Dean Dussias[dean@kashwere.com]
**From:** Merri Glecker[merri@kashwere.com]
**Sent:** Mon 9/30/2019 1:58:34 AM (UTC)
**Subject:** RE: Sales number report

Thank you Yoshimoto,

In the future please also copy my partner Dean (dean@kashwere.com) so he is in the loop.

Thank you.
Merri

---

**From:** Junya Yoshimoto <jr@flatbe.co.jp>
**Sent:** Sunday, September 29, 2019 6:37 PM
**To:** merri@kashwere.com
**Cc:** Hiroshi Miyakawa <flatbe710@gmail.com>
**Subject:** Sales number report

Dear Merri

Sorry for the late report.
Please note that the following is our Aug's sales number report.

*Aug.2019

-Retail stores：￥29,302,617.-

-Online Shop：￥11,832,435.-

-Merchant：￥7,585,874.-

--------------------------------------------------------------------------------

Total：￥48,720,926.-

#Royalty Amount(8%)：￥3,897,674.-（Without deducting withholding taxes yet）

Thanks and Best Regards,
Junya Yoshimoto

# EXHIBIT 24

**To:** Sasoon Haghverdi[shaghverdi@targetfmi.com]
**Cc:** Dean Dussias[dean@kashwere.com]
**From:** Merri Glecker[merri@kashwere.com]
**Sent:** Wed 10/16/2019 5:21:43 PM (UTC)
**Subject:** RE: Conf Call Next Week?

Hello Sasoon,

Thank you for your email. I have copied my partner Dean on this email. Should Dean want to learn more, he will be in touch.

Thank you again for thinking of us.

Regards,

Merri Gleckler
CEO

---

**From:** Sasoon Haghverdi <shaghverdi@targetfmi.com>
**Sent:** Wednesday, October 16, 2019 9:22 AM
**To:** Merri@kashwere.com
**Subject:** Conf Call Next Week?

Hello Merri,

Just checking in to make sure that you received the email I had sent over on our company and services last week. If you would be so kind and let me know that you are in receipt of this info, I would appreciate it.

As I had mentioned, I would like to become one of your shipping partners. My goal moving forward is to act as an additional resource for you, one that you can count on and reach out to on a regular basis.

Please let me know if you have time this week or next for a conference call regarding analyzing your data, our dimensionalizer, freight auditing, expediting claims or any other service we offer that will cut costs on freight and increase efficiency. I look forward to the opportunity of working with you and your team.

Take care and thanks again, I hope to hear from you soon!

**Sasoon Haghverdi**
**Freight Specialist**
TFM Truckload Westcoast
shaghverdi@targetfmi.com
Office: 844-653-7789
Direct: 412-248-2519
eFax: 412-653-1908
www.TargetFMI.com

10 YEARS TARGET FREIGHT MANAGEMENT
LTL | TRUCKLOAD | PARCEL | FLATBED
America's Fastest-Growing Private Companies Inc. 500

CONFIDENTIALITY NOTICE: This electronic message contains information which may be legally confidential and/or privileged and does not in any case represent a firm TARGET FREIGHT MANAGEMENT bid or offer relating thereto which binds the sender without

an additional express written confirmation to that effect. The information is intended solely for the individual or entity named above and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.

# EXHIBIT 25

**To:** Rusty Gaynes[Rusty.Gaynes@verifone.com]; Marc Yagoda[marc@kashwere.com]
**Cc:** Mahesh Athalye (UST, USA)[Mahesh.Athalye@ust-global.com]; Dean Dussias[dean@kashwere.com]
**From:** Merri Glecker[merri@kashwere.com]
**Sent:** Fri 10/18/2019 7:15:31 PM (UTC)
**Subject:** RE: Kashwere/UST Global Intro

Thank you Rusty,

We appreciate your introduction. Mahesh nice to meet you.

Please include my partner Dean Dussias (also copied) on all communications as Dean is the person most knowledgeable about the Kashwere systems.

We look forward to scheduling a call to learn more.

Thank you again,
Merri
Merri Gleckler
CEO
480.773.2373 m
merri@kashwere.com

---

**From:** Rusty Gaynes <Rusty.Gaynes@verifone.com>
**Sent:** Friday, October 18, 2019 11:35 AM
**To:** Merri Glecker <merri@kashwere.com>; Marc Yagoda <marc@kashwere.com>
**Cc:** Mahesh Athalye (UST, USA) <Mahesh.Athalye@ust-global.com>
**Subject:** Kashwere/UST Global Intro

Hi Merri and Marc,

It was nice meeting you guys last week. As promised, I am providing an introduction to you UST Global, our best partner with the most complete solutions, well beyond Kiosks. They can help you with a global strategy, and all of the moving pieces you are looking at to execute your near and longer term goals for your business in general as well as your kiosk initiative. They can write software for you and integrate it with your inventory etc.

Mahesh is cc'd here.

Rusty Gaynes
*Director of Channel Sales*

7014 E. Camelback Rd, #608 | Scottsdale, AZ 85251
M 480 747 8334
Rusty.gaynes@verifone.com

Verifone

# EXHIBIT
# 26

**To:** Merri Glecker[merri@kashwere.com]
**From:** lee gienny[giennyli@hotmail.com]
**Sent:** Fri 11/15/2019 3:00:44 AM (UTC)
**Subject:** 回复: 回复: Kashwere Intro

Hi, Merri,
This is my son's school project for making a parody commercial. Just for your reference.
https://drive.google.com/file/d/1y3O9HU-6tO469v8_FDJXiAdsK3BLGYbK/view?usp=sharing
For the mattress company video, how about $50?
Thanks.

---

**发件人:** Merri Glecker <merri@kashwere.com>
**发送时间:** 2019年11月14日 13:36
**收件人:** lee gienny <giennyli@hotmail.com>
**主题:** RE: 回复: Kashwere Intro

YOU are a breath of fresh air!

**From:** lee gienny <giennyli@hotmail.com>
**Sent:** Thursday, November 14, 2019 11:23 AM
**To:** Merri Glecker <merri@kashwere.com>
**Subject:** 回复: 回复: Kashwere Intro

I will ask my son later today because I don't know how much time he needs. The price is not a big deal for a lot of fun in the process!

---

**发件人:** Merri Glecker <merri@kashwere.com>
**发送时间:** 2019年11月14日 9:20
**收件人:** lee gienny <giennyli@hotmail.com>
**主题:** RE: 回复: Kashwere Intro

Thank you Yan!

Wonderful...I will send images and verbiage for son.....
Can you confirm how much this will cost as I need to also tell the mattress company.
Thank you. You are wonderful!
M

**From:** lee gienny <giennyli@hotmail.com>
**Sent:** Thursday, November 14, 2019 8:56 AM
**To:** Merri Glecker <merri@kashwere.com>
**Subject:** 回复: 回复: Kashwere Intro

Dear Merri,
I saw the video on the website of Miakaka.com. My son can make this kind of video with title and sides. You can put any logo, mission, or details discribing inside.
Also, video of Miakaka is composed of pictures. You can include short videos if you like.
BTW, I have received the spec sheet from Wang. I will work on all the samples this weekend.
I cannot wait for new things happen.
Have a wonderful day!

---

**发件人:** Merri Glecker <merri@kashwere.com>
**发送时间:** 2019年11月13日 21:24

**收件人:** lee gienny <giennyli@hotmail.com>
**主题:** RE: 回复: Kashwere Intro

Hi Yan,

Great seeing you today. Again it was so sweet of you to buy me that pillow. I love it but it is not necessary.

I am working on the list of things you need. Below is the kind of video I am looking to have done for the mattress company we are working with.

I will be able to send images for your son to use should he be able to do something like this. I will also send the verbiage to add to the video once your son confirms

if this is possible.

https://www.miakaya.com/bespoke-luxury-sustainability

Thank you also for your kind words about my house. You are a very special lady and I'm so excited to have this opportunity to work with you. I look forward to a lot of fun and creativity!

I will send you more tomorrow.

Thank you again,
Merri

**From:** lee gienny <giennyli@hotmail.com>
**Sent:** Wednesday, November 13, 2019 11:26 AM
**To:** Merri Gleckler <merri@kashwere.com>
**Subject:** 回复: 回复: Kashwere Intro

Dear Merri,

As we discussed, could you help me about these:

1. A template for data collection;
2. A kashwere.com email for better sourcing; my legal name is Yan Li, my English name is Gienny Lee.
3. The manufacturer's contact information.
4. Please send the pictures and a sample video to me.

I am so impressed by your beautiful house. It can be called a"dream house".
Have a wonderful workday!
Yan

---

**发件人:** Merri Gleckler <merri@kashwere.com>
**发送时间:** 2019年11月13日 8:35
**收件人:** lee gienny <giennyli@hotmail.com>
**主题:** Re: 回复: Kashwere Intro

Hi Lee.
I'm so sorry but I forgot about a conference call at 10:00.

Can we meet a bit later?
Let me know .

Sent from my iPhone

On Nov 11, 2019, at 8:49 AM, lee gienny <giennyli@hotmail.com> wrote:

I think Wednesday would be perfect to start with. How about 9:30? Please give me your address.Thanks.
Below is my schedule in ASU. I am available in most times. So we have plenty time to work together.
Have a wonderful day!

<pastedImagefile.png>

---

**发件人:** Merri Glecker <merri@kashwere.com>
**发送时间:** 2019年11月11日 21:25
**收件人:** lee gienny <giennyli@hotmail.com>
**主题:** RE: Kashwere Intro

HI Yan,

Fantastic. I Just returned from Chicago last night. I did not send package as I thought it would be too confusing for you and we should discuss.
I think if you are available this week , you can come to my house so that I show you some things...

Maybe it's best to come Tuesday or Wed so I can organize some things to show you? I will prepare today?

Let me know what works with your schedule.
I'm excited to get started.
Thank you Yan!
M

**From:** lee gienny <giennyli@hotmail.com>
**Sent:** Sunday, November 10, 2019 10:45 PM
**To:** Merri Glecker <merri@kashwere.com>
**Subject:** 回复: Kashwere Intro

Dear Merri,
How's your Chicago trip?I hope everything goes well.
Next Tuesday is my last day for my previous job. Typically I can start working for Kashwere from Wednesday.
I haven't received your package yet. If you haven't dropped it, I can go to your house tomorrow morning to pick it up if you feel it's more efficient.
Happy Veterans Day!
Sincerely,
Yan

---

**发件人:** Merri Glecker <merri@kashwere.com>
**发送时间:** 2019年11月3日 13:46
**收件人:** lee gienny <giennyli@hotmail.com>
**抄送:** Dean Dussias <dean@kashwere.com>
**主题:** RE: Kashwere Intro

Thank you Yan.

Were also so excited to have you part of our team.

I will be in touch very soon.

Have a wonderful weekend.
Merri

**From:** lee gienny <giennyli@hotmail.com>
**Sent:** Saturday, November 02, 2019 3:19 PM
**To:** Merri Glecker <merri@kashwere.com>
**Cc:** Dean Dussias <dean@kashwere.com>
**Subject:** 回复: Kashwere Intro

Dear all,

I am so excited about the opportunity to join you team and help to develop the world-class products. I look forward to meeting Dean in the near future!

I'd like to start with the spec sheets because it's good to protect our information. If the factory chooses to ignore any of the information on the Sheet, and do their own thing, they will be at fault (well I hope they don't do that, just in case). In the event it occurs, we will be in a stronger position to ask money back or to seek legal aid.

Another benefit of spec sheets is we know who produce our products. I know a lot of Taiwan factories put their lines on the mainland and the American brands don't know that. I hope I can talk with the producers directly to make sure each detail is correct. If we want our products more sustainable, knowing the process is necessary.

If I meet qestions I'll bother you guys more. Hope you guys have a great time in Chicago!

Sincerely,

Yan

---

**发件人:** Merri Glecker <merri@kashwere.com>
**发送时间:** 2019年11月2日 11:28
**收件人:** lee gienny <giennyli@hotmail.com>
**抄送:** Dean Dussias <dean@kashwere.com>
**主题:** Kashwere Intro

Hi Yan,

I'd like you to meet my partner Dean Dussias who I hope you will meet very soon.

Of course I updated Dean on our conversation and we both are excited to have you join us.

I will be sending you a package on Monday so that you can begin reviewing spec sheets for us to discuss.

Thank you again for your time last week. I look forward to connecting when I return from Chicago.
Enjoy your weekend.
Merri

Merri Gleckler
CEO
480.551.2680 P
merri.gleckler SKYPE
merri@kashwere.com
www.kashwere.com

# EXHIBIT 27

**To:** Jessica Lukon[jlukon@luminaryretailers.com]
**Cc:** dean@kashwere.com[dean@kashwere.com]
**From:** Merri Gleckler[merri@kashwere.com]
**Sent:** Wed 12/4/2019 9:11:26 PM (UTC)
**Subject:** Re: Amazon Introductions

Hi Jessica ,

My partner Dean and I are interested in moving forward and would like to get on another call once we receive your paperwork .
Please send to us and let us know when you are available ?

Thank you again ,
Merri

Sent from my iPhone

> On Dec 3, 2019, at 2:39 PM, Jessica Lukon <jlukon@luminaryretailers.com> wrote:
>
> Hi Merri,
>
> Just tried to give you a call and it seems you may be busy at the moment. Let me know if there is another good time for us to connect. I am not available from 3-3:30 but could be flexible the rest of the day or sometime tomorrow!
>
> Thanks,
> Jess

# EXHIBIT
# 28

**Fully Redacted Pursuant to Protective Order**

# EXHIBIT 29

**To:** Andrew Kesler[akesler@easypost.com]
**Cc:** Dean Dussias[dean@kashwere.com]
**From:** Merri Glecker[merri@kashwere.com]
**Sent:** Thur 12/12/2019 6:51:33 PM (UTC)
**Subject:** RE: EasyPost HUB

Hi Andrew,
Thank you for this information. I have copied my partner Dean on this email as he spearhead operations .

Dean will be in touch should he have any questions or want further information.

Thank you again & Happy Holidays,
Merri

Merri Gleckler
CEO

**From:** Andrew Kesler <akesler@easypost.com>
**Sent:** Thursday, December 12, 2019 1:35 AM
**To:** Merri Glecker <merri@kashwere.com>
**Subject:** EasyPost HUB

Hi Merri,

Definitely don't want to bother you so I will leave you with a summary of how EasyPost would provide Kashwere with more predictable pricing should this become more relevant as you evaluate your shipping strategy for 2020.

Apart from giving you the ability to better performance track your carriers (& in turn have more negotiating power when it comes to pricing), EasyPost also offers a flat rate carrier service you can add into your carrier mix.

**EasyPost as a carrier:** Using EasyPost's API, you would plug in your current carriers + add EasyPost as a carrier and create your own business logic around which carrier to select when to maximize efficiency. EasyPost being a flat rate carrier can help cut costs to higher zones, as well as ensure you avoid surprises like fuel surcharges in FedEx and UPS invoices at the end of the month.

**Sample rate card for Kashwere:**

| Up to in Lbs (weight or Dim) | Standard (3-5 days) | Expedited (2-4 days) |
|---|---|---|
| 0.25 | $3.11 | $3.78 |
| 0.5 | $3.35 | $4.07 |
| 0.75 | $4.36 | $4.61 |
| 1 | $4.88 | $5.75 |
| 2 | $7.64 | $8.23 |
| 3 | $8.02 | $8.48 |
| 4 | $8.02 | $8.73 |
| 5 | $8.06 | $9.28 |

Curious how the above rate card compares with other options you may be evaluating?
--

All the best

Andrew Kesler
**Enterprise Account Executive**
***Office: 415-287-0339***
***Cell: 925-890-1124***

The Simple Shipping Solution

Would you like to opt out?

# EXHIBIT 30

**To:** Matthew Colletti[matthew.colletti@woodlandgroup.com]
**Cc:** Rachel Stewart[rachel@kashwere.com]; dean@kashwere.com[dean@kashwere.com]
**From:** Merri Gleckler[merri@kashwere.com]
**Sent:** Fri 12/13/2019 3:02:23 PM (UTC)
**Subject:** Re: Kashwere Product

Matthew please send your contact info so my partner Dean who is based in Chicago can contact to you .
Thank you
Merri

Sent from my iPhone

On Dec 13, 2019, at 7:52 AM, Matthew Colletti <matthew.colletti@woodlandgroup.com> wrote:

Hi Merri,

We are looking to find out who your customs broker is.
We have an import shipment that we would like to have cleared through US Customs and send to you.

Please see the attached for your reference.
Please note that we will as need the commercial invoice and a packing list if you have one for this shipment.

Please confirm the receipt.

Thank you,

Matthew

---

**From:** Merri Glecker <merri@kashwere.com>
**Sent:** Thursday, December 12, 2019 8:41 PM
**To:** Matthew Colletti <matthew.colletti@woodlandgroup.com>
**Cc:** Rachel Stewart <rachel@kashwere.com>
**Subject:** Kashwere Product
**Importance:** High

This email originated from outside the Woodland network

Hi Mathew,

I just received an email from Vivian at SUNWIN telling me to contact you?
I'm not sure I understand. Please contact me.
Thank you.

Merri Gleckler
CEO
480.773.2373 m
merri.gleckler SKYPE
merri@kashwere.com
www.kashwere.com

**Matthew Colletti**
**Operations Specialist**

T : +1 630 787 0931

E: mathew.colletti@woodlandgroup.com
W: https://www.woodlandgroup.com
Woodland Group. 325 W. Lake St., Elmhurst, IL 60126. United States

<119121314522101971.gif>

Woodland Global and Woodland Media are trading names of Woodland International Transport Company Inc. Part of the Woodland Group. All business transacted in accordance with the current standard trading conditions of the National Customs Brokers & Forwarders Association of America, copy available upon request. E&OE. No insurance will be effected except upon express instructions given in writing and accepted by the company.

<AES19120246.pdf>

# EXHIBIT 31

**To:** Dean Dussias[dean@kashwere.com]
**From:** Merri Gleckler[merri@kashwere.com]
**Sent:** Mon 3/30/2020 8:47:56 PM (UTC)
**Subject:** RE: FANKY CALL

See below….

You were going to send Zoom but no time was confirmed.
I would suggest 6:00 my time, 8:00 your time and 9:00 am their time.

If you send it now Wang will let Lilly know what time.

More below…

---

**From:** Dean Dussias <dean@kashwere.com>
**Sent:** Monday, March 30, 2020 10:25 AM
**To:** Merri Gleckler <merri@kashwere.com>
**Subject:** Re: FANKY CALL

Please see comments in-line below; this was a great start. By the way – what time is the call?

One meta-comment (yes, I'm a geek…) – loved that you wrote the process and believe we should add the result. Has always served me well to "start with the end in mind" – which is a Stephen Covey highly effective habit #2

What result do we want from this call (including next few weeks, i.e. short term)?

- Confidence in Kashwere – our leadership, relationship with Wang and Lily and we will continue to be great for their business.
- Lily and Wang to provide some indication of loyalty, continued availability and dedicated source of supply
- Yarn supplier information provided to us – ideally, we become enabled to develop our own relationship.

Longer term – i.e. during this year…all a ??? for now:

- Fanky invests in Kashwere Asia Pacific (KAP) – perhaps the trade is for small stake in Fanky? Mutual ownership, even if symbolic may advantage us. They will need to be clear in the benefit…..otherwise they won't get it.
- Our own yarn supplier relationship(s) – contractual and informal Communicated as they need to learn who we are and we'll really great people who want to build a long lasting mutually beneficial relationship. Otherwise Wang / Lilly will feel threatened we will cut them out.
- Improved PO process and inventory management – consider contractual commitment between Kashwere and Fanky ie projections……discussions on how to maximize time, efforts, yarns, production, maybe even pricing?
- Understand Fanky alternatives – can they expand? Are there other suppliers other than SunWin? Would Fanky ever create an AZ-based factory (how's that for the crazy bus?) Remember I asked Wang if that was even possible and he laughed. Its not the production it's the machinery and the know how……with that said, we can explore what would that take……we could produce from states AND Taiwan? Is that even realistic to look into? I would keep Sunwin to dolls, teddy bears….NOT our bread and butter as we'd have to share yarn supplier and I would not trust them as they also produce for barefoot.

Will think of others, but am guessing you have your list, too.
😊

Dean Dussias
President
Kashwere
dean@kashwere.com
01 (847) 612-1010

---

**From:** Merri Gleckler <merri@kashwere.com>

**Date:** Sunday, March 29, 2020 at 3:34 PM
**To:** Dean Dussias <dean@kashwere.com>
**Subject:** FANKY CALL

Hi Dean,

Here are some thoughts for tomorrow evenings call with Wang and Lilly:

- MG: Let them know that we wanted to have this call for several reasons.
  - Introduce you as my new partner; you should tell a bit about you however keeping it short & simple as they won't understand it all. Cliff notes. 😊 **Got it, will exclude the typical digression into early childhood experience...**
  - Thank them for their years of support....
  - Share the current state of Kashwere and future happenings (SOME highlighting now and SOME as they progress)
  - Change in PO process – **if too detailed, would leave this for a future call – this is a relationship and strategy call, not a working details call?**
  - Putting together global expansion and brainstorming on a possible ownership stake in this INTERNATIONAL entity. When the time is right we'd love them to come to the USA to discuss in further detail.
- Although we are in difficult times our business is surviving due to our solid relationships around the globe. Disney will be very large.....etc..Flagship stores around the globe, **Would mention this upfront – put all the "exciting/positive" points upfront?**
  - International distributors requested Kashwere .....etc.

**Am guessing these are "Dean" talking points...with the exception of the MG one below – like these, I will make notes and reorder so that it becomes a conversation that flows...much appreciated!**

- Would be good for you to inquire about production PROCESSES? **Yes – will ask to learn about their operation...**
- What does Fanky produce vs sending out to others
- Is there an opportunity to do it all under one roof.....Under Fanky?
- We understand Mr. Yong produces yarns....Where? Who else does he produce for? Could this ever be in jeopardy? ( He will know why we are asking)
- **MG: Think this point could be for a future "working level" call or email?** I also would like to see if there is an opportunity to add an antibacterial "wash" to our yarns....should it not change the yarns.....How would we go about doing this?

  Who would we speak to?
- We would like to get a copy of every purchase order given to them by Flatbe. What doesn't Fanky produce for Flatbe and Why?
- Slipper factory....we understand Wang does not want to get involved but how should we go about paying the slipper factory as we are having trouble getting the invoice and

  we don't want the slipper factory to be angry with us.
- Reiterate, TMG is the licensee and FlatBe is the licensor....they never have to worry about any direction we give them. With that said all conversations, orders, etc...are CONFIDENTIAL and should not be shared with Flatbe or anyone else.

If anything else comes to mind I'll let you know.
M

Merri Gleckler

CEO
480.551.2680 o
480.773.2373 m
merri@kashwere.com
www.kashwere.com

# EXHIBIT 32

**To:** Dean Dussias[dean@kashwere.com]; Merri Glecker[merri@kashwere.com]; Scott Hagan[ScottH@mallorygroup.com]
**Cc:** Chad Harley[chad.harley@mallorygroup.com]; Andreaneice King[andreaneicek@mallorygroup.com]
**From:** Pam BerryCain[Pam.BerryCain@mallorygroup.com]
**Sent:** Wed 4/15/2020 2:58:57 AM (UTC)
**Subject:** RE: Kashwere: Account Information, Bond Information

Hi Dean,
You can reach me at 901.791.8772. That is my cell #. Thanks,

**From:** Dean Dussias <dean@kashwere.com>
**Sent:** Tuesday, April 14, 2020 3:30 PM
**To:** Merri Glecker <merri@kashwere.com>; Pam BerryCain <Pam.BerryCain@mallorygroup.com>; Scott Hagan <ScottH@mallorygroup.com>
**Cc:** Chad Harley <chad.harley@mallorygroup.com>; Andreaneice King <andreaneicek@mallorygroup.com>
**Subject:** Re: Kashwere: Account Information, Bond Information

CAUTION: External email
REMINDER: Do not click links or open attachments unless you know the sender & are expecting the email.

Hi Pam

Have the document mostly complete, when may we go through and finalize – what number best to reach you?

Best,

Dean

Dean Dussias
President
Kashwere
dean@kashwere.com
01 (847) 612-1010

**From:** Merri Gleckler <merri@kashwere.com>
**Date:** Tuesday, April 14, 2020 at 3:08 PM
**To:** Pam BerryCain <Pam.BerryCain@mallorygroup.com>, Scott Hagan <ScottH@mallorygroup.com>
**Cc:** Chad Harley <chad.harley@mallorygroup.com>, Andreaneice King <andreaneicek@mallorygroup.com>, Dean Dussias <dean@kashwere.com>
**Subject:** RE: Kashwere: Account Information, Bond Information

Hi Pam,

My partner Dean will be taking care of this. He will be in touch.
Thank you for your follow up!
Merri

**From:** Pam BerryCain <Pam.BerryCain@mallorygroup.com>
**Sent:** Tuesday, April 14, 2020 3:10 AM
**To:** Merri Glecker <merri@kashwere.com>; Scott Hagan <ScottH@mallorygroup.com>
**Cc:** Chad Harley <chad.harley@mallorygroup.com>; Andreaneice King <andreaneicek@mallorygroup.com>; Dean Dussias <dean@kashwere.com>
**Subject:** Re: Kashwere: Account Information, Bond Information

Merri
Good morning!
I just wanted to check back in with you to see if you had time to review the POA? We want to make sure it's in place so we can file the ISF timely.
Thank you!

Sent from my iPhone


On Apr 9, 2020, at 8:49 PM, Pam BerryCain <Pam.BerryCain@mallorygroup.com> wrote:

Hello Merri & Dean,
Good evening. I see our team is keeping you updated on the upcoming shipments-thank you again for your support of Mallory!

Your bond question: I personally do not recommend a 3 year bond, particularly in the dynamic trade & tariff world we live in. We recommend reviewing bond activity at minimum once a year. This gives us all a check on your compliance activity, including any outstanding customs bills etc. If you do a three year bond, I'm not sure what assurance would be given to you that it was being monitored or reviewed.

As step one, I have pre filled out a Power of Attorney for you to review and sign. Let me know if you have questions; if not can you please sign and return to me and this distribution via e Mail?

Once we have this in hand, we are back on track to have authority to file the ISF (and apply for either a Single Entry Bond with the ISF, if needed/your bond expires before we get a new one in place) and transact other customs activity on your behalf.

Thank you,
Pam

**From:** Merri Glecker <merri@kashwere.com>
**Sent:** Wednesday, April 8, 2020 12:55 PM
**To:** Pam BerryCain <Pam.BerryCain@mallorygroup.com>; Scott Hagan <ScottH@mallorygroup.com>
**Cc:** Chad Harley <chad.harley@mallorygroup.com>; Andreaneice King <andreaneicek@mallorygroup.com>; Dean Dussias <dean@kashwere.com>
**Subject:** RE: Kashwere: Account Information, Bond Information

CAUTION: External email
REMINDER: Do not click links or open attachments unless you know the sender & are expecting the email.

Hi Pam,
So sorry for the delay. I have added my partner Dean Dussias to this email so he can assist in these efforts.
Scott is inquiring if a 3 year bond is an option.
Please see below for more..

**From:** Pam BerryCain <Pam.BerryCain@mallorygroup.com>
**Sent:** Thursday, April 02, 2020 9:26 AM
**To:** Scott Hagan <ScottH@mallorygroup.com>; Merri Glecker <merri@kashwere.com>
**Cc:** Chad Harley <chad.harley@mallorygroup.com>; Andreaneice King <andreaneicek@mallorygroup.com>
**Subject:** RE: Kashwere: Account Information, Bond Information

Merri
Let me know if you have questions about below highlighted questions we have. Once you confirm the name information we can send to you a pre filled out Power of Attorney to review/sign. We look forward to working with you!
Pam

**From:** Scott Hagan <ScottH@mallorygroup.com>
**Sent:** Thursday, April 2, 2020 11:19 AM
**To:** Merri Glecker <merri@kashwere.com>

**Cc:** Pam BerryCain <Pam.BerryCain@mallorygroup.com>; Chad Harley <chad.harley@mallorygroup.com>; Andreaneice King <andreaneicek@mallorygroup.com>
**Subject:** FW: Kashwere: Account Information, Bond Information

Merri,
Please see the following information from our team related to the bond renewal. Pam and her team will be handling the import business as we path forward and she is an excellent resource for you and Dean on any questions related to imports. Pam and I talked this morning and she has already done a query with the following information as you will see in her notes back to me. Please take a look and if any questions, let us know so we can move to have this in place timely.

Scott

Scott Hagan
Senior Vice President, Global Business Solutions
P: 901-370-4299 -- M: 678-313-3143
www.Mallorygroup.com

---

**From:** Pam BerryCain <Pam.BerryCain@mallorygroup.com>
**Sent:** Thursday, April 02, 2020 11:08 AM
**To:** Scott Hagan <ScottH@mallorygroup.com>
**Cc:** Chad Harley <chad.harley@mallorygroup.com>; Andreaneice King <andreaneicek@mallorygroup.com>
**Subject:** Kashwere: Account Information, Bond Information

Scott,
Good to talk to you and we look forward to providing more services to Kashwere!
When the time is right, please feel free to introduce me to your contacts there.

As you mentioned, volumes unknown and Amber has been quoting.
We can get details from her on the lanes, services, and pricing.

From running a shipment history report, thus far since August of 2019, there have been 3 export shipments handled by our team here in Memphis.

Here is what we will need to help set up the Import Account to ensure compliance for customs clearance activity.

1. Internal Note: The Kashwere account name is set up as Kashwere; however, upon performing a bond query, which I have provided below, the actual name on file with customs is: TMG KREATIONS, LLC DBA KASHWERE. Please confirm this is the correct company name. This is also how our POA reads, and I simply need to confirm it's correct and ask ENT to update the name correctly in our system. It is correct.
2. For the Customer: We need to obtain a new Power of Attorney. The POA we have on file is past the 2 year mark / has expired. (attached for your review). As part of the proposed customs regulations as it relates to importer vetting, we are also required to confirm the business via the Secretary of State's website. Please find attached the findings, which shows the name Kashwere as inactive. Do you know why this would be? No idea? Will look into this?
3. For the Customer: With regards to the Bond Renewal, we would certainly appreciate the opportunity to assist this renewal. It would speed up the process if the current provider could present an Entry Activity Summary to Kashwere. To apply for the bond we would need to review total value imported in last twelve months, total duties/taxes paid in last twelve months, and we would need to know if there are any outstanding customs claims/bills owed to CBP. If they cannot provide this report, this is okay, we will have to work around it – it just makes the bond application process easier on Kashwere. We will see what we can do.

If you want to put me in touch with Kashwere our team can take it from here.
Thank you
Pam

**From:** Mallory Alexander International Logistics, LLC <edienterprise@mallorygroup.com>
**Sent:** Thursday, April 2, 2020 10:36 AM
**To:** Pam BerryCain <Pam.BerryCain@mallorygroup.com>
**Subject:** Query Importer Bond Response for KASHWEOBK

**CAUTION: External email**
**REMINDER: Do not click links or open attachments unless you know the sender & are expecting the email.**

<image001.jpg>

**Query Importer Bond Response for KASHWEOBK**

A response message has been received from Customs.
Shown below is a summary of relevant information received in the message.

Importer Name: TMG KREATIONS, LLC. DBA KASHWERE
Importer Number: 27-150581800
Query Result Code: Name and address information is on file with a continuous bond
Address Line 1: 350 WAINWRIGHT DR
City: NORTHBROOK
State: IL
Zip: 600621911
Periodic Monthly Statement Status: Y

Physical Address Details:
Address Line 1: 350 WAINWRIGHT DR
City: NORTHBROOK
State: IL
Zip: 600621911

Center Identifier: CEE004
Center ID Description: APPAREL, FOOTWEAR AND TEXTILES

| Result | Surety Code | Type | Amount | Port | Effective | Termination | Number | Bond is Sufficient? | Bond User Status | Bond User Termination Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Continuous | 036 | Importer or Broker | 50000 | 9900 | 13-May-12 | | 9912AW461 | Y | Active | |

Regards,

ediEnterprise Automated Messages Sender

<image002.jpg>

<Power of Attorney MA CO4-KASHWERE.pdf>

# EXHIBIT 33

**To:** Anthony Saracino[asaracino82@gmail.com]
**From:** Merri Glecker[merri@kashwere.com]
**Sent:** Tue 12/1/2020 9:35:08 PM (UTC)
**Subject:** Thank you!

Hi Anthony,

Thank you so much for your email. I am so sorry for the delay in responding...I found your email on my phone and forwarded it to myself as for some reason I did not see it on my computer. Strange.

Anyway, I will read in detail again and share with Dean our President and my partner.

I'm excited and can't thank you enough for getting this to me.

Lets plan on speaking some time this week. I will reach out to you to see what your schedule is or we can always connect on the weekend.
Speak to you soon.
M

> **From:** Anthony Saracino <anthony@anthonysaracinodesigns.com>
> **Date:** November 30, 2020 at 11:16:04 PM MST
> **To:** merri@kashwere.com
> **Subject: Proposal Kashwere X ASD**
>
> Hi Merri-
>
> Hope you had a great Monday.
>
> Please find the attached Kashwere X ASD proposal.
>
> Take a look and let's jump on a call this week. I would love to help you out in whichever way I can.
>
> You have a terrific product. Now let's take it to the next level.
>
> A
>
> 323-541-3373

# EXHIBIT
# 34

**To:** ARUN MALHOTRA[arun@sunglasspalace.net]
**From:** Merri Gleckler[merri@kashwere.com]
**Sent:** Mon 3/23/2020 7:23:53 PM (UTC)
**Subject:** RE: Distribution of Kashware in india

Hi Arun,

My partner Dean and I would like to get on a zoom call on Friday .
We will send you an invite. Are you available?
Let us know.
Thank you again,
Merri

---

**From:** ARUN MALHOTRA [mailto:arun@sunglasspalace.net]
**Sent:** Sunday, March 22, 2020 11:06 PM
**To:** Merri Gleckler
**Cc:** Chandan Dubey; Rachel Stewart
**Subject:** Re: Distribution of Kashware in india

Hi Merri,

Please allow the discount to be distributor discount i promise you we can do something big here.

Thanks & Regards

ARUN MALHOTRA
Ceo & Managing Director
SUNGLASS PALACE PVT LTD
129G/64, NSEZ Dadari Road Phase - II,
Noida - 201305,Uttar Pradesh India
+91-120-4359711/12/13
arun@sunglasspalace.net
Distribution | Retail | Marketing
LARGEST DISTRIBUTOR OF LUXURY PRODUCTS IN INDIA

On 19-Mar-2020, at 5:24 pm, Merri Gleckler <merri@kashwere.com> wrote:

Hi Arun,

Thank you . We will review and get back to you with possibilities.

Appreciate all your efforts.
Merri

Sent from my iPhone

On Mar 19, 2020, at 2:16 AM, ARUN MALHOTRA <arun@sunglasspalace.net> wrote:

Hi Merri,

I would really need a better discount more than what you saying.

EXHIBIT
38
Gleckler 8/7/24

Please find attached the BP

Please advise the next steps forward.

Thanks & Regards

<new 2.jpg>
<INDIA SGPL Beyond Luxury - Business Plan (KASHWERE).xls>

On 18-Mar-2020, at 4:57 pm, Merri Gleckler <merri@kashwere.com> wrote:

Hello Arun,

The discount currently is 15% which we can revisit once we see your business plan .

Thanks again.
Merri

Sent from my iPhone

On Mar 18, 2020, at 2:27 AM, ARUN MALHOTRA <arun@sunglasspalace.net> wrote:

HI Merri,

Thanks for this and its was my pleasure to have spoken with you.

Please advise whats the discount on the wholesale pricing so that we can prepare the BP and price structure for you.

Looking forward to a long term working relationship.

Thanks & Regards

<new 2.jpg>

On 18-Mar-2020, at 4:02 am, Merri Glecker <merri@kashwere.com> wrote:

Hi Arun,

It was great speaking to you this morning. I actually found your expertise quite refreshing as not everyone knows what it takes to
build a brand vs just selling and distributing products. I'm confident given your expertise you will be quite successful with kashwere.
As requested, attached is our 2020 line list. As mentioned we have quite a bit of new items being adding through the end of the year which we
will continue to update you on.

You inquired about lead time. We stock quite a bit of product in our IL warehouse so there is no lead time. Should we be out of an item we will either
recommend replacements or you can wait for the backorder to arrive . (We would confirm item arrival date so that you can make that decision). 100% payment is due
prior to shipping. Should we pack and hold your order until item(s) arrive we require a 50% deposit to

do so.

Should an order be too large to pull from existing inventory we will suggest shipping from the factory which requires a 60-90 day lead time. We again can confirm
lead time prior to finalizing a po. This would require a 50% deposit , balance due prior to ship.

Our In -House Art Director is an amazing photographer and graphic artist so she is able to assist in any In-Store collateral , signage layouts etc.

I look forward to receiving your business plan so that we can learn more about your possible efforts.

Thank you again for your interest in Kashwere.

Be Well-

Merri

Merri Gleckler
CEO
480.773.2373 m
480.551.2680 o
merri@kashwere.com
www.kashwere.com

---

**From:** Merri Gleckler <merri@kashwere.com>
**Sent:** Friday, March 13, 2020 5:15 AM
**To:** ARUN MALHOTRA <arun@sunglasspalace.net>
**Cc:** Chandan Dubey <chandan@sgpl-beyondluxury.com>
**Subject:** Re: Distribution of Kashware in india

Hi Arun,

Not a problem .

I am available this morning if that works for you . Otherwise Monday is fine as well . Please just let me know so I can confirm my calendar .

Thank you again for your interest in Kashwere.
Merri

Sent from my iPhone

> On Mar 12, 2020, at 11:50 PM, ARUN MALHOTRA <arun@sunglasspalace.net> wrote:
>
> Hi Merri,
>
> Its my mistake or rather things changed when my Mom walked in and we started eating and then she was talking so I could not call you back.
>
> I am sorry.
>
> Please advise fi we can chat at the same time on Monday.
>
> Please confirm as we are very excited to be given the opportunity to represent your brand here in India.

Thanks & Regards

<new 2.jpg>

On 13-Mar-2020, at 2:02 am, Merri Gleckler <merri@kashwere.com> wrote:

Hi Arun,
Sorry you were not able to connect . I apologize I was 5 minutes late .

Let me know when you are available and I'll do my best to work around your schedule .

Regards ,
Merri

Sent from my iPhone

On Mar 9, 2020, at 10:00 PM, Arun Malhotra <arun@sunglasspalace.net> wrote:

Confirmed.

Thanks and Regards
Arun Malhotra

On 10-Mar-2020, at 5:45 AM, Merri Glecker <merri@kashwere.com> wrote:

HI Arun,

How is Thursday morning? How is 8:00 am my time....Arizona.

Let me know.
Thank you.
Merri

**From:** ARUN MALHOTRA <arun@sunglasspalace.net>
**Sent:** Monday, March 09, 2020 12:18 AM
**To:** Merri Gleckler <merri@kashwere.com>
**Cc:** Chandan Dubey <chandan@sgpl-beyondluxury.com>
**Subject:** Re: Distribution of Kashware in india

Hi Meri,

Can we fix a time this week.

My mobile is +919810019100

Thanks & Regards

<image001.jpg>

On 07-Mar-2020, at 7:23 pm, Merri Gleckler <merri@kashwere.com> wrote:

Hello Chandan,
Thank you for your follow-up.

I was out of the office .

I am available to connect via WhatsApp this week . Please let me know when you are available to connect .

Thank you again.

Merri Gleckler
CEO
480.773.2373 m
www.kashwere.com

Sent from my iPhone

On Feb 24, 2020, at 5:08 AM, Chandan Dubey <chandan@sgpl-beyondluxury.com> wrote:

Dear Merri,

I trust this email finds you well

We are still waiting for your response.

Kindly revert back to us and guide us how to proceed.

Thanks & Regard
**Chandan Dubey**

---

**From:** ARUN MALHOTRA [mailto:arun@sunglasspalace.net]
**Sent:** Wednesday, February 05, 2020 12:38 PM
**To:** Merri@kashwere.com; dean@kashwere.com
**Cc:** Chandan Dubey
**Subject:** Distribution of Kashware in india

Dear Merri and Dean,

Hope you are well.

I was in earlier conversation with Cedric and he has mentioned that you guys mot yet expanding and now when I emailed him he has left the company.

Please find attached our company deck.

You can also visit our website www.sgplindia.co.in

Please advise and guide us to the next steps forward.

Thanks & Regards

<About Kashwere_2020.pdf><Kashwere 2020 Order Form 1st Quarter 13020 (003).xlsx>

# EXHIBIT 35

**To:** jcblondonhouse[jcblondonhouse@aol.com]; Elizabeth Solomon[lizsolomon@msn.com]
**From:** Merri Gleckler[merri@kashwere.com]
**Sent:** Sat 2/27/2021 11:18:10 PM (UTC)
**Subject:** Thank you for your time.

Hi Jack,

Please forgive my delayed response as I missed this email yesterday as I was "off line" working on our new website efforts.

It was such a pleasure to connect . I already highlighted our conversation to my partner Dean .
Needless to say he was intrigued and would welcome the opportunity to connect.

Would Tuesday, Thursday or Friday (2nd, 4th or 5th) this week work for you at 4:00 PM your time which is 8:00am for Liz, 9:00am for me and 10:00am for Dean? Let me know and we'll do our best to work around your schedule.

We could dial into a ZOOM number or get on a WhatsApp line. Whatever you prefer.

Look forward to speaking.

Have a wonderful weekend.

Merri

**Merri Gleckler**
**CEO & Owner**
**480.551.2680 o**
**480.773.2373 m**
**merri@kashwere.com**
**www.kashwere.com**

---

**From:** jcblondonhouse <jcblondonhouse@aol.com>
**Sent:** Friday, February 26, 2021 1:17 PM
**To:** Elizabeth Solomon <lizsolomon@msn.com>; Merri Gleckler <merri@kashwere.com>
**Subject:** Re: Introduction - Merri and Jack

Hi Liz

Thank you for the introduction, and it was lovely to talk shop to you Merri. It's always interesting seeing a brand owner's perspective and I hope I can be of benefit to your business.
I'd be delighted to introduce you to the suppliers I know both in the UK and Italy, who I feel you would benefit from but who would equally benefit from your insight. I know how they work with the superbrands and I believe you could benefit from the support they could give you.

Thanks again Liz and best regards to you both.

Jack

EXHIBIT
48
Gleckler 8/7/24

Sent from the all new Aol app for iOS

On Friday, February 26, 2021, 20:07, Elizabeth Solomon <lizsolomon@msn.com> wrote:

> Dear Merri and Jack,
> Per our conversation today, I would like to provide you with each other's email addresses.
> I have no doubt that your combined strengths will lead to some amazing opportunities.

Lots of love to you both
Liz

# EXHIBIT
# 36

**To:** helenwang@sunwin-sh.com[helenwang@sunwin-sh.com]; sunnieliu@sunwin-sh.com[sunnieliu@sunwin-sh.com]; vivianchen[vivianchen@sunwin-sh.com]; cayenne[Cayenne@sunwin-sh.com]
**Cc:** Dean Dussias[dean@kashwere.com]
**From:** Merri Glecker[merri@kashwere.com]
**Sent:** Tue 12/10/2019 11:13:29 PM (UTC)
**Subject:** RE: 回复：Kashwere meeting

Hi Helen,

Thank you for your clarification.

I'm sure I will be in Asia in 2020 so that I can visit my Taiwan factory. Should there be an opportunity to visit Shanghai my partner and I will be happy to meet. We are looking into some new fabric / product opportunities that Sunwin may be able to help us with. We'd also love to learn what other "new proposals" you were thinking of?

Our business thankfully is very strong so no complaints. Thank you for asking?

Wishing you all a very "Merry" Christmas and a Happy & Healthy New Year. Please tell Shadow I wish him a Happy Holiday as well!

All my best,
Merri

**From:** helenwang@sunwin-sh.com <helenwang@sunwin-sh.com>
**Sent:** Tuesday, December 10, 2019 3:25 PM
**To:** Merri Glecker <merri@kashwere.com>; sunnieliu@sunwin-sh.com; vivianchen <vivianchen@sunwin-sh.com>; cayenne <Cayenne@sunwin-sh.com>
**Cc:** Dean Dussias <dean@kashwere.com>
**Subject:** 回复：Kashwere meeting

Hi Merri
Helen here. No question so far, it's a wrong message passed by the previous team. Do you have any schedule to China? How is your business going, we can make some new proposals to you.

Helen/Sunwin

发自我的华为手机

-------- **原始**邮件 --------
发件人： Merri Glecker <merri@kashwere.com>
**日期**： 2019年12月6日周五 半夜11:44
**收件人**： sunnieliu@sunwin-sh.com, vivianchen <vivianchen@sunwin-sh.com>, cayenne <Cayenne@sunwin-sh.com>
**抄送**： helenwang <helenwang@sunwin-sh.com>, Dean Dussias <dean@kashwere.com>
**主 题**： RE: Kashwere meeting

Hello Sunnie,

They are not our agent they are our primary factory. There would be no reason for Helen to meet with them?

Helen, should you have any questions I will be happy to connect.

Thank you.
Merri

**From:** sunnieliu@sunwin-sh.com <sunnieliu@sunwin-sh.com>
**Sent:** Friday, December 06, 2019 3:40 AM
**To:** Merri Glecker <merri@kashwere.com>; vivianchen <vivianchen@sunwin-sh.com>; cayenne <Cayenne@sunwin-sh.com>
**Cc:** helenwang <helenwang@sunwin-sh.com>
**Subject:** Kashwere meeting

Hi Merri,

This is Sunnie Liu from Shanghai Sunwin, nice to contact with you !

Our VP Helen Wang will have a bussiness trip next week and would like to meet your Taiwan's agent **on 12/12 morning 10:00~11:00**, could you help us to contact with them and advise if the time is workable ?

Thank you very much !

---

Sunnie Liu
----------------------------------------------------------------
Shanghai Sunwin Industry Group Co., Ltd.

Add: No.17,Lane 688, Hengnan Rd. Minhang District,Shanghai,China
Tel: +86-21-60360267
Mail: Sunnieliu@sunwin-sh.com

# EXHIBIT 37

**To:** Charlotte Flumo[charlotte.flumo@winterreisner.com]
**Cc:** Rachel Stewart[rachel@kashwere.com]; Herr Olaf Hinz[Olaf.Hinz@winterreisner.com]
**From:** Merri Glecker[merri@kashwere.com]
**Sent:** Fri 10/30/2020 2:53:10 PM (UTC)
**Subject:** Re: Kashwere

Hi Charlotte,
Great to hear from you. Yes we are doing great but working very hard as I'm sure you all are as well. :)

We've had many changes at Kashwere...all great. I bought out my partner so decisions are my own and I do not have to "negotiate" 50% of what I want to
do with my X partner. I welcomed a "junior" partner who is brilliant with very different expertise than myself so we make a great team.
His name is Dean Dussias and he is our President. I know and worked with Dean for 10 years so it made my decision to have him join us quite comfortable.

Have you had any company updates? I'd love to schedule a zoom call so we can catch up.
Let me know when you are available next week. Rachel will send you a new account application to complete
just so we have any changes, updates . We're moving to a new operating system next month and I want to ensure all your details are correct.

Look forward to working with you again.

Stay Well.....this is a crazy world we live in.

:)
Merri

On Fri, Oct 30, 2020 at 2:48 AM Charlotte Flumo <charlotte.flumo@winterreisner.com> wrote:

Hi Merri,

wow good to hear from you!

And foremost good to assume you are doing fine in the present worldwide crisis.

Also good to hear that you are interested in starting a possible new business conversation. How would you like to go about this. Would you be willing to sell again to us? Let's reconnect.

Until then stay super safe and be well.

Kind rgds as always,

Charlotte

---

Mit freundlichen Grüßen / Best regards,

---

Charlotte Flumo

International Project Administrator

**Winter, Reisner & Co. (GmbH & Co.) KG**

Borsteler Chaussee 49

22453 Hamburg

Germany

Tel +49 40 650 33 69 0

Dir +49 40 650 33 69 15

Fax +49 40 650 33 69 31

Ust-IdNr. DE118744637

Steuernummer: 43/668/00412

Firmengründung 1922 Eingetragen beim Amtsgericht Hamburg unter Nr. HR A 27976

Komplementär GmbH: Elbe Möbel-Handel G.m.b.H., 22301 Hamburg

Eingetragen beim Amtsgericht Hamburg unter Nr. HR B 11476

Geschäftsführerin der Komplementär GmbH: Janine Winter

www.winterreisner.com

---

**Von:** Merri Glecker [mailto:merri@kashwere.com]
**Gesendet:** Donnerstag, 22. Oktober 2020 05:33
**An:** Winter, Reisner & Co. / Charlotte Flumo
**Cc:** Rachel Stewart
**Betreff:** Kashwere

Hi Charlotte,

How are you? Hoping you and Olaf are great during this crazy time in all our lives!

I thought I'd reach out to you to see how you are and to let you know we have had many wonderful changes at Kashwere. With that said I'd love to see if you are open to reconnecting to discuss possible business opportunities?

Should you be interested let me know when is a good time to connect and I'll do my best to work around your schedule.

Be well and hope to speak soon.

Regards,

Merri

Merri Glecklekr

CEO / Owner

480.773.2373 m

480.551.2680 o

merri@kashwere.com

www.kashwere.com

# EXHIBIT 38

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 15 | Date Range: 9/23/2019 |

### Outline of Conversations

**+18476121010** • 15 messages on 9/23/2019 • Dean Dussias <8476121010> • Merri Glecker <merri@kashwere.com> • _$!<Other>!$_ <4807732373>

**Messages in chronological order** (times are shown in GMT -06:00)

**+18476121010**

DD **Dean Dussias <8476121010>** 9/23/2019, 8:12 AM
going to help Jorge with the container, just arrived...bit of bonding 😊

**_$!<Other>!$_ <4807732373>** 9/23/2019, 9:17 AM
Love that!

**_$!<Other>!$_ <4807732373>** 9/23/2019, 9:18 AM
We should give Jorge title and increase in $ so we can announce this on our call today . Thoughts?

DD **Dean Dussias <8476121010>** 9/23/2019, 9:32 AM
he spoke to me today before he even broke stride walking in the door, can you speak now for a few minutes?

DD **Dean Dussias <8476121010>** 9/23/2019, 9:33 AM
also, didn't see Jorge copied on the company call email (which was great!) - did you mean to exclude him?

**_$!<Other>!$_ <4807732373>** 9/23/2019, 9:56 AM
Yes

**_$!<Other>!$_ <4807732373>** 9/23/2019, 11:10 AM
Dean, do you have the packing slip from today's container you can send to sales and myself? (Without costs)

**_$!<Other>!$_ <4807732373>** 9/23/2019, 1:48 PM
Please call Lorex: ticket #: 106529
Advanced technical support .

Tell them I cannot get on and was told it needs to be corrected at whse as it's showing az off line . Tell them it must be fixed today as this is going on way too long and we don't have time for this !🙏🏼

**_$!<Other>!$_ <4807732373>** 9/23/2019, 2:21 PM
On phone with josh

DD **Dean Dussias <8476121010>** 9/23/2019, 3:21 PM
Great call!👊🏼👊🏼👊🏼

DD **Dean Dussias <8476121010>** 9/23/2019, 3:21 PM
I'm going to try the CTS guys and will catch up with you later tonight

**_$!<Other>!$_ <4807732373>** 9/23/2019, 3:22 PM
💕

**_$!<Other>!$_ <4807732373>** 9/23/2019, 6:34 PM
You did not answer my Hiroshi email?

DD **Dean Dussias <8476121010>** 9/23/2019, 6:35 PM
I will shortly

**_$!<Other>!$_ <4807732373>** 9/23/2019, 6:35 PM
I just want to make sure you're on board "partner"🤪

# EXHIBIT 39

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 29 | Date Range: 12/23/2019 |

### Outline of Conversations

**+18476121010** • 29 messages on 12/23/2019 • Dean Dussias <8476121010> • Merri Glecker <merri@kashwere.com> • _$!<Other>!$_ <4807732373>

**Messages in chronological order** (times are shown in GMT -07:00)

**+18476121010**

DD **Dean Dussias <8476121010>** 12/23/2019, 8:09 AM
please approve container for Tim (release from Fanky); in your email

O **_$!<Other>!$_ <4807732373>** 12/23/2019, 8:12 AM
N a no cell zone

DD **Dean Dussias <8476121010>** 12/23/2019, 8:12 AM
would you like me to?

DD **Dean Dussias <8476121010>** 12/23/2019, 8:12 AM
or did you just do it?

O **_$!<Other>!$_ <4807732373>** 12/23/2019, 8:12 AM
Let me just check they r correct

DD **Dean Dussias <8476121010>** 12/23/2019, 8:13 AM
K - am going out on the floor soon - Katrina here, no container today; will arrive tomorrow; I will have good breakfast and unload, have main lane all set up 😊 kinda crazy 😊

O **_$!<Other>!$_ <4807732373>** 12/23/2019, 8:14 AM
Why no container today? Crazy?

O **_$!<Other>!$_ <4807732373>** 12/23/2019, 8:14 AM
Tims stuff appears to be regular stock so all good .

DD **Dean Dussias <8476121010>** 12/23/2019, 8:15 AM
no idea...ship or rail whatever - will hear soon and schedule - will be fine - have to go in a minute - good on container - will phone later this morning, OK?

O **_$!<Other>!$_ <4807732373>** 12/23/2019, 8:15 AM
Yes great!🙏🏽

DD **Dean Dussias <8476121010>** 12/23/2019, 8:15 AM
you driving to California? thought that was later this week?

O **_$!<Other>!$_ <4807732373>** 12/23/2019, 8:16 AM
Today . Back 26

O **_$!<Other>!$_ <4807732373>** 12/23/2019, 8:16 AM
In car now

DD **Dean Dussias <8476121010>** 12/23/2019, 8:16 AM
cool - hope its great - best to Robert!

DD **Dean Dussias <8476121010>** 12/23/2019, 8:16 AM
does that mean you opened your holiday gift?

O **_$!<Other>!$_ <4807732373>** 12/23/2019, 8:16 AM
Ditto !!!

O _$!<Other>!$_ <4807732373> 12/23/2019, 8:17 AM
No brought it with us

DD Dean Dussias <8476121010> 12/23/2019, 8:17 AM
Yes!

DD Dean Dussias <8476121010> 12/23/2019, 8:17 AM
knew you have integrity!

DD Dean Dussias <8476121010> 12/23/2019, 8:17 AM
Santa would be proud!

O _$!<Other>!$_ <4807732373> 12/23/2019, 8:17 AM
Christmas I'll open so it's the same day as u

DD Dean Dussias <8476121010> 12/23/2019, 8:17 AM
you might even make the nice list

DD Dean Dussias <8476121010> 12/23/2019, 8:17 AM
for Robert's sake, I hope not 😊

O _$!<Other>!$_ <4807732373> 12/23/2019, 8:17 AM
Haha💋

DD Dean Dussias <8476121010> 12/23/2019, 8:17 AM
bye

O _$!<Other>!$_ <4807732373> 12/23/2019, 8:17 AM
😝

O _$!<Other>!$_ <4807732373> 12/23/2019, 12:38 PM
Call u in 5 need phone

DD Dean Dussias <8476121010> 12/23/2019, 12:40 PM
NP

O _$!<Other>!$_ <4807732373> 12/23/2019, 5:25 PM
I projected $3.4 ..
We are at 3,403,438.34
Which is approx. 600k ahead of last year !

Not a good number but amazing with all the BS we have gone through!
Kudos to us partner !
Thank you for all your efforts !!!

🙏M

# EXHIBIT
# 40

**To:** Merri Gleckler[merri@kashwere.com]; David Lazar[david@lazar-family.com]
**From:** Dean Dussias[dean@kashwere.com]
**Sent:** Thur 7/23/2020 9:41:33 PM (UTC)
**Subject:** Kashwere & David Lazar
David Lazar Two - Kashwere.xlsx

Attached…

Dean Dussias
President
Kashwere
dean@kashwere.com
01 (847) 612-1010

EXHIBIT
41
Gleckler 8/7/24

TMG Kreations, LLC d/b/a Kashwere

input green cells only; all other cells calculate

| Owner | Units | % Owned | Pre-Money Value | Price per Unit | |
|---|---|---|---|---|---|
| Merri G LLC | 700,000 | 70% | | | |
| Dean Dussias | 300,000 | 30% | | | |
| | 1,000,000 | 100% | $ 4,500,000 | $ 4.50 | |
| | | | Investment by DL | | |
| David Lazar | 111,111 | | $ 500,000 | $ 4.50 | Units purchased from Merri |
| | | | $ - | | |
| David Lazar | - | | $ - | $ 4.50 | |
| | | | $ 500,000 | | |

| $25,000/month | $15,000/month | $15,000/month | = monthly draw |
|---|---|---|---|
| **Merri** | **Dean** | **David** | |
| **Strategy - Organization - Governance** | | | |
| K - Product<br>K - Accounts<br>New D/C Accounts | Delivery<br>Fulfillment<br>Affiliates…<br>Deals/CapStructure<br>CFO, Admin, HR… | New - Product<br>Retail Accounts | |
| Brand Expression | Marketing delivery | Brand - copy/execution lead | |
| Visuals | | Visuals | |
| | **DTC - tech stack** | **DTC - experience/lead** | |

**W/S/E = web, social and email marketing and communication**

Current run rate = $5MM; EBITDA = $2.25MM ($1.75MM plus $$.5MM royalty)

Strategy/Execution:

Rest of FY2020: Expand brand expression and exposure; build DTC reach; outsource fulfillment and set in place scalable systems

Demonstrate FY2020 Q4 improved consumer acquisition, communication and transaction closure. Focus on account retention and growth - initial expansion of retail channels.

End FY2020 and start FY2021:

Retake Japan license and expand reach in Asia and in Europe (Dean primary focus late 2020 and early 2021) - $1.5MM EBITDA impact minimum

Build sourcing capability and expand product line to fulfill on Kashwere lifestyle brand with main metric = lifetime customer value (LTV) - Merri and David primary focus after retail and DTC growth demonstrated; Dean to build model and integrated systems

David to focus on team build for DTC - Merri and Dean to set culture and organization design with David.

Goal - within three years minimum $15MM of Revenue; 25 to 30% EBITDA.

Most likely alternatives: (A) - Build plan to go to $50MM plus and (possibly) taking outside capital; (B) steady state growth using internal funds and/or: (C) sale - exit by one/two/three partners.

**All three partners to retain option to participate in any of the three (or other) alternatives.**

**Merri retains control until Merri decides otherwise...**

**Expanded vision - capitalize on the inevitable wave of the ascendance of women - within families and as independent decision makers and purchasers - support care of oneself; sharing love and passion with significant others and creating comfort and beauty. Kashwere's core is building long, profitable relationships through marketing, messaging and quality, timeless products - adding annuity stream, recurring revenue (portfolio approach to product groups and opportunitic bets).**

Post-Money Cap Table

| | Units | % Owned | Value | Price per Unit |
|---|---|---|---|---|
| Merri G LLC | 588,889 | 58.89% | | |
| Dean Dussias | 300,000 | 30.00% | | |
| David Lazar | 111,111 | 11.11% | | |
| Total Units Post-Money | 1,000,000 | 100% | $ 4,500,000 | $ 4.50 |
| | | | **Kashwere Post-Money Value** | |

**David Lazar - Kashwere unit option:**

| **Option Strike Price** | **Units Eligible** | **New Terms** Kashwere Revenue @ 45% GM plus | | |
|---|---|---|---|---|
| $ 6.50 | 50,000 | $10MM | 1 | 50,000 |
| $ 5.50 | 100,000 | $15MM | 1 | 25,000 |
| $ 4.50 | 125,000 | $20MM, plus | | |

Merri decides what percentage she sells vs to company.
Three year cliff vesting - accelerates upon corporate events and/or termination other than for cause.
At the end of three year period, ninety days to exercise option - can work out payment plan…
Revenue share: 3% of revenue with 45% margin above $7MM added to base pay plus
5% for all DL product/channel revenue with 45% margin. Revenue share paid within thirty days of quarter-end.

| | | Kashwere | DL Products | |
|---|---|---|---|---|
| $$$ in '000s | | $ 12,000 | $ 8,000 | |
| | 3.00% | $ 150 | | |
| | 5.00% | | $ 400 | |
| $ 7,000 | | | | |
| David gross pay | | $ 150 | $ 400 | $ 730,000 |

$ 180 annual base pay

Equity value all incremental wealth creation

# EXHIBIT 41

**To:** Merri Gleckler[merri@kashwere.com]
**From:** Dean Dussias[dean@kashwere.com]
**Sent:** Sat 7/4/2020 7:25:50 PM (UTC)
**Subject:** David Lazar draft...
David Lazar - Kashwere.xlsx

Attached 😊

Dean Dussias
President
Kashwere
dean@kashwere.com
01 (847) 612-1010

EXHIBIT
40
Gleckler 8/7/24

TMG Kreations, LLC d/b/a Kashwere

input green cells only; all other cells calculate

| Owner | Units | % Owned | Pre-Money Value | Price per Unit | |
|---|---|---|---|---|---|
| Merri G LLC | 700,000 | 70% | | | |
| Dean Dussias | 300,000 | 30% | | | |
| | 1,000,000 | 100% | $ 4,500,000 | $ 4.50 | |
| | | | Investment by DL | | |
| David Lazar | - | | $ - | $ 4.50 | Units purchased from Merri |
| | | | $ - | | |
| David Lazar | 111,111 | | $ 500,000 | $ 4.50 | |
| | | | $ 500,000 | | |

Post-Money Cap Table

| | | | | |
|---|---|---|---|---|
| Merri G LLC | 700,000 | 63.00% | | |
| Dean Dussias | 300,000 | 27.00% | | |
| David Lazar | 111,111 | 10.00% | | |
| Total Units Post-Money | 1,111,111 | 100% | $ 5,000,000 | $ 4.50 |
| | | | Kashwere Post-Money Value | |

| $25,000/month | $15,000/month | $15,000/month | = monthly draw |
|---|---|---|---|
| **Merri** | **Dean** | **David** | |
| **Strategy - Organization - Governance** | | | |
| K - Product<br>K - Accounts<br>New D/C Accounts | Delivery<br>Fulfillment<br>Affiliates…<br>Deals/CapStructure<br>CFO, Admin, HR… | New - Product<br>Retail Accounts | |
| Brand Expression | Marketing delivery | Brand - copy/execution lead | |
| Visuals | | Visuals | |
| | **DTC - tech stack** | **DTC - experience/lead** | |

**W/S/E = web, social and email marketing and communication**

Current run rate = $5MM; EBITDA = $2.25MM ($1.75MM plus $$.5MM royalty)

Strategy/Execution:

Rest of FY2020: Expand brand expression and exposure; build DTC reach; outsource fulfillment and set in place scalable systems

Demonstrate FY2020 Q4 improved consumer acquisition, communication and transaction closure. Focus on account retention and growth - initial expansion of retail channels.

End FY2020 and start FY2021:

Retake Japan license and expand reach in Asia and in Europe (Dean primary focus late 2020 and early 2021) - $1.5MM EBITDA impact minimum

Build sourcing capability and expand product line to fulfill on Kashwere lifestyle brand with main metric = lifetime customer value (LTV) - Merri and David primary focus after retail and DTC growth demonstrated; Dean to build model and integrated systems

David to focus on team build for DTC - Merri and Dean to set culture and organization design with David.

Goal - within three years minimum $15MM of Revenue; 25 to 30% EBITDA.

Most likely alternatives: (A) - Build plan to go to $50MM plus and (possibly) taking outside capital; (B) steady state growth using internal funds and/or: (C) sale - exit by one/two/three partners.

**All three partners to retain option to participate in any of the three (or other) alternatives.**

**Merri retains control until Merri decides otherwise...**

**Expanded vision - capitalize on the inevitable wave of the ascendance of women - within families and as independent decision makers and purchasers - support care of oneself; sharing love and passion with significant others and creating comfort and beauty. Kashwere's core is building long, profitable relationships through marketing, messaging and quality, timeless products - adding annuity stream, recurring revenue (portfolio approach to product groups and opportunitic bets).**

# EXHIBIT 42

**Fully Redacted Pursuant to Protective Order**

# EXHIBIT
# 43

**To:** Merri Gleckler[MERRI@KASHWERE.COM]
**From:** Dean Dussias[dean@kashwere.com]
**Sent:** Mon 3/29/2021 5:20:08 PM (UTC)
**Subject:** Moving forward together

Merri,

Am writing to help us improve our partnership and better create value at Kashwere **together**.

While we have been able to divide many activities with great intentions of getting more done, as change has accelerated at Kashwere, it has been a harder time for us. I feel badly in not having addressed that more directly with you. We haven't taken more time together and I imagine covid has had an impact on creating distance that has worked against us as well.

I feel an enormous obligation to you and to Kashwere to win and prosper; I believe that's mutual. While we don't share equally (70/30) and you have the power to decide, I am your partner and that creates obligations for you as well.

In February of 2020, when I was in Arizona with you and Robert, he asked me to trust that our partnership agreement would not be concluded as of March 16, 2020 but would be done promptly. During the spring of last year, our discussions resulted in the following:

- The start date of my 30% interest, would not be March 16th (although a de minimus interest would exist, to enable more favorable tax treatment), but instead be July 1, 2020, which was a give up on my part of approximately $300,000 in profits.

- We would not have base pay, but instead would share from dollar one of profits, a 70/30% split, another give up on my part, on a present value basis of approximately $1,000,000; and

- Recently, (as we shared information with Ray Conway this year) the allocation of the purchase price benefits to your capital account, a substantial economic benefit to you

I agreed to the first two items above in June and subsequently the last point. With covid and the significant changes at Kashwere, we both allowed a document to slip until I prepared one at the very end of 2020. Of course, I would have preferred to have done it earlier and believe we both contributed to the lapse of time – at no point during that time did I doubt our agreement or the trust I had in you and in Robert. I prioritized our work at Kashwere and the value we are creating.

I now find I am being harmed both in terms of my Kashwere ownership and at a personal level.

I've collaborated and communicated with you on all of the issues below and created value; despite wanting to engage with you on strategy and priorities, we have not done so effectively and I'm interested in working them out together – if we don't execute well on them, then that is on us – together – not you – not me, but us. Below is a summary

- Brand
- DTC growth
- Supplier exposure
- Resolving Japan (has cap structure impact, may be most critical as it enables other activity)
- Core skills – marketing (brand/capturing demand/sales) and product design and supply management – not doing fulfillment/warehousing internally

I've meaningfully contributed (substantial, but imperfect) to all of them; I understand how coordinated movement on all of them will fit together and create significant value for us - and want to do that together with you; I have confidence in you and in us – your comments over the last few weeks and the combined impact of no progress on the document have left me feeling alone and you not only avoiding these issues, but also seeming to make them mine and not ours.

**Kashwere Issues impacting Ownership and Value Creation**

Since the start of 2020 and into the summer, I had the following beliefs, which I expressed to you:

(a) the Kashwere brand is little known (outside of Japan) – unexpressed and undistributed – and remains more desire not a reality; the brand has little to no definition internally; Kashwere's consumer base is unknown by Kashwere and never been consistently nurtured;

(b) Kashwere's website was in violation of its payment terms with PayPal because of its Magento platform, in addition to the website being on an outdated platform and poorly done with a purchasing process having multiple, manual steps; on the positive side - the website and Kashwere's digital presence represent the most opportunity for Kashwere in terms of value creation, growth and creative development.

(c) Kashwere did not and does not have an agreement with its (nearly) sole supplier; you have a good relationship with Wang, but no knowledge of Fanky's economics, plans, other customers, and no useful knowledge of the yarn supplier; and I subsequently learned when placing a purchase order with Fanky, Kashwere does not control and has only modest influence over the actual goods and timing of delivery of a purchase request; Kashwere has no purchasing resources, internal or external and it is an undue burden on you;

(d) Kashwere's Japanese licensee is in violation of its agreement with Kashwere, has significant economic leverage with Fanky, we have little/no insight into their relationship – the existing agreement and the subsequent actions over the years since the trial have created an uncomfortable grey area for Kashwere, especially as Hiroshi has sought out knowledge of distributors such as Times Square – and subsequent to this summer, we have learned the largest source of profitability of Kashwere may cause Kashwere to be in violation of its license agreement;

(e) Kashwere had (modest improvement since) almost no process definition and little to no internal talent (we have used effectively third-party contractors and outside firms); it's ERP-G/L, Everest, has been misused by nearly all participants, has never had any CRM information and has contributed to broken workflows, significant inefficiencies – likely the worst aspect of Everest is the amount of your time it has consumed and the dysfunctional, inward focus the sales team has with inventory levels and product fulfillment.

Reviewing the items above:

a. Given its importance - brand was addressed immediately with a collaborative process – we started work with Jeff Chapman at my suggestion and based on your recommendation to me that Jack Mueller was more than a photographer, invited her to participate – she undermined the process and both she and Lisa contributed to your not being able to act or commit to any progress or a process that would build our brand – we went sideways for months, until you suggested Faust Levito, who (1) promptly imploded and turned out to (2) have little/no taste. Your reaction? No communication - took months for you to acknowledge Jeff "was mostly right" and in conversation with me before that understand getting the "foundation" perfect is an illusion and the most important, value creating activity is to just start as intelligently as we can. What's happened since? You've excluded me from the process and hired an interior designer, who has done some product organizing, color and packaging work – brand still neglected, and you won't discuss – you hide, on a vital issue, from your partner, who has demonstrated the ability to contribute at a high level and has been supportive of you in the process;

b. We decided on Anatta and have delivered a great start to Kashwere's DTC presence, with very little content development, while also rebuilding our tech stack (more on this in (e) below) – we have not spent $200K with them – we have spent $152,500 to date; you have all of the information to know this – and as an aside - you have more information and access than I do to all of the financial information of Kashwere, including a version of Everest that has a better dashboard and you do not share sales/pipeline information – I have been hammering Anatta for months not only about money, but about process – I have acknowledged to you the things I could have done better with them and with David Lazar and I have acted on both and seen improvement. Moreover, you were involved in every decision to push our dates – we could have launched in October or November or December or January – you were there and agreed; you never had any discussion with me about our structure with Anatta, I've shared with you my thinking – retainer relationship vs. time & materials vs. fixed scope/fixed bid – so months in its fine if you would like to discuss change and we can move on from them – or we figure out how to right size them – but the only discussions we have with them will be ones that do not negatively impact Kashwere's reputation and mine – and yes, both matter. Lastly, its obvious, this is an area where you have not much liking and very little comfort – I'm

sorry about that – we need to talk through the issues and find a way to build a collaborative team that realizes our goals for our website, Amazon, and our digital presence overall.

c. Our lack of real knowledge of our most important supplier, no real alternatives, no internal resource to build a true supply chain – all of this contributes to an issue that requires resolution – Kashwere does not have control of its inventory ordering nor its merchandise planning process. Rachel is not up to the task; this is not your strength – you have done admirable work with next to nothing, but the lack of effective inventory planning has two large negative impacts – (1) Kashwere misses profitable sales and (2) the sales team is hugely distracted and you (personally) go through an insane process trying to manage orders and allocate stock on the fly – we can address this together over the next six months and get it fixed for the winter, but we have to stop avoiding it.

d. The agreement with Hiroshi isn't fixable, has large exposure and (recently) we may have a distributor problem – we also have an upside to putting in place the right partner in Japan – not just thinking about one-off sales to Costco-Japan – we can double or more our profits there and have more control of the brand – last year I came to realize that (1) without some development of our digital presence and brand, (2) pre-emptive protection of our supply relationship we cannot move on Hiroshi – and there is the issue that (3) we cannot really do this without a stronger balance sheet – since the spring last year and as recently as about a month ago I have raised the issue of borrowing money – using that money to buy core inventory is not risky and without some reserves, taking on Hiroshi is folly...equity would be expensive and difficult as Kashwere would have difficulty in due diligence unless the above issues are addressed.

e. For less than a month now, we have a new start with our tech stack and the opportunity, combined with our move to Bergen, to build process that scales, improve our cost structure and most importantly focus on (1) brand, product and go-to-market success and (2) design, sourcing and supply – what we leave to others is fulfillment – the obsession and waste of time with delivering packages hurts Kashwere – it adds no value, none – and is a huge, time-consuming distraction. Most all the issues around shipping orders are really (1) stock (inventory) level merchandise planning problems and (2) misuse of the ERP system in defining and managing sales orders. It appears this has been a frustrating issue for you – I don't really understand it – I'm sorry I haven't better understood it – last year, in February when we visited locations, I didn't get it then, don't now – I'm not sure if its control or need for immediate response – but we have lost no orders because of fulfillment – we gain no advantage, none from doing this ourselves – you cannot run a warehouse with the same efficiency, effectiveness, low error rates, little/no shrinkage, scale as a 3PL and we have chosen a good one. Yes, it means change; yes, it means different interaction and responsiveness, but it gives up nothing with respect to our customers, performance, and value creation – in fact the opposite – we stand everything to gain. Our use cases are not special or different – we can soon be doing $5MM of business DTC, perhaps the same from hospitality and corporate gift – we need to make our move now and set ourselves up for success.

Dean Dussias
President
Kashwere
dean@kashwere.com
01 (847) 612-1010

# EXHIBIT 44

**To:** Lisa Jadis[lisa@lisajadis.com]
**From:** Merri Gleckler[merri.gleckler@gmail.com]
**Sent:** Sat 4/3/2021 10:23:07 PM (UTC)
**Subject:** Fwd: Kashwere Summary

EXHIBIT
44
Gleckler 8/7/24

---------- Forwarded message ---------
From: **Merri Glecker** <merri@kashwere.com>
Date: Sat, Apr 3, 2021 at 3:20 PM
Subject: RE: Kashwere Summary
To: Merri Gleckler <merri.gleckler@gmail.com>

Your accusations are many and again misrepresents the truth and completely inaccurate.

I will address some of them but want to make a couple of points very clear.

All I asked is to have you be honest , transparent and be a team player. What the reality is that you have not

always honest, transparent and believe that Kashwere and I NEED Dean to achieve success and prosper.

You also accuse me of not contributing information, giving input or informing you on sales opportunities and updates??

Let me refresh your memory of particular things I have provided:

**NOT INFORMING YOU OF SALES, FORECASTS….**

- Quotas Forecasts by Year, By Month, By Week By Day: Managed and Created by Rachel and I
- Confirmation of larger distributor and custom orders by month
- My very brief thought on stock as after repeatedly asking you for a budget to KNOW what kind of inventory we will need to meet forecasted sales……remember this: 8m /2 = 4M cost, distributor / custom approx.. 40% = 2.4m stock , then highlighting this needs to be broken down by classification / color / pattern / size etc…..
- Rachel has shared spreadsheets we have used over the years and up until recently managed manually due to the inefficiencies of Everest as well as the NEED to manage the inventory, sales and forcasting of the business.
- When I questioned you if you told Rachel : "I buy product on the fly"…you told me you did not say this yet it was one of your accusations in your lengthy company assessment? Reconfirming the truth; you DID say that although you claimed otherwise. A clear view of the support you claim to have of me. REALLY?
- New Opportunities , ideas, Happenings…Always eager to share in the excitement of moving us forward in addition to highlighting the companies success!

- The Golden Globe Awards – 2x : You said NOTHING..why? YOU had nothing to do with it?
- The recent LUXE AWARD: You said nothing: Why? YOU had nothing to do with it?

Although you feel Kashwere is a brand not recognized outside of Japan – I could not disagree with you more! We may not be NIKE – but we are a brand that has been continuing to grow around the globe alittle at a time but with GREAT accolades! You should know that building a brand is not an easy task but with that said what Kashwere has created thru years of disfunction is quite rewarding. Not to mentioned the years of

happenings that were out of our control!

- Comments BY Celebs: A Kashwere supporter that is continues to share the Kashwere brand with their 1.5m Instagram followers and gifting opportunities while also offering to connect us to EVA CHEN; a leader in this arena.
- ADEX AWARD: - A recent award I was asked to provide images and contect of product for….along with a FREE editorial!
- THE HARI HOTEL: Robes and Slippers produced for one of the most prominent families in HONG KONG! They chose Kashwere along with my expertise to create an In-Room opportunity for the first family branded hotel, winning the program against those designer brands that are larger, have a broader brand reach and in some cases only offer those luxury products in that classification ie robes and slippers!

NEED I CONTINUE?

- **RELATIONSHIPS:**

Kashwere was / is based on wonderful relationships that have been built over the years and those we continue to build.

- You give no credit to myself, or the sales team and the years of relationship building efforts that have been built to get us where we are now. Outside factors help maximize sales efficiencies but it is the relationships that built and continue to help build the kashwere brand.

- St. Regis Park City
- VP Marriott Collegue - recently retired asking me to meet with her when in town so that I can work with her on her new projects? Whatever that is?
- St. Regis Park City – Newly relocated to Park City - has Kashwere all over the spa including uniforms…asking Lisa to help him obtain his 5-Star Rating
- Sales continue to happen even thru the toughest of times due to RELATIONSHIPS.
- It was my relationships that helped me get a 20ft container into the right hands , shipped for free during hurricane Harvey!

**From:** Dean Dussias <dean@kashwere.com>
**Sent:** Friday, April 2, 2021 2:42 PM

**To:** Merri Gleckler <MERRI@KASHWERE.COM>
**Subject:** Kashwere Summary

Hi Merri,

**Kashwere estimates provided**

Please see attached Excel file - a budget which is a cost summary with plugged in sales numbers. None of the information is new to you and all of it is already in your possession - you have full access to the sources from which the information is derived: Chase, the AmEx card and Everest; each time you have asked for a budget, I have agreed and asked for sales numbers/activity, never provided and still unprovided by you.

I have provided you numerous sales summaries detailing unit and dollar quantities by sales channel - the MG Distributor/Major Account sales; Account Sales (mainly Lisa and Kari) and DTC (called Yahoo in Everest); have also provided you detailed inventory information - none of which is easily extracted from Everest.

Without a sales forecast and your participation in that forecast, the cost summary (all information you have already, most of which you know off the top of your head and much of which is easily seen in single, distinct line items from the AmEx or Chase accounts) is simply that. A few comments about the information:

- it shows a cash view of Kashwere, not accrual basis, as managing to cash, to date has been most beneficial to performance and the information necessary to incorporate sales, product delivery, balance sheet changes etc. has not been provided to me. I don't think you have it either, it would require assumptions about Fanky, sales mix (product/margin) etc. - we might decide to make changes that would impact the numbers and involves a team process Kashwere has not had the capability nor capacity to perform. It does not include any of the cash flow characteristics of distributors, accounts, DTC as no forecast provided.
- the sales in the summary are FY2020 raised 20% - given your success with distributors, Gary's arrival, our Amazon presence, increasing DTC ability to go to market, plans to develop creative and other external market conditions that have favored Kashwere – while an appropriate guess - an issue, that has been raised with you for over a year - will be capital and buying inventory that we know has product/market fit. The forecast does not presume new capital but does assume that Kashwere does not increase its payments to Fanky during FY2021.
- not knowing your view on sales nor view on creative there isn't an enhanced spend - Jack and Anthony are in the numbers - we have not discussed with David Lazar go to market spending (UI/UX, digital communication, enhanced capability) that could raise the forecast further. The go-to-market spend would have considerable payback and value creation for Kashwere.

Recently you mentioned Kashwere could do $8MM this year (last year around May you thought $6MM possible); you asked me the monthly spend, I said approximately $320K - depends on what we pay Fanky, commissions and any new/incremental activity; the $320 assumes $120K to Fanky. There have been incidental expenses each month, so I used a catchall I thought on the larger (conservative) side - $25,000/month of additional cash usage. Have also included an estimate of transition costs that we have not discussed.

There is no sales forecast or CRM information in Everest of any kind, to my knowledge the sales team does not

report/forecast and therefore we have nothing. Without knowing the product mix and container arrival with product mix, impossible to do any kind of standard COGS with balance sheet flows that reflects the primary different sale types (Distributor, Account and DTC) the workbook lacks grounding in reality without the sales side - the below the line cost numbers are accurate - as I did the creation without any support, please excuse any initial errors; happy to correct them when discovered.

**Over the last few days, I understand the following has happened:**

(a) you eliminated my previously existing access to Chase and set up new access; when making a check deposit, I asked the bank to provide the login, as I had an email with a since expired password - you have not provided me the login, I have no access, so am assuming you are making payments as necessary;

(b) I also learned from AmEx that the company card in my name is now limited to $1,500 - I am fine in not initiating any charges while we work things out, but essential services, such as Shopify are paid by the card - you can easily see from any month's statements what the card is used for - all the payments will be rejected - please address the payments issue so as not to interrupt Kashwere's operating activity. I will not use the card.

(c) Kashwere needs to pay Mallory duties, please.

**Thoughts on moving forward:**

While I regret the poor communication that has resulted in our not speaking and interrupting the operation of Kashwere, any narrative other than I have been solely focused on (a) value creation for Kashwere through profitable revenue growth, focus on what we may do best and adding resources that scale, (b) a better, more enjoyable, more interesting, prosperous experience at Kashwere for you (and others, including me) and (c) addressing significant liabilities and exposures that undermine Kashwere's valuation would be incorrect.

I get you are/were/may be struggling with the NetSuite change and are having trouble thinking through how a 3PL (Bergen ) will work - no they will not be perfect and yes, transition means it's more messy and imperfect than it will be three months from now and will be even better three months on - we are well positioned for success and scale - we did an amazing transition with almost no internal resource - our primary person is paid approximately $25/hour and had no NetSuite experience, no formal training - we have leveraged our suppliers well through relationships (Anatta for example providing Saurabh to do the Shopify/NetSuite integration and other work). We haven't lost a single order, the warehouse hasn't had to work any overtime, their day is easier; we finally have a system that will scale and has reduced cost through automation and our shipping cost by 20% (ShipStation has access to better pricing than Starship).

I have no desire to have public relations articles written and am happy you will pursue WBE opportunities on behalf of Kashwere. Fine for you to have all the credit – Kashwere over the next three years (or more) should be an elevating and rewarding experience for you. I would hope for you to feel great at work - and win - and so should I - I have been supporting you in that.

While I am all for your winning, I now find you are seeking to attack and lessen me in several disturbing ways – it's fine to

elevate you, not fine to push me down – whether about completing an agreement - mad about change and seeking to blame me - and bizarrely wanting to cling to spending part of your day worrying about shipping boxes at higher cost with more hassle and no customer benefit. Why not focus on brand, customers, and great product design? And selling big deals which you love? Will continue to support you all the way. I hadn't thought about it until recently, but you have never asked what I may need, do I have enough support, what might be missing? Would like that to change. You creating a narrative that I am similar in any way to other people you have worked with is just wrong and now causing problems.

What do I want? Simple, would like to do great work, enjoy the people within and outside Kashwere, create sustainable value and get paid. It's what I've been doing – all of Kashwere's dysfunctional history matters not one bit to me – it will all get swept away as we build on our hearts, intelligence, adding the right people and winning in the market.

I own 30% of Kashwere (TMG Kreations, LLC) and am its President - I like having broad participation as it's how I create value - you recognized this and have benefited from it - the only communication to me in this regard has been in a legal draft where my title of President means **"the assignment of such title shall constitute the delegation of the authority and duties that are normally associated with that office, subject to any specific delegation of authority and duties made by the Manager"** - in addition, I've been clear - I want to work with you, not for you and know that means if we vote, as owners it's 10-0 or 7-3...what it doesn't mean is my day is micromanaged or you decide after the fact you don't like something or didn't realize something and instead of looking to improve or seek a better alternative you look to scapegoat me (or others) or you disparage work that has been done because you are upset by change and some perceived loss of control. If you want changes made, then we discuss, you decide and we make them.

Summary points:

- Please raise the AmEx card limit, I will not initiate any charges; you may have to pay the card early, but this can be done in a single phone call and avoid business interruption.
- I will focus my time on the Bergen transition – early this week will propose initial stock move to occur mid-April and final stock move to occur end-April – will find out if we can have additional time at 350 Wainwright, will contact new landlord on Monday. At best would be two weeks, very low probability for four and might be zero. There is also a mountain of work to be done to integrate with the Bergen WMS between Kashwere/NovaModule/Bergen; just like we did with ShipStation.
- Please address the partnership points you believe will enable us to move forward; my lawyers will redline the draft and you can then incorporate your changes and we can then meet to finalize.
- Am assuming you will take care of all payments; I will continue to finalize the accounting transition with G/L numbers in NetSuite and the process activity for Supporting Strategies; will assume you will ask them for whatever reporting, etc. you like – the system is well capable of providing great reporting – simply needs the right design and accurate data. I will continue to work toward both.

Dean Dussias

President

Kashwere

dean@kashwere.com

01 (847) 612-1010

# EXHIBIT
# 45

**Fully Redacted Pursuant to Protective Order**

# EXHIBIT 46

**To:** Ray Conway[ray@conwaytax.com]; Cheryl Borland[CBorland@griesinglaw.com]
**From:** Merri Gleckler[merri.gleckler@gmail.com]
**Sent:** Tue 2/2/2021 7:40:22 PM (UTC)
**Subject:** Merri Gleckler MerriG TMG KREATIONS LLC

Hi Ray,

Please meet Cheryl my personal and business counsel. Cheryl please meet Ray my personal and business CPA. :)

Ray, Cherly is needing the tax returns for our women's owned business filing.

We will need to change MerriG from Robert and I having a 50/50 ownership to a 51/49 ownership. Cheryl will have an STP sent in order to upload the returns.

Ray I reiterated what we discussed with Cheryl that Dean and I need to have our Operating Agreement finalized prior to TMG filing our return . Cheryl had some questions regarding the return being Dean and I have an *agreement* in place but not yet a *formalized ownership contract* until we both sign the operating agreement we are now creating.

You both have each other's contact info so once the STP is sent , you can upload the return as well as answer any questions either of you may have?

Thank you both!

Merri

cborland@griesinglaw.com

11 Garfield Place

Cincinnati, OH 45202

M.: 859.468.2374• P.: 513.381.0045 • F.: 215.814.9049

www.griesinglaw.com

EXHIBIT
43
Gleckler 8/7/24

# EXHIBIT 47

**From:** Michelle Thompson
**Sent:** Wednesday, September 29, 2021 12:35 PM CDT
**To:** 'Merri Glecker'; 'Ray Conway'
**Subject:** RE: Kashwere 401k - 2020 Contributions
**Attachments:** Contribution Analysis - 2020 TMG.pdf

Hi Merri,
Attached is the breakdown of the 2020 contributions to the Kashwere 401(k) Plan. The total safe harbor contribution is $12,066.14. Of that amount $8,337.83 has already been deposited. Leaving a balance of $3,728.31 due to the plan for 2020.

We can fund the balance of the 2020 contribution from your payroll account on file. Please let me know if you would like us to initiate this and when.

Should you have any questions feel free to contact me.

Please Note my Office Hours:
MWThF: 8am – 4:30pm CST
Tues: 7am – 3:30pm CST

______________________________
***HowardSimon, Inc.***
Michelle C. Thompson
*Plan Administrator*
304 Saunders Road
Riverwoods, IL 60015

Phone: 1-847-945-0340 x284
Fax: 1-847-940-8500

How Are We Doing?



*HowardSimon* Payroll | *HowardSimon* Retirement | Encompass Human Capital
*Disclaimer*

---

**From:** Michelle Thompson
**Sent:** Tuesday, February 16, 2021 8:40 AM
**To:** 'Merri Glecker' <merri@kashwere.com>
**Subject:** Kashwere 401k

Hi,
I'm working on the contribution for 2020. I noticed that Dean Dussias received a draw from the company of $90,000. Is he a partner? What's his ownership percentage? Do you have his Schedule K-1 for 2020?

EXHIBIT
45
Gleckler 8/7/24

Also, are you looking to make a profit sharing contribution in addition to the required safe harbor contribution for 2020? If yes, we can run some estimates for a profit sharing contribution.

________________________________
***HowardSimon, Inc.***
Michelle C. Thompson
*Plan Administrator*
304 Saunders Road
Riverwoods, IL 60015

Phone: 1-847-945-0340 x284
Fax: 1-847-940-8500

How Are We Doing?

*HowardSimon* Payroll | *HowardSimon* Retirement | Encompass Human Capital
*Disclaimer*

# TMG Kreations, LLC
# Kashwere 401(k) Plan
## Contribution Analysis Report by Division
## For the Period 1/01/2020 to 12/31/2020

| Social Security Number | Name | Term Code | Hours | Eligible Earnings | Employee Deferral | Employer Contributions | | | | Total Contributions |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Profit Sharing | Safe Harbor | Total | |
| **TMG Kreations LLC** | | | | | | | | | | |
| **-**-1796 | Jorge Diez | | 2,080 | 71,000.16 | 2,130.00 | | | 2,130.00 | 2,130.00 | 4,260.00 |
| **-**-7377 | Tracy Gibbs | | 2,080 | 53,200.00 | 2,660.00 | | | 1,596.00 | 1,596.00 | 4,256.00 |
| **-**-2250 | Merri Glecker | | 2,000 | 118,054.12 | | | | 3,541.62 | 3,541.62 | 3,541.62 |
| **-**-8685 | Lisa Jadis | | 2,080 | 95,504.02 | | | | 2,865.12 | 2,865.12 | 2,865.12 |
| **-**-5437 | Karen Stolley | | 2,080 | 64,446.82 | | | | 1,933.40 | 1,933.40 | 1,933.40 |
| **TMG Kreations LLC Sub Totals** | | **5** | | 402,205.12 | 4,790.00 | | | 12,066.14 | 12,066.14 | 16,856.14 |
| **Company Totals** | | **5** | | 402,205.12 | 4,790.00 | - | - | 12,066.14 | 12,066.14 | 16,856.14 |

# EXHIBIT 48

**To:** Dean Dussias[dean@kashwere.com]
**Cc:** Kashwere[MERRI@kashwere.com]
**From:** Ray Conway[ray@conwaytax.com]
**Sent:** Fri 2/19/2021 1:32:38 AM (UTC)
**Subject:** Re: Kashwere Operating Agreement, draft
Kashwere Op Agreement review notes.pdf

EXHIBIT
47
Gleckler 8/7/24

I have us tentative for tomorrow, but not a specific time. Please let me know if you would like to discuss my comments, which I have attached.
If you would like to do a zoom or phone conference, I am available tomorrow from 8:30 - 9:30 AM and 11:00 AM - 2:00 PM Central time.

Ray Conway, CPA
Conway Tax CPA's
11313 Distinctive Drive
Orland Park, IL 60467

Office: 815-463-9150, ext. 2
Cell: 815-685-5804
Fax: 815-462-4366

On Mon, Feb 15, 2021 at 6:51 PM Dean Dussias <dean@kashwere.com> wrote:

I'm sorry, I did think I had attached the document; apologies…

Please confirm receipt of attachment.

Dean Dussias

President

Kashwere

dean@kashwere.com

01 (847) 612-1010

**From:** Ray Conway <ray@conwaytax.com>
**Date:** Monday, February 15, 2021 at 6:39 PM
**To:** Dean Dussias <dean@kashwere.com>
**Cc:** Kashwere <MERRI@kashwere.com>
**Subject:** Re: Kashwere Operating Agreement, draft

Friday will work, but I'm not available from 10 - 11 AM CST. Please let me know what time works for the two of you outside of that time slot.

Please send the attachment referenced in your email.

Ray Conway, CPA

Conway Tax CPA's

11313 Distinctive Drive

Orland Park, IL 60467

Office: 815-463-9150, ext. 2

Cell: 815-685-5804

Fax: 815-462-4366

On Mon, Feb 15, 2021 at 5:07 PM Dean Dussias <dean@kashwere.com> wrote:

Hi Ray,

Merri and I spoke today and would like you to review the attached agreement and suggest changes (preferably in redline) to ensure we have the most favorable tax treatment for the Members (Merri G and me) and for TMG Kreations, LLC ("Kashwere").

As you will see, we will be re-establishing Kashwere in Arizona – if you have any thoughts on timing, etc. please include those as well.

When you are ready to discuss, let's do a joint call and you can walk us through on Zoom, etc.

If we could review with you on Thursday or Friday, would be appreciated.

Thank you,

Dean & Merri

Dean Dussias

President

Kashwere

dean@kashwere.com

01 (847) 612-1010

| # | Page ref | Explanation |
|---|---|---|
| 1 | P1, par 1 | Could we do same day as Cedric's payout in order to avoid becoming a sole proprietorship? Dean could be allocated a $.01 capital interest at that time, with no profits interest until h is buy-in on 7/1/2020. |
| 2 | p1, art. II | I think 2019 should be 2009. |
| 3 | p3,art 5.2 | I read this as dilution is allowed. |
| 4 | Art 7.1 | Each Manager shall be appointed by the Member. Should be a majority of the Members?? Or 75% of the Members?? |
| 5 | Art XII | "and only if such amendment(s) do not have an adverse impact on the equity interests of the existing Member(s)" will likely render any amendment impossible. An amendment will almost always favor one member to the other's detriment, or possibly to all existing members' detriment. |
| 6 | p19 Net Profit | "Regulatory Allocations" is not defined. |
| 7 | | Agreement should specify that the tax basis increase attributable to CR's buyout is specifically allocated to MerriG, and that the subsequent and related amortization deductions and basis decreases are also specifically allocated to MerriG. |

# EXHIBIT 49

**To:** Ray Conway[ray@conwaytax.com]
**Cc:** Dean Dussias[dean@kashwere.com]
**From:** Merri Glecker[merri@kashwere.com]
**Sent:** Fri 1/24/2020 2:27:47 AM (UTC)
**Subject:** TMG Operating Agreement
LLC Operating Agreement.pdf

HI Ray,

Attached is the Operating Agreement I had with Cedric.
Tomorrow I will sent you the MIPA between TMG and Cedric.

I asked my lawyer to send as for some reason I don't have it?

Let us know if you need anything else.
M

Merri Gleckler
CEO
480.551.2680 o
480.773.2373 m
merri@kashwere.com
www.kashwere.com

# EXHIBIT
# 50

## Fully Redacted Pursuant to Protective Order

# EXHIBIT 51

Arizona Corporation Commission - RECEIVED: 12/22/2023 23122210346012
Arizona Corporation Commission - FILED: 12/20/2023

# FOREIGN REGISTRATION STATEMENT

## OF FOREIGN LIMITED LIABILITY COMPANY

## ENTITY INFORMATION

| | |
|---|---|
| **ENTITY NAME:** | TMG KREATIONS LLC |
| **ENTITY ID:** | 23620182 |
| **ENTITY TYPE:** | Foreign LLC |
| **EFFECTIVE DATE:** | 12/20/2023 |
| **TRUE NAME IN FOREIGN DOMICILE:** | TMG Kreations LLC |
| **FOREIGN DOMICILE STATE:** | Delaware |
| **DATE OF FORMATION IN FOREIGN DOMICILE:** | 12/15/2009 |
| **PURPOSE/CHARACTER OF BUSINESS:** | Wholesale Trade |
| **MANAGEMENT STRUCTURE:** | Manager-Managed |
| **PROFESSIONAL SERVICES:** | N/A |
| **DESIGNATING FOREIGN COMPANY NAME:** | N/A |
| **DESIGNATING FOREIGN COMPANY DOMICILE:** | N/A |
| **DESIGNATING FOREIGN COMPANY DATE OF FORMATION IN FOREIGN DOMICILE:** | N/A |

## DESIGNATING COMPANY MANAGER/MEMBER INFORMATION

N/A

## STATUTORY AGENT INFORMATION

| | |
|---|---|
| **STATUTORY AGENT NAME:** | Merri Gleckler |
| **PHYSICAL ADDRESS:** | 12065 N. 109th Way, SCOTTSDALE, AZ 85259 |
| **MAILING ADDRESS** | 11445 East Via Linda, Suite 2, #354, SCOTTSDALE, AZ 85259 |

## PRINCIPAL ADDRESS

11445 East Via Linda, Suite 2, #354, SCOTTSDALE, AZ 85259

## PRINCIPAL OFFICE OR STATUTORY AGENT ADDRESS IN JURISDICTION

| | |
|---|---|
| **DOES THE LAW OF YOUR JURISDICTION OF FORMATION REQUIRE YOU TO MAINTAIN AN OFFICE IN THAT JURISDICTION?** | NO |
| **PRINCIPAL OFFICE ADDRESS:** | N/A |
| **STATUTORY AGENT INFORMATION:** | |
| **STATUTORY AGENT NAME:** | Northwest Registered Agent Service, Inc. |
| **PHYSICAL ADDRESS:** | 8 The Green, Ste B, DOVER, DE 19901 |
| **MAILING ADDRESS** | 8 The Green, Ste B, DOVER, DE 19901 |

EXHIBIT
53
Gleckler 8/7/24

## PRINCIPAL INFORMATION

Manager: Merri Gleckler - 12065 N. 109th Way, SCOTTSDALE, AZ, 85259, USA - - Date of Taking Office:
Manager: Merrig LLC - 12065 N. 109th Way, SCOTTSDALE, AZ, 85259, USA - - Date of Taking Office:

## SIGNATURE

Manager: Merri Gleckler - 12/22/2023

**TMG Kreations, LLC**
11445 East Via Linda - Suite 2 #354
Scottsdale, AZ 85259

December 15, 2023

RE: Registration of a Foreign LLC for TMG Kreations, LLC

To Whom It May Concern:

Please find the attached documents required to register TMG Kreations, LLC as a foreign Limited Liability Company in Arizona. We have provided the following documents:

- Foreign Registration Statement
- Certificate of Good Standing from Delaware
- Certified copies of the organizational documents on file with Delaware
- Manager Structure Attachment
- Statutory Agent Acceptance

If you need any further information, please contact me at 480-773-2373.

Sincerely,

Merri Gleckler
merri@kashwere.com
Manager – TMG Kreations, LLC

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# FOREIGN REGISTRATION STATEMENT

*Please read Instructions L025i*

1. **ENTITY TYPE – check only one** to indicate the type of entity applying for registration:

☒ LIMITED LIABILITY COMPANY ☐ PROFESSIONAL LIMITED LIABILITY COMPANY ☐ SERIES LLC

2. **NAME IN STATE OR COUNTRY OF FORMATION (FOREIGN NAME) –** enter the exact, true name of the foreign LLC:
TMG Kreations, LLC

3. **NAME TO BE USED IN ARIZONA (ENTITY NAME) –** identify the name the foreign LLC will use in Arizona by checking 3.1 *or* 3.2 (check only one), and follow instructions**:**
NOTE: For a foreign series LLC, "Series" must be included in the name.

**3.1** ☒ **Name in state or country of formation**, with no changes or additions – go to number 4 and continue.

**3.2** ☐ **Fictitious name** – check this if the foreign LLC's name in its state or country of formation is not available for use in Arizona or if that name does not contain an LLC identifier, and enter the name in number 3.3 below. **NOTE –** a resolution of the company adopting the fictitious name must be attached to and submitted with this form.

**3.3** **If you checked 3.2**, enter or print the name to be used in Arizona:

4. **PROFESSIONAL LIMITED LIABILITY COMPANY SERVICES –** if professional LLC is checked in number 1 above, describe the professional services that the professional LLC will provide (examples: law firm, accounting, medical):

5. **FOREIGN DOMICILE –** list the state or country in which the foreign LLC was formed: Delaware

6. **DATE OF FORMATION IN FOREIGN DOMICILE:** December 15, 2009

7. **PURPOSE OR GENERAL CHARACTER OF BUSINESS –** describe or state the purpose of the foreign LLC or the general character of the business it proposes to transact in Arizona:
Sales of Home goods and transaction of any or all lawful business for which an LLC may be formed.

**8. STATUTORY AGENT IN ARIZONA:**

| **8.1** *REQUIRED* – give the **name** (can be an individual or an entity) **and *physical or street address*** (not a P.O. Box) in Arizona of the statutory agent: | **8.2** *REQUIRED* - mailing address in Arizona of statutory agent, if different from street address (can be a P.O. Box): ☐ Check box if same as street address. |
|---|---|
| Merri Gleckler<br>Statutory Agent Name (required) | |
| Attention (optional)<br>12065 N 109th Way | Attention (optional)<br>11445 East Via Linda |
| Address 1 | Address 1<br>Suite 2, #354 |
| Address 2 (optional)<br>City: Scottsdale · State: AZ · Zip: 85259 | Address 2 (optional)<br>City: Scottsdale · State: AZ · Zip: 85259 |

**8.3** *REQUIRED* **–** the Statutory Agent Acceptance form M002 must be submitted along with this Application For Registration.

**9. PRINCIPAL MAILING ADDRESS - FOREIGN LLC –** *see Instructions L025i*

Give the **mailing address** of the foreign LLC (not required to, but can be in Arizona and may be a P.O. Box):

| | | |
|---|---|---|
| Merri Gleckler | | |
| Attention (optional)<br>11445 East Via Linda | | |
| Address 1<br>Suite 2, #354 | | |
| Address 2 (optional)<br>Scottsdale | AZ | 85259 |
| City<br>Country: USA | State or Province | Zip |

**10. JURISDICTION OF FORMATION:**

**10.1** Does the jurisdiction of formation require the LLC to maintain a street address in that jurisdiction?

☐ Yes - complete number 10.2 and continue.
☒ No - complete number 10.3 and continue.

**10.2** If you answered "yes" to number 10.1, give the Foreign LLC street address in jurisdiction of formation.

| | | |
|---|---|---|
| | | |
| Attention (optional) | | |
| Address 1 | | |
| Address 2 (optional) | | |
| City<br>Country | State or Province | Zip |

**10.3** If you answered "no" to number 10.1, give the name and addresse in jurisdiction of formation of Foreign LLC.

Statutory agent name: Northwest Registered Agent Service, Inc.

Street address in jurisdiction of formation:

| | | |
|---|---|---|
| Attention (optional) | | |
| 8 The Green<br>Address 1 | | |
| Ste B<br>Address 2 (optional) | | |
| Dover<br>City | DE<br>State or Province | 19901<br>Zip |
| Country | | |

Mailing address in jurisdiction of formation:

| | | |
|---|---|---|
| Attention (optional) | | |
| 8 The Green<br>Address 1 | | |
| Ste B<br>Address 2 (optional) | | |
| Dover<br>City | DE<br>State or Province | 19901<br>Zip |
| Country | | |

**11. INFORMATION REGARDING DESIGNATING FOREIGN COMPANY OF THE FOREIGN SERIES –** *see Instructions L025i*

**11.1 DESIGNATING FOREIGN COMPANY NAME IN JURISDICTION OF FORMATION (FOREIGN NAME)** - enter the exact, true name of the Designating Foreign Company:

________________________________

**11.2 FOREIGN DOMICILE** - list the jurisdiction in which the Designating Foreign Company was formed:

________________________________

**11.3 DATE OF FORMATION** - list the date on which the Designating Foreign Company was formed: [ ]

***COMPLETE NUMBER 12 OR NUMBER 13 – NOT BOTH.***

**12. MANAGER-MANAGED LLC –** *see Instructions L025i* – check this box [X] if management of the LLC is vested in a manager or managers, and complete and attach the Manager Structure Attachment form L040. *The filing will be rejected if it is submitted without the attachment.*

**13. MEMBER-MANAGED LLC –** *see Instructions L025i* – check this box [ ] if management of the LLC is reserved to the members, and complete and attach the Member Structure Attachment form L041. *The filing will be rejected if it is submitted without the attachment.*

23122210346012

**14. SIGNATURE:** By checking the box marked "I accept" below, I acknowledge *under penalty of law* that this document together with any attachments is submitted in compliance with Arizona law.

☒ I ACCEPT

| Signature | Printed Name | Date |
|---|---|---|
| [signature] | Merri Gleckler | 12/18/23 |

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| | |
|---|---|
| ☒ I am an **individual** authorized to sign this document. | ☐ I am signing on behalf of an **entity** that is authorized to sign this document. |

**Expedited or Same Day/Next Day services are available for an additional fee – see Instructions or Cover sheet for prices.**

| | |
|---|---|
| Filing Fee: $150.00 (regular processing)<br>All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Examination Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax (for Regular or Expedite Service ONLY): 602-542-4100<br>Fax (for Same Day/Next Day Service ONLY): 602-542-0900 |

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business. All documents filed with the Arizona Corporation Commission are **public record** and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

# Delaware

The First State



I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "TMG KREATIONS, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE THIRTEENTH DAY OF DECEMBER, A.D. 2023.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "TMG KREATIONS, LLC" WAS FORMED ON THE FIFTEENTH DAY OF DECEMBER, A.D. 2009.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

Jeffrey W. Bullock, Secretary of State

4765261 8300

SR# 20234218582

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 204810632

Date: 12-13-23

231222210346012

# Delaware

The First State



*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "TMG KREATIONS, LLC", FILED IN THIS OFFICE ON THE FIFTEENTH DAY OF DECEMBER, A.D. 2009, AT 7:41 O`CLOCK P.M.*

Jeffrey W. Bullock, Secretary of State

4765261 8100
SR# 20222669063

Authentication: 203634971
Date: 06-09-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

S
Divi
Delivered 07:41 PM 12/15/2009
FILED 07:41 PM 12/15/2009
SRV 091103764 - 4765261 FILE

# STATE *of* DELAWARE
# LIMITED LIABILITY COMPANY
# CERTIFICATE *of* FORMATION

## TMG Kreations, LLC

**FIRST.** The name of the limited liability company is TMG Kreations, LLC

**SECOND.** The address of its registered office in the State of Delaware is 1521 Concord Pike #301, Wilmington, DE 19803, County of New Castle. The name of its Registered agent at such address is United States Corporation Agents, Inc.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Formation on the date below.

Date: December 15, 2009

LegalZoom.com, Inc., Organizer
By: Sheila Dang, Assistant Secretary

# Delaware

The First State



*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CHANGE OF REGISTERED AGENT OF "TMG KREATIONS, LLC", FILED IN THIS OFFICE ON THE TWENTY-SECOND DAY OF SEPTEMBER, A.D. 2021, AT 4:21 O`CLOCK P.M.*

Jeffrey W. Bullock, Secretary of State

4765261 8100
SR# 20222669063

Authentication: 203634970
Date: 06-09-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT CHANGING ONLY THE REGISTERED OFFICE OR REGISTERED AGENT OF A LIMITED LIABILITY COMPANY

The limited liability company organized and existing under the Limited Liability Company Act of the State of Delaware, hereby certifies as follows:

1. The name of the limited liability company is TMG Kreations, LLC.

2. The Registered Office of the limited liability company in the State of Delaware is changed to 8 The Green Ste B (street), in the City of Dover, Zip Code 19901. The name of the Registered Agent at such address upon whom process against this limited liability company may be served is Northwest Registered Agent Service, Inc..

By: Morgan Noble
Authorized Person

Name: Morgan Noble
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:21 PM 09/22/2021
FILED 04:21 PM 09/22/2021
SR 20213318133 - File Number 4765261

Clear Form | Print Form

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# MANAGER STRUCTURE ATTACHMENT

1. **ENTITY NAME –** give the exact name of the LLC (foreign LLCs – give name in domicile state or country):
   TMG Kreations, LLC

2. **MANAGERS/MEMBERS** - give the name and address of each and every **manager** *and* list all **members who own 20% or more** of the profits or capital of the LLC. **Use one block per person**. Check the appropriate box or boxes below each person listed. If more space is needed, use another Manager Structure Attachment form.

| # | Name | Address 1 | Address 2 (optional) | City | State or Province | Zip | Country | Manager | Member owning 20% or more |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Merri Gleckler | 12065 N 109th Way | | Scottsdale | AZ | 85259 | USA | X | ☐ |
| 2. | Merrig LLC | 12065 N 109th Way | | Scottsdale | AZ | 85259 | USA | X | ☐ |
| 3. | | | | | | | | ☐ | ☐ |
| 4. | | | | | | | | ☐ | ☐ |
| 5. | | | | | | | | ☐ | ☐ |
| 6. | | | | | | | | ☐ | ☐ |

Clear Form | Print Form

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE

*Please read Instructions M002i*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Articles of Incorporation):

   TMG Kreations, LLC

2. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   Merri Gleckler

3. **STATUTORY AGENT SIGNATURE:**

   By the signature appearing below, the individual or entity named in number 2 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

   The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

Merri Gleckler (signature) | Merri Gleckler | 12/18/23
Signature | Printed Name | Date

**REQUIRED** – check only one:

| | |
|---|---|
| ☒ **Individual as statutory agent:** I am signing on behalf of myself as the individual (natural person) named as statutory agent. | ☐ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |

**Expedited services are available for an additional fee – see Instructions or Cover sheet for prices.**

| | |
|---|---|
| Filing Fee: none (regular processing)<br>All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Examination Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax: 602-542-4100 |

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business. All documents filed with the Arizona Corporation Commission are **public record** and are open for public inspection. If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

# EXHIBIT 52

**Fully Redacted Pursuant to Protective Order**

# EXHIBIT 53

## Fully Redacted Pursuant to Protective Order

# EXHIBIT 54

**Fully Redacted Pursuant to Protective Order**

# EXHIBIT 55

**Fully Redacted Pursuant to Protective Order**

# EXHIBIT
# 56

## Fully Redacted Pursuant to Protective Order

# EXHIBIT 57

## Fully Redacted Pursuant to Protective Order

# EXHIBIT 58

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| DEAN H. DUSSIAS,<br><br>*Plaintiff*,<br><br>v.<br><br>MERRI GLECKLER and TMG KREATIONS, LLC, a Delaware limited liability company, d/b/a KASHWERE,<br><br>*Defendants*. | Case No. 1:21-cv-05709<br><br>Judge April M. Perry<br><br>Magistrate Judge Beth W. Jantz |

**DECLARATION OF MATTHEW M. SHOWEL**

Matthew M. Showel hereby declares and testifies as follows:

1. I am over the age of eighteen, have personal knowledge of facts stated herein, and could competently testify to these facts if called at trial.

2. I am an attorney for Plaintiff in this case. I am familiar with the document productions in this case.

3. Plaintiff's Exhibits 2, 5 through 46, 48 through 50, and 52 through 54 are documents that were produced by Defendants in this case.

4. Exhibits 3, 4, and 57 were produced by Plaintiff in this case.

5. Exhibit 47 was produced by Howard Simon, Inc. in response to Plaintiff's subpoena.

6. Exhibit 51 was downloaded by me from the Arizona Secretary of State's website by searching for "TMG Kreations" from the following url: https://ecorp.azcc.gov/entitysearch/index on or about May 6, 2024.

7. Exhibits 55 and 56 were produce by JPM Chase in response to Plaintiff's subpoena.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 3, 2025

Matthew M. Showel