**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEAN H. DUSSIAS<br><br>Plaintiff,<br><br>v.<br><br>MERRI GLECKLER and TMG KREATIONS, LLC, a Delaware limited liability company, d/b/a KASHWERE<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:21-cv-05709<br><br>Honorable April M. Perry<br><br>Honorable Magistrate Beth W. Jantz |

## INDEX OF EXHIBITS TO LOCAL RULE 56.1(c)(2) RESPONSE TO PLAINTIFF'S STATEMENT OF ADDITIONAL FACTS

| **Exhibit** | **Description** | **Page Number of PDF** |
|---|---|---|
| 1 | Defendants' Answers to Plaintiff's Supplemental Interrogatories | 1 |
| 2 | Defendants' Supplemental Answer to Plaintiff's Interrogatory No. 11 | 11 |
| 3 | Defendants' Answers to Plaintiff's Interrogatories | 15 |
| 4 | Text messages between Merri Gleckler and Dean Dussias, dated October 14, 2020 and October 21, 2020 (DHD000882 and DHD000890) | 32 |
| 5 | Draft of statement to appear on TMG's website and in marketing email (TMG_00529609) | 35 |

| | | |
|---|---|---|
| 6 | Defendants' Amended and Supplemental Answer to Plaintiff's Interrogatory No. 17 | 38 |
| 7 | Text messages between Merri Gleckler and Dean Dussias, dated January 24, 2020 (DHD000635) | 46 |

Dated: March 17, 2025

Respectfully submitted,

COZEN O'CONNOR

By: _/s/ James G. Argionis_
Attorneys for Defendant

James G. Argionis (#6228773)
Corey T. Hickman (#6317871)
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-474-7900 Phone
312-382-8910 Fax
jargionis@cozen.com
chickman@cozen.com